# EXHIBIT A-1-(C)

# EXHIBIT C



SEPTEMBER 12, 2019

Dear DOMINICK'S ITALIAN STEAKHOUSE LLC

Re:      Policy Number: MZX80999300
            Issuing Company: THE AMERICAN INSURANCE COMPANY

Thank you for choosing Allianz. Your commercial business insurance policy is enclosed. Please keep your policy in a secure place.

We're also writing to share exciting news about your commercial business insurance company - Fireman's Fund. Fireman's Fund is now part of Allianz Global Corporate & Specialty (Allianz). Uniting these two complementary businesses into one organization under the Allianz brand creates a strong business platform from which we can better serve our customers.

From a policyholder perspective, this does not represent a significant change. Fireman's Fund has been part of the Allianz Group since 1991. The biggest change is the brand name. As you can see on the enclosed package, you now see the Allianz brand more prominently than in the past. The Fireman's Fund name or one of its subsidiaries will continue to appear on your policy as the issuing company.

Here is a just a glimpse of why we are so proud to be part of the Allianz brand.

**Safety and stability** - Allianz Global Corporate & Specialty rated A+ by A.M. Best and AA by Standard and Poor's, earns one of the highest financial ratings of the leading global property and casualty insurance companies. Allianz is the world's largest property and casualty company by revenue and its globally diversified portfolio helps provide you with the scale, strength and sustainability to grow your business in the US and beyond.

**Protecting your increasingly complex business risks** - Allianz has a 125-year history of delivering exceptional insurance products and services to businesses around the world. Our broad product portfolio and risk mitigation services are designed to support the increasingly complex risks your business faces.

**One of the world's most admired companies** - Allianz is ranked by *Interbrand* as "One of the top global brands in the world" and "One of the world's most admired companies" by *Fortune®*. And, most importantly for our customers, Allianz has long held a global reputation for delivering exceptional claims service.

We will continue to update you as we make progress in uniting these two great companies. In the interim, please know that we truly appreciate your business and the trust you have placed in us.

We look forward to serving you under the Allianz brand.

Thank you for trusting Allianz to serve your insurance needs.

Best regards,

Arthur E. Moossmann
President & CEO, AGCS North America and Fireman's Fund Insurance Company
Member of the Allianz Global Corporate & Specialty SE Board of Management

386516 6-15



**Fireman's Fund**

# Table of Contents

**Portfolio Policy**

POLICY NUMBER  **S 18 MZX 80999300**

Named Insured
**DOMINICK'S ITALIAN STEAKHOUSE LLC**

Producer
HEFFERNAN INSURANCE BROKERS
1460B OBRIEN DR
MENLO PARK          CA 94025

This policy contains the following sections:

| Section | Pages |
|---|---|
| General Declarations ..................... | GD - 1 to  GD - 6 |
| Property Gard (R) Property Declarations.. | PR - 1 to  PR - 13 |
| General Liability Declarations........... | GL - 1 to  GL - 6 |
| Crime Declarations....................... | CR - 1 to  CR - 2 |
| Inland Marine Declarations............... | IM - 1 to  IM - 2 |
| Business Auto Policy Declarations........ | AU - 1 to  AU - 3 |



General     **GD**



# GENERAL



**Fireman's Fund**

| POLICY NUMBER | Previous Policy Numbers | Coverage for sections |
|---|---|---|
| S 18 MZX 80999300 | S 18 MZX 80990689 | other than WORKERS' |

Coverage for sections
other than WORKERS'
COMPENSATION is provided
in the following Company:
   THE AMERICAN
   INSURANCE COMPANY
   NOVATO, CA   94998
A STOCK INSURANCE CO. (18)

PORTFOLIO POLICY (R)

**GENERAL DECLARATIONS**

Risk ID.  997/

Named Insured and Mailing Address

   **DOMINICK'S ITALIAN STEAKHOUSE LLC**
(Named Insureds are continued following the Premium Summary section of
 these General Declarations)

   **8355 E HARTFORD DR, SUITE 100**
   **SCOTTSDALE       AZ   85254**

Producer Name and Address

   **HEFFERNAN INSURANCE BROKERS**

   **1460B OBRIEN DR**
   **MENLO PARK        CA 94025**

The Named Insured is a(n) LIMITED LIABILITY COMPANY

Business or Operations of the Named Insured:  FINE DINING STEAKHOUSE

The insurance provided by this policy consists of the following coverage
form(s).  The premium may be subject to adjustment.  In return for payment of
the premium and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

     **PROPERTY COVERAGES**
     **GENERAL LIABILITY COVERAGES - OCCURRENCE**
     **CRIME COVERAGES**
     **INLAND MARINE COVERAGES**
     **AUTO INSURANCE COVERAGES**

     **Policy Period    (For above coverages)**
       **INCEPTION DATE    09-09-19**
       **EXPIRATION DATE   09-09-20**
   **Beginning and Ending at 12:01 A.M., Standard Time**
       **at the address of the insured**

If this policy includes the "Business Auto Coverage Form", and/or the "Motor
Carrier Coverage Form" and/or the "Garage Coverage Form", each such form shall
be construed independent of any other  such form, and none of the terms or
conditions contained in one such form  shall be construed as being applicable
to any other such form.
Premium is included in the premium summary below.

GD - 1

POLICY NUMBER S 18 MZX 80999300
PORTFOLIO POLICY (R)
Named Insured
     DOMINICK'S ITALIAN STEAKHOUSE LLC

GENERAL DECLARATIONS Continued


PREMIUM SUMMARY:

  Estimated Annual Premium      $199,946.00
  Premium Due at Inception      $199,946.00

     Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
     All Coverages Subject to the Act Excl WC and Umbrella -
     Covered                                                    $3,730

     Includes Arizona Auto Theft Authority Fund of               $2.00

This Policy may be subject to Premium Adjustment per Policy Terms.

---

A $10 INSTALLMENT FEE WILL BE ADDED TO EACH INSTALLMENT INVOICE.

---

(Named Insured continued)

     TEAM 44 RESTAURANT, LLC
     DPM MANAGEMENT INC
     RESTAURANT 44 LLC
     OCEAN 44 SCOTTSDALE, LLC
     ARCADIA STEAKHOUSE LLC DBA STEAK 44
     THE DOMINICK GROUP LLC
     PORTERHOUSE PROPERTIES LLC
     PORTERHOUSE LLC
     STEAK 48 CHICAGO LLC
     DPM MANAGEMENT, LLC

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations
(Not applicable to WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY)

     LOC.
     001    15169 N SCOTTSDALE RD
            SCOTTSDALE            AZ   85254-2429  MARICOPA        (CNTY)

     002    4748 N GOLDWATER BLVD
            SCOTTSDALE            AZ   85251       MARICOPA        (CNTY)

     003    5101 N 44TH ST
            PHOENIX               AZ   85018-1623  MARICOPA        (CNTY)

POLICY NUMBER **S 18 MZX 80999300**
PORTFOLIO POLICY (R)
Named Insured
    DOMINICK'S ITALIAN STEAKHOUSE LLC

GENERAL DECLARATIONS Continued


LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations
(Not applicable to WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY)

| LOC. | | | | | | |
|------|----------------------|----|-----------|----------|--------|
| 004  | 8355 E HARTFORD DR, #100 | | | | |
|      | SCOTTSDALE            | AZ | 85255     | MARICOPA | (CNTY) |
| 005  | 7117-7123 E 6TH AVE   | | | | |
|      | SCOTTSDALE            | AZ | 85251     | MARICOPA | (CNTY) |
| 006  | 615 N WABASH AVE      | | | | |
|      | CHICAGO               | IL | 60611-2713 | COOK    | (CNTY) |

GD - 3

POLICY NUMBER **S 18 MZX 80999300**
PORTFOLIO POLICY (R)
Named Insured
    DOMINICK'S ITALIAN STEAKHOUSE LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**


**GENERAL PROVISIONS**

    IL0003 09-08 CALCULATION OF PREMIUM (IL 00 03 09 08)
    IL0017 11-98 REV  2 COMMON POLICY CONDITIONS (IL 00 17 11 98)
    IL0021 09-08 NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)
                 (IL 00 21 09 08)
    IL0118 10-10 ILLINOIS CHANGES (IL 01 18 10 10)
    IL0162 09-08 ILLINOIS CHANGES - DEFENSE COSTS (IL 01 62 09 08)
    IL0258 12-14 ARIZONA CHANGES - CANCELLATION AND NONRENEWAL (IL 02 58 12 14)
    IL0284 01-18 ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL
                 (IL 02 84 01 18)
    IL0934 10-11 ILLINOIS CHANGES - MINE SUBSIDENCE - RESIDENTIAL BUILDING
                 (IL 09 34 10 11)
    IL0935 07-02 EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES (IL 09 35 07 02)
    145900 04-08 FUNGI LIMITATION ENDORSEMENT (145900 04 08)
    145901 01-02 DETRIMENTAL CODE EXCLUSION (145901 01 02)
    145917 06-04 SILICA PARTICLES EXCLUSION (145917 06 04)
    145927 01-15 DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM FOR CERTIFIED ACTS
                 OF TERRORISM COVERAGE
                 (PURSUANT TO TERRORISM RISK INSURANCE ACT)
                 (145927 01 15)
    145977 01-11 COURTESY NOTICE OF CANCELLATION FOR OTHER THAN NONPAYMENT OF
                 PREMIUM TO DESIGNATED ENTITIES (145977 01 11)
    145985 06-14 ECONOMIC OR TRADE SANCTIONS COMPLIANCE (145985 06 14)

**PROPERTY**

    CP0030 10-91 BUSINESS INCOME COVERAGE FORM (EXTRA EXPENSE) (CP 00 30 10 91)
    CP0090 07-88 COMMERCIAL PROPERTY CONDITIONS (CP 00 90 07 88)
    CP0132 06-04 ARIZONA CHANGES (CP 01 32 06 04)
    CP0146 08-94 ARIZONA CHANGES (CP 01 46 08 94)
    CP1218 06-07 LOSS PAYABLE PROVISIONS (CP 12 18 06 07)
    140413 06-84 VAL-U-GARD II ENDORSEMENT (140413-06-84)
    141035 12-88 COMMERCIAL PROPERTY CAUSES OF LOSS FORM (141035 12-88)
    141073 05-93 PROPERTY-GARD AMENDATORY ENDORSEMENT (141073 05 93)
    141074 08-93 CAUSE OF LOSS - FLOOD FORM (141074)
    142000 12-88 REV  2 COMMERCIAL PROPERTY PROPERTY-GARD BUILDING AND PERSONAL
                 PROPERTY COVERAGE FORM (142000 12 88)
    143609 07-03 PROPERTY-GARD EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT
                 (143609 07 03)
    143623 06-05 CRISIS MANAGEMENT COVERAGE EXTENSION (143623 06 05)
    143626 06-05 PROPERTY-GARD RESTAURANT PLUS EXTENSION ENDORSEMENT
                 (143626 06 05)
    143641 09-09 ORDINANCE OR LAW COVERAGE (143641 09 09)
    143643 06-10 PROPERTY-GARD GREEN COVERAGE ENDORSEMENT (143643 06 10)
    143650 05-12 VACANCY LIMITATION ENDORSEMENT (143650 05 12)

POLICY NUMBER **S 18 MZX 80999300**
PORTFOLIO POLICY (R)
Named Insured
    DOMINICK'S ITALIAN STEAKHOUSE LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

  **PROPERTY**

    143652 05-12 PROTECTIVE SAFEGUARD AND CONDITIONAL EXCLUSION
                 ENDORSEMENT(143652 05 12)
    145942 09-04 RESTAURANT WINE COLLECTION VALUATION ENDORSEMENT
                 (145942 09 04)
    145946 06-05 RESTAURANT INDUSTRY-TIPS INCLUDED AS BUSINESS INCOME
                 AMENDATORY ENDORSEMENT (145946 06 05)
    145948 06-05 REV HOSPITALITY INDUSTRY-ADDITIONAL LIMITS ENDORSEMENT
                 (145948 06 05R)

  **GENERAL LIABILITY**

    CG0001 04-13 REV  2 COMMERCIAL GENERAL LIABILITY COVERAGE FORM
                 (CG 00 01 04 13S)
    CG0033 04-13 REV LIQUOR LIABILITY COVERAGE (CG 00 33 04 13R)
    CG0200 01-18 ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL
                 (CG 02 00 01 18)
    CG2106 05-14 EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL
                 INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED
                 BODILY INJURY EXCEPTION (CG 21 06 05 14)
    CG2144 04-17 LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR
                 OPERATION (CG 21 44 04 17)
    CG2147 12-07 EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 12 07)
    CG2406 04-13 LIQUOR LIABILITY - BRING YOUR OWN ALCOHOL ESTABLISHMENTS -
                 (CG 24 06 04 13)
    CG2407 01-96 REV PRODUCTS - COMPLETED OPERATIONS HAZARD REDEFINED
                 (CG 24 07 01 96R)
    CG7092 12-92 REV  2 COMPLETE LEAD POISONING AND LEAD CONTAMINATION
                 EXCLUSION (CG 70 92 12 92 S)
    CG7093 12-92 REV COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92R)
    CG7158 01-14 MULTICOVER (CG 71 58 01 14)
    CG7252 12-07 AMENDMENT - MEDICAL PAYMENTS FOR RESTAURANTS (CG 72 52 12 07)
    CG7275 06-07 PERSONAL AND ADVERTISING INJURY HAZARD REDEFINED
                 (CG 72 75 06 07)
    CG7291 11-09 CROSS SUITS EXCLUSION (CG 72 91 11 09)
    EB7000 12-97 EMPLOYEE BENEFITS ADMINISTRATION ERRORS AND OMISSIONS
                 INSURANCE (EB 70 00 12 97)

  **CRIME**

    CR0021 11-15 COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED FORM)
                 (CR 00 21 11 15)

  **INLAND MARINE**

    CM0042 07-90 COMMERCIAL FINE ARTS COVERAGE FORM - (CM 00 42 07 90)
    CM0143 06-04 ARIZONA CHANGES (CM 01 43 06 04)

POLICY NUMBER **S 18 MZX 80999300**
PORTFOLIO POLICY (R)
Named Insured
    DOMINICK'S ITALIAN STEAKHOUSE LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

**INLAND MARINE**

    135302 11-84 REV  2 COMMERCIAL ARTICLES FLOATER - (135302 11 84)
    140559 12-86 REV CONDITIONS (140559 12 86R)
    140559 12-86 REV CONDITIONS (140559 12 86 R)
    140866 02-86 REV DEBRIS AND POLLUTANT REMOVAL POLICY AMENDMENT
                 (140866 02-86R)
    140876 04-90 REV ELECTRONIC DATA PROCESSING COVERAGE FORM (140876-04-90R)
    141731 06-84 AMENDATORY ENDORSEMENT ("CONCURRENT CAUSE") (141731-06-84)
    145446 01-07 DATA COMPROMISE COVERAGE FORM - (145446 01 07)

**AUTOMOBILE**

    CA0001 10-13 BUSINESS AUTO COVERAGE FORM (CA 00 01 10 13)
    CA0120 01-15 ILLINOIS CHANGES (CA 01 20 01 15)
    CA0175 10-13 ARIZONA CHANGES (CA 01 75 10 13)
    CA0205 05-14 ARIZONA CHANGES - NONRENEWAL (CA 02 05 05 14)
    CA0270 01-18 ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL
                 (CA 02 70 01 18)
    CA2139 10-13 ARIZONA UNINSURED MOTORISTS COVERAGE (CA 21 39 10 13)
    CA2140 10-13 ARIZONA UNDERINSURED MOTORISTS COVERAGE (CA 21 40 10 13)
    CA7003 10-01 EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)
    CA7018 10-14 REV FLEETCOVER ENDORSEMENT (CA 70 18 10 14R)
    CA7078 01-06 REV EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR
                 CHEMICAL TERRORISM (CA 70 78 01 06R)
    CA9903 10-13 AUTO MEDICAL PAYMENTS COVERAGE (CA 99 03 10 13)

Countersignature of Authorized Agent: _____

                                          Date 09/12/19

Producer HEFFERNAN INSURANCE BROKERS
         1460B OBRIEN DR
         MENLO PARK          CA 94025

                                          GD - 6

# Calculation of Premium - IL 00 03 09 08

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Railroad Protective Liability Coverage Part**

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0003 9-08
© ISO Properties, Inc., 2007

# Common Policy Conditions - IL 00 17 11 98

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections and Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

---

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

a. Are safe or healthful; or

b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E. **Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

F. **Transfer of Your Rights and Duties Under This Policy.**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL0017 11-98S
Copyright, Insurance Services Office, Inc., 1998

# Nuclear Energy Liability Exclusion Endorsement - Broad Form
# IL 00 21 09 08

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Railroad Protective Liability Coverage Part**
**Underground Storage Tank Policy**

1. The insurance does not apply:

   A. Under any Liability Coverage, to **bodily injury** or **property damage**:

      (1) With respect to which an **insured** under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

   C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from **hazardous properties** of **nuclear material** if:

      (1) The **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

      (2) The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an **insured**; or

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

(3) The **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

2.  As used in this endorsement

**Hazardous properties** included radioactive, toxic or explosive properties.

**Nuclear material** means **source material, special nuclear material** or **by-product material**.

**Source material, special nuclear material,** and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor.**

**Waste** means any waste material (a) containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and (b) resulting from the operation by any person or organization of any **nuclear facility** included under

the first two paragraphs of the definition of **nuclear facility.**

**Nuclear facility** means:   .

(a)  Any **nuclear reactor;**

(b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel** or (3) handling, processing or packaging **waste;**

(c)  Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste;**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

IL 0021 9-08
© ISO Properties, Inc., 2007

# Illinois Changes - IL 01 18 10 10

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Property Coverage Part**
**Farm Coverage Part**
**Standard Property Policy**

A.  When this endorsement is attached to Standard Property Policy **CP 00 99**, the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

B.  The following is added to the **Legal Action Against Us** Condition:

The two year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

C.  If this policy covers:

1.  The following in a. and b., then Paragraphs 2. and 3. apply:

a.  Real property used principally for residential purposes up to and including a four family dwelling; or

b.  Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

2.  The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

a.  Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in b. below.

b.  We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

(1)  You demanded the appraisal; and

(2)  The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3.  The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation or Fraud**

a.  This Coverage Part or Coverage Form is void if you or any insured (**insured**) commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

(1)  Was made with actual intent to deceive; or

(2)  Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

b.  This Coverage Part or Coverage Form is void if you or any other insured (**insured**), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                        President

IL 0118 10-10 IL
© Insurance Services Office, Inc., 2009

(1) This Coverage Part or Coverage Form;

(2) The Covered Property;

(3) Your interest in the Covered Property; or

(4) A claim under this Coverage Part or Coverage Form.

   c.  Notwithstanding the limitations stated in 3.a. above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

D. For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph B.2. Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

    In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a. The loss arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph D.2., our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

E. The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

1. We will not pay for loss (**loss**) or damage arising out of any act an **insured** commits or

conspires to commit with the intent to cause a loss (**loss**).

In the event of such loss (**loss**), no **insured** is entitled to coverage, even **insureds** who did not commit or conspire to commit the act causing the loss (**loss**).

2. However, this exclusion will not apply to deny payment to an innocent co-**insured** who did not cooperate in or contribute to the creation of the loss (**loss**) if:

    a. The loss (**loss**) arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss (**loss**) is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph E.2., our payment to the **insured** is limited to that **insured's** insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more that the Limit of Insurance.

F. The **Intentional Loss Exclusion** in the Capital Assets Program (Output Policy) Coverage Part, is replaced by the following:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

    In the event of such loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    a. The loss arose out of a pattern of criminal domestic violence; and

    b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph F.2., our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

# Illinois Changes - Defense Costs - IL 01 62 09 08

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Liability Umbrella Coverage Part**
**Commercial Property Coverage Part - Legal Liability Coverage Form**
**Commercial Property Coverage Part - Mortgageholders Errors and Omissions Coverage Form**
**Employment-Related Practices Liability Coverage Part**
**Farm Coverage Part**
**Farm Umbrella Liability Policy**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Product Withdrawal Coverage Part**
**Railroad Protective Liability Coverage Part**
**Underground Storage Tank Coverage Part**

A. The provisions of Paragraph B. are added to all Insuring Agreements that set forth a duty to defend under:

1. Section I of the Commercial General Liability; Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Medical Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

2. Section II - Liability Coverage in Paragraph A. Coverage under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

3. Section A. Coverage under the Legal Liability Coverage Form; and

4. Coverage C - Mortgageholder's Liability under the Mortgageholders Errors And Omissions Coverage Form.

B. If we initially defend an insured (**insured**) or pay for an insured's (**insured's**) defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0162 9-08 IL
© ISO Properties, Inc., 2007

# Arizona Changes - Cancellation and Nonrenewal - IL 02 58 12 14
Policy Amendment(s) Commercial General Provisions

**This endorsements modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Liability Umbrella Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**
**Farm Umbrella Liability Policy**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**

A. The following is added to the **Cancellation** Common Policy Condition (and applies except in situations where B., below, applies):

    7. Cancellation Of Policies In Effect For 60 Days Or More

        If this policy has been in effect for 60 days or more, or if this Policy is a renewal of a policy we issued, we may cancel this Policy only for one or more of the following reasons:

        a. Nonpayment of premium;

        b. Your conviction of a crime arising out of acts increasing the hazard insured against;

        c. Acts or omissions by you or your representative constituting fraud or material misrepresentation in the procurement of this Policy, in continuing this Policy or in presenting a claim under this Policy;

    d. Substantial change in the risk assumed, except to the extent that we should have reasonably foreseen the change or contemplated the risk in writing the contract;

    e. Substantial breach of contractual duties or conditions;

    f. Loss of reinsurance applicable to the risk insured against resulting from termination of treaty or facultative reinsurance initiated by our reinsurer or reinsurers;

    g. Determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state or would jeopardize our solvency; or

    h. Acts or omissions by you or your representative which materially increase the hazard insured against.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                 President

IL0258 12-14 AZ
© Insurance Services Office, Inc., 2014                           Page 1 of 3

If we cancel this Policy based on one or more of the above reasons, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of cancellation stating the reason(s) for cancellation. We will mail this notice to the last mailing addresses known to us, at least:

   a.   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b.   45 days before the effective date of cancellation if we cancel for any of the other reasons.

B.  If the Commercial Property Coverage Part, Capital Assets Program (Output Policy) Coverage Part or the Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form provides coverage for:

   1.   Real property which is used predominantly for residential purposes and consists of one through four dwelling units; and/or

   2.   Personal property (except business or farm personal property) of a person residing in such real property;

the following provisions apply (instead of those provided in Item A. above) with respect to cancellation of such coverage:

If this Policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

   a.   Nonpayment of premium;

   b.   Your conviction of a crime arising out of acts increasing the hazard insured against;

   c.   Acts or omissions by you or your representative constituting fraud or material misrepresentation in obtaining the Policy, continuing the Policy or presenting a claim under the Policy;

   d.   Discovery of grossly negligent acts or omissions by you substantially increasing any of the hazards insured against;

   e.   Substantial change in the risk assumed by us, since the Policy was issued, except to the extent that we should reasonably have foreseen the change or contemplated the risk in writing the contract;

   f.   A determination by the Director of Insurance that the continuation of the Policy would place us in violation of the insurance laws of this state; or

   g.   Your failure to take reasonable steps to eliminate or reduce any conditions in or on the insured premises which contributed to a loss in the past or will increase the probability of future losses.

If we cancel this Policy based on one or more of these reasons, we will mail written notice of cancellation, stating the reason(s) for cancellation, to the first Named Insured. We will mail this notice to the last mailing address known to us, at least:

   (1)   10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2)   30 days before the effective date of cancellation, if we cancel for any of the other reasons.

C.  The following is added and supersedes any provision to the contrary (and applies except in situations where D., below, applies):

**Nonrenewal**

   1.   If we elect not to renew this Policy, we will mail by certified mail or by first-class mail using Intelligent Mail barcode or another similar tracking method used or approved by the United States Postal Service to the first Named Insured, and mail to the agent, if any, written notice of nonrenewal. We will mail this notice to the last mailing addresses known to us at least 45 days prior to the expiration of this Policy.

   2.   If notice is mailed, proof of mailing will be sufficient proof of notice.

   3.   If either one of the following occurs, we are not required to provide written notice of nonrenewal:

      a.   We or a company within the same insurance group has offered to issue a renewal policy; or

b.   You have obtained replacement coverage or agreed in writing to do so.

4.   If written notice of nonrenewal is mailed less than 45 days prior to expiration of this Policy, and neither 3.a. nor 3.b. applies, the coverage shall remain in effect until 45 days after the notice is mailed. Earned premium for any period of coverage that extends beyond the expiration date of this Policy shall be considered pro rata based upon the previous year's rate.

D.   If the Commercial Property Coverage Part, Capital Assets Program (Output Policy) Coverage Part or the Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form provides coverage for:

1.   Real property which is used predominantly for residential purposes and consists of one through four dwelling units; and/or

2.   Personal property (except business or farm personal property) of a person residing in such real property;

the following provisions apply (instead of those provided in Item C. above) with respect to nonrenewal of such coverage:

1.   If we elect not to renew, we will mail written notice of nonrenewal to the first Named Insured. We will mail this notice to the last mailing address known to us, at least 30 days before the end of the policy period. Proof of mailing will be sufficient proof of notice.

2.   If either one of the following occurs, we are not required to provide notice of nonrenewal:

a.   You have agreed to nonrenewal; or

b.   You have accepted replacement coverage.

3.   If our nonrenewal is based on the condition of the premises, you will be given 30 days' notice to remedy the identified conditions. If the identified conditions are remedied, coverage will be renewed. If the identified conditions are not remedied to our satisfaction, you will be given an additional 30 days, upon payment of premium, to correct the defective condition.

E.   The following condition is added:

**Renewal**

1.   If we elect to renew this Policy and the renewal is subject to any of the following:

a.   Increase in premium;

b.   Change in deductible;

c.   Reduction in limits of insurance; or

d.   Substantial reduction in coverage;

we will mail or deliver written notice of the change(s) to the first Named Insured, at the last mailing address known to us, at least 30 days before the anniversary or expiration date of the Policy.

2.   If renewal is subject to any condition described in 1.a. through 1.d. above, and we fail to provide notice 30 days before the anniversary or expiration date of this Policy, the following procedures apply:

a.   The present policy will remain in effect until the earlier of the following:

(1)   30 days after the date of mailing or delivery of the notice; or

(2)   The effective date of replacement coverage obtained by the first Named Insured.

b.   If the first Named Insured elects not to renew, any earned premium for the period of extension of the terminated policy will be calculated pro rata at the lower of the following rates:

(1)   The rates applicable to the terminated policy; or

(2)   The rates presently in effect.

c.   If the first Named Insured accepts the renewal, the premium increase, if any, and other changes are effective the day following this Policy's anniversary or expiration date.

IL0258 12-14 AZ
© Insurance Services Office, Inc., 2014

# Illinois Changes - Cancellation and Nonrenewal - IL 02 84 01 18

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Property Coverage Part**
**Farm Coverage Part**

A. The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs 8. and 9. below, we may cancel this policy by mailing written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs 8. and 9. below, we may cancel this policy only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. You have violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer

which provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

8. Real Property Other Than Residential Properties Occupied By Four Families Or Less

The following applies only if this policy covers real property other than residential property occupied by four families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

   (1) Seasonal unoccupancy; or

   (2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

   (1) An outstanding order to vacate;

   (2) An outstanding demolition order; or

   (3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. Residential Properties Occupied By Four Families Or Less

The following applies if this policy covers residential properties occupied by four families or less:

If this policy has been in effect for 60 days or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium;

b. The policy was obtained by misrepresentation or fraud; or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**Grain in Public Grain Warehouses**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

a. The other; and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

B. The following is added:

**Nonrenewal**

1. If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph 6. below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

IL 0284 1-18 IL
© Insurance Services Office, Inc., 2017

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

5. The following provision applies to policies other than those described in Paragraph 6.:

   Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

6. The following provision applies only if this policy covers residential properties occupied by four families or less:

   a. If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

      (1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in 1. above;

      (2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in 1. above; or

      (3) You received 60 days' notice of our intent not to renew as provided in 1. above.

   b. If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in 1. above.

   c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the last known mortgagee or lienholder.

   d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you.

# Illinois Changes - Mine Subsidence - Residential Building
## IL 09 34 10 11
Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Property Coverage Part**
**Farm Property - Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form**

The coverage form to which this endorsement applies is extended to insure against direct loss by Mine Subsidence.

A. Coverage

Paragraph A. is replaced by the following:

A. Mine Subsidence Coverage

We will pay for direct physical loss of or damage to residences at the premises described in the Mine Subsidence Schedule or in the Declarations, caused by or resulting from Mine Subsidence.

1. Covered Property

Covered Property, as used in this endorsement, means the following type of property for which a Limit Of Insurance is shown in the Mine Subsidence Schedule or Declarations.

**Residence** - meaning any building used principally for residential purposes up to and including a four-family dwelling (**dwelling**), permanently affixed to realty, including:

a. Appurtenant structures;

b. Cost of excavation, grading or fillings;

c. The foundation, basements and footings of buildings;

d. Septic systems directly servicing the buildings;

e. Pilings, piers, pipes, flues and drains, all of which are underground;

f. Pilings which are below the low-water mark; and

g. Driveways, parking lots and side-walks.

2. Property Not Covered

Covered Property does not include:

a. Living units, meaning that physical portion designated for separate ownership or occupancy for residential purposes, of a building or group of buildings, permanently affixed to realty in Illinois, having elements which are owned or used in common, including a condominium unit, a cooperative unit or any other similar unit;

b. Land, trees, plants, crops or agricultural field drainage tile; or

c. Personal Property.

3. Covered Cause of Loss

**Mine Subsidence** - meaning loss or damage caused by lateral or vertical ground movement, caused by a failure initiated at the mine level of man-made underground mines, including, but not limited to, coal mines, clay mines, limestone mines and fluorspar mines, that directly damages residences. Mine Subsidence does not mean lateral or vertical ground movement caused by:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0934 10-11 IL
© Insurance Services Office, Inc., 2011

Page 1 of 2

a. Earthquake, landslide, volcanic eruption;

b. Soil conditions, soil erosion, soil freezing or thawing, improperly compacted soil, construction defects, roots of trees or shrubs; or

c. Collapse of storm or sewer drains or rapid transit tunnels.

All loss or damage caused by a single mine subsidence event, or several mine subsidence events that are continuous, will constitute one mine subsidence occurrence.

4. Additional Coverages

a. Debris Removal

We will pay your expense to remove debris of Covered Property caused by or resulting from Mine Subsidence.

b. Additional Living Expense - Farm Property - Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form

If this policy includes the Farm Property - Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form, then the following applies to one-through four-family **dwellings** insured against Mine Subsidence under that coverage form:

We will pay the additional living expenses reasonably and necessarily incurred by the owner of an insured **dwelling** who has been temporarily displaced as the direct result of damage to the **dwelling** caused by Mine Subsidence.

B. Exclusions

1. Paragraph 1.b.(3) in the **Earth Movement** Exclusion of the Commercial Property Coverage Part and Paragraph 1.a.(3) in the **Earth Movement** Exclusion of the Capital Assets Program (Output Policy) Coverage Part are deleted.

2. For insurance provided under the Farm Property - Farm Dwellings, Appurtenant Structures and Household Personal Property Coverage Form, Paragraph 2.c. of the **Earth Movement** Exclusion is deleted.

3. The following is added:

We will not pay for:

a. Indirect or consequential loss; or

b. Loss of use;

caused by or resulting from Mine Subsidence, except as provided in A.4.b. above.

C. Limits of Insurance

1. The **Limits Of Insurance** Section is replaced by the following:

The most we will pay for loss of or damage to any one residence caused by Mine Subsidence in any one occurrence, including debris removal, is the Limit Of Insurance for Mine Subsidence shown in the Mine Subsidence Schedule or in the Declarations, subject to C.2. below.

2. Regardless of any Limit of Insurance stated in this policy, including this endorsement, loss payment will not exceed the amount reinsured by the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund at the time the damage caused to the residence by Mine Subsidence first became reasonably observable, and will be further limited by the amount available in the appropriate sub-fund of the Illinois Mine Subsidence Insurance Fund to reimburse us.

D. Additional Conditions

The **Coinsurance** Additional Condition does not apply to this endorsement.

E. The following is added:

**Other Insurance - Mine Subsidence**

In the event of loss to any residence insured by this endorsement, in excess of the deductible amount, we shall be liable for no greater portion of such loss than the amount provided by this endorsement shall bear to all Mine Subsidence Coverage, whether collectible or not.

# Exclusion of Certain Computer-Related Losses - IL 09 35 07 02

Policy Amendment(s) Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Standard Property Policy**

A. We will not pay for loss (**loss**) or damage caused directly or indirectly by the following. Such loss (**loss**) or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss (**loss**) or damage.

   1. The failure, malfunction or inadequacy of:

      a. Any of the following, whether belonging to any insured or to others:

         (1) Computer hardware, including microprocessors;

         (2) Computer application software;

         (3) Computer operating systems and related software;

         (4) Computer networks;

         (5) Microprocessors (computer chips) not part of any computer system; or

         (6) Any other computerized or electronic equipment or components; or

      b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

      due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

   2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

   1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

   2. Under the Commercial Property Coverage Part:

      a. In a **Specified Cause of Loss**, or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

      b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

   we will pay only for the loss (**loss**) or damage caused by such **Specified Cause of Loss**, elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0935 7-02
Copyright, ISO Properties, Inc., 2001

# Fungi Limitation Endorsement - 145900 04 08

Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**
**Property-Gard Select Real and Personal Property Coverage Section**
**Commercial Inland Marine Coverage Part**
**Standard Property Policy**
**All Other Property or Inland Marine Coverage Forms, Sections, or Endorsements attached to this policy**

**Schedule of Additional Limit**

___ **$50,000**
___ **$100,000**
___ **$250,000**

**Schedule of Locations**

**Description of Business Real Property to which this endorsement applies:**

**Location Number**                **Address**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) shown in the above Schedule, the coverage parts, coverage sections, forms, or endorsements described above and attached to this policy are amended as follows.

1.  The terms fungus and mold are deleted wherever they may appear in the coverage parts, coverage sections, forms, or endorsements described above and attached to this policy.

2.  The following exclusion applies to any coverage part, coverage form, coverage section, coverage provision, extension of coverage, additional coverage, coverage enhancement, or amendatory endorsement attached to this policy:

a.  This insurance does not apply to any loss, damage, expense, injury, economic loss, economic detriment, liability, or claim, directly or indirectly, arising out of, caused by, resulting from, happening through, or in consequence of **fungi**, notwithstanding any other provision of this policy to the contrary. This includes the cost to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                          President

b.  Such loss, damage, expense, injury, economic loss, economic detriment, liability, or claim is excluded regardless of any other cause, condition, event, material, product or building component, that contributes concurrently or in any sequence to the loss, damage, expense, injury, economic loss, economic detriment, liability, or claim.

3.  The following coverage extension is added:

**Fungi**

a.  If **fungi** is the result of a Covered Cause of Loss, we will pay, subject to the limitation in subsection 3.d. (below), for:

(1)  Direct physical loss of or damage to Covered Property, or Property Insured; or

(2)  Your liability for property of others;

At the premises shown in the Declarations, caused by or resulting from **fungi**. This includes the necessary and reasonable cost incurred to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**.

b.  Coverage provided by this extension applies only if the presence of **fungi** is reported to us within 30 days of the occurrence of the covered loss that is alleged to have caused this condition.

c.  Coverage provided by this extension includes:

(1)  The actual loss of Business Income you sustain;

(2)  The necessary Extra Expense you incur; or

(3)  Ordinance or Law Coverage;

if the Coverage Section, policy Declarations, or an endorsement attached to this policy show that you have Business Income, Extra Expense, or Ordinance or Law Coverage.

d.  Regardless of any other limits or coverages stated in this policy, or the number of locations involved, the most we will pay under this coverage extension in any one occurrence or in the **annual aggregate** during the policy period is $25,000 or the amount indicated in the above Schedule of Additional Limit. The provisions of this extension do not increase any Limits of Insurance provided by this policy.

4.  Additional Definitions

a.  **Annual Aggregate** means the most we will pay for all loss or damage arising from all occurrence(s) during any one Policy Period. **Annual aggregate** Limit(s) of Insurance are reduced by the amount of any paid loss insured under this coverage extension.

If the policy is written for a term of more than one year, we will apply the **annual aggregate** limit of insurance separately to each consecutive year of the Policy Period. If the policy is extended for a period of time that is less than a year, the **annual aggregate** from the prior term applies to the extended period of time.

b.  **Fungi** means all types of fungus, such as mildew and mold, and all of their resulting spores and byproducts, including mycotoxins and allergens. **Fungi** does not mean **fungi** for human ingestion.

For purposes of this **Fungi** Coverage Extension, **fungi** is not considered a **pollutant**.

This endorsement is otherwise subject to all other terms, conditions, provisions and stipulations of the policy to which it is attached.

# Detrimental Code Exclusion - 145901 01 02
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**
**Property-Gard Select Real and Personal Property Coverage Section**
**Commercial Inland Marine Coverage Part**
**Commercial Crime Coverage Part**
**Standard Property Policy**
**All Other Property, Inland Marine, or Crime Coverage Forms or Endorsements attached to this policy**

The following exclusion applies to any coverage part, coverage form, coverage section, coverage provision, extension of coverage, additional coverage, coverage enhancement, or amendatory endorsement attached to this policy:

1.  This insurance does not apply to any loss, damage, expense, injury, economic loss, economic detriment, liability, or claim, directly or indirectly, arising out of, caused by, resulting from, happening through, or in consequence of **detrimental code**, notwithstanding any other provision of this policy to the contrary.

2.  Such loss, damage, expense, injury, economic loss, economic detriment, liability, or claim is excluded regardless of any other cause, condition, or event that contributes concurrently or in any sequence to the loss, damage, expense, injury, economic loss, economic detriment, liability, or claim.

3.  This exclusion applies regardless of who introduced the **detrimental code**, even if the **detrimental code** was introduced by your employees.

**Definition:**

**Detrimental code** means any computer virus, program, routine, sub-routine, trojan horse, worm, script or other code string that destroys, alters, or corrupts Covered Property, Property Insured, or property of others for which you are liable, regardless of how the **detrimental code** was introduced or acquired.

This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145901 1-02

# Silica Particles Exclusion - 145917 06 04
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Farm Liability Coverage**
**American Business Coverage (Section II)**
**Garage Coverage (Section II)**

The following exclusion is added:

This insurance does not apply to any claim or liability arising, in whole or in part, directly or indirectly out of, or which is in any way related to, **Silica**.

As used in this exclusion, the term **Silica** includes, but is not limited to, silicon dioxide, silica, silica products, silica fibers, silica dust, any other silica byproducts, and silica, whether alone or in combination with any substance, product or material.

Without limiting the foregoing, this exclusion applies to every injury, damage, loss, cost or expense otherwise covered by this policy, if any.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

145917 6-04

# Disclosure of Premium and Estimated Premium for Certified Acts of Terrorism Coverage (Pursuant to Terrorism Risk Insurance Act) 145927 01 15

**This Endorsement is attached to and made part of your policy in response to the disclosure requirements of the Terrorism Risk Insurance Act.**

A. **Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act, as amended ("**certified acts of terrorism**"). The portion of your premium attributable to such coverage is shown in the policy Declarations. This premium is based on the rates in effect at the time of policy issuance or policy anniversary and was calculated for the full term of the current policy period.

B. **Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended, exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceed $100 billion.

C. **Cap on Insurer Participation in Payment of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended, exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, as amended, then we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

D. **Possibility of Additional or Return Premium**

The premium for **certified acts of terrorism** coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act, as amended. If the federal program terminates or if the level or terms of federal participation change, the premium charge for acts of terrorism as shown in the Declarations of this policy may also change. If this policy contains a Conditional Exclusion, continuation of coverage for **certified acts of terrorism**, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for **certified acts of terrorism** will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium charge made for those acts of terrorism covered by the Terrorism Risk Insurance Act, as amended, that remain covered by this policy after the disposition of the federal program. We will calculate the premium charge as follows:

1. We will calculate the pro-rated premium shown in the Declarations for **certified acts of terrorism** from the effective date of your policy to the date of expiration or change of the federal program.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

145927 1-15
© 2015 Fireman's Fund Insurance Company, Novato, CA. All rights
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2.  We will calculate the pro-rated premium charge for acts of terrorism that remain covered for the policy period that remains in effect from the expiration or change of the federal Program to the anniversary or expiration date of your policy.

3.  We will add the amount determined in D.1. above to the amount determined in D.2. above. Such premium will be your revised annual premium for coverage for acts of terrorism.

a.  If the revised annual premium determined above is an additional premium, this additional premium may be waived by us for the remainder of the policy term.

b.  If the revised annual premium determined above is a return premium, we will refund this amount to you.

All other terms and conditions of the policy remain unchanged.

145927 1-15
© 2015 Fireman's Fund Insurance Company, Novato, CA. All rights
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## Courtesy Notice of Cancellation for Other Than Nonpayment of Premium to Designated Entities - 145977 01 11
Policy Amendment

**Schedule**

**Name and Address of Person(s) or Organizations**          **Number of Days Notice if other than 10 days:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

This policy is amended as follows:

A.  If We cancel this policy prior to expiration for any reason other than non payment of premium or at Your request, and we have been notified that You are required under a current contractual obligation to notify a certificate of insurance holder or holders when this policy is canceled, then We will endeavor to mail or deliver a copy of such written notice of cancellation to the certificate holder(s) shown in the Schedule above, as follows:

   1.  To the name and address corresponding to each certificate of insurance holder indicated in the Schedule above; and

   2.  At least 10 days prior to the effective date of the cancellation, as shown in our notice to the first Named Insured, or, if indicated, the longer number of days notice shown in the Schedule above.

B.  Notwithstanding the foregoing, such notice of cancellation is provided on an informational basis and solely to assist You in informing the certificate of insurance holder(s) in advance of pending cancellation in coverage to assist you in meeting Your contractual notice requirements to such parties.  Our failure to provide such advance notification to the certificate of insurance holder(s) shown in the Schedule of this endorsement will not extend any policy cancellation date, negate any cancellation of the policy, or grant, alter or extend any rights or obligations under this policy and we shall have no liability for any failure to provide the notice(s) as provided herein.

All other terms and conditions of this policy remain unchanged.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

145977 1-11
© 2010 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# Economic or Trade Sanctions Compliance - 145985 06 14
Policy Amendment

The following is added to the Policy and replaces any other provision in the Policy addressing economic or trade sanctions:

This insurance does not apply to the extent that economic or trade sanctions or other laws or regulations prohibit us (the Company) from providing insurance.

All other terms and conditions of the policy remain unchanged.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

145985 6-14
© 2014 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# PROPERTY

| Property | PR |
| --- | --- |

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
      DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

### PROPERTY-GARD (R) PROPERTY DECLARATIONS

INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, ENDORSEMENTS AND
LIMITS OF LIABILITY SHOWN BELOW.

---

### BUSINESS PERSONAL PROPERTY - SPECIAL CAUSES OF LOSS FORM

PROPERTY COVERED AND LIMITS OF LIABILITY
  ITEM A - STOCK
  ITEM B - FURNITURE, FIXTURES, EQUIPMENT AND MACHINERY
  ITEM C - TENANTS IMPROVEMENTS

PROPERTY AT SPECIFICALLY IDENTIFIED LOCATIONS
  BLANKET LIMITS OF LIABILITY:   $8,000,000 DEDUCTIBLE   $2,500  COINS  90%

| LOC | COVERAGE ITEMS | LOC | COVERAGE ITEMS |
|-----|----------------|-----|----------------|
| 001 | A,B,C | 002 | A,B,C |
| 003 | A,B,C | 004 | A,B,C |
| 006 | A,B,C | | |

REPLACEMENT COST

  APPLIES AT LOCATIONS 001 002 003 004 006

---

### BUSINESS REAL PROPERTY - SPECIAL CAUSES OF LOSS FORM

LOCATIONS AND LIMITS OF LIABILITY
BLANKET LIMITS OF LIABILITY:  $24,924,513 DEDUCTIBLE   $2,500  COINS  90%
  FOR LOC. 001  002  003  005  006

REPLACEMENT COST

  APPLIES AT LOCATIONS 001 002 003 005 006

---

### TIME ELEMENT - SPECIAL CAUSES OF LOSS FORM

BUSINESS INCOME INCLUDING RENTAL VALUE

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
      DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

      LOCATIONS AND LIMITS OF LIABILITY
      BLANKET LIMIT OF LIABILITY:    $16,616,128     COINS 100%
      FOR LOC. 001   002   003   004   005   006

 AGREED VALUE APPLIES (REFER TO F.3 OF THE BUSINESS INCOME COVERAGE FORM)

    APPLIES AT LOCATIONS 001 002 003 004 005 006

---

### OTHER PROPERTY COVERAGE

**BUSINESS INCOME COVERAGE FORM AND EXTRA EXPENSE**
**CP 00 30 10 91**
    __XX___   (i) Business Income including Rental Value.
    _____  (ii) Business Income other than Rental Value.
    _____ (iii) Rental Value.


**PROPERTY-GARD GREEN COVERAGE ENDORSEMENT -**
**143643DEC 06 10**
    Schedule
                  Green Upgrade Coverage
                  Limit(s) of Insurance

    Location(s)                Blanket Limit of Insurance
    001,002                   INCLUDED

    Location(s)                Sublimit(s) of Insurance
                             $ _____
                             $ _____

                Green Certification Coverage
                  Limit(s) of Insurance

    Location(s)                Blanket Limit of Insurance
    001,002                   INCLUDED

    Location(s)                Sublimit(s) of Insurance
                             $ _____
                             $ _____

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
        DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

## Extensions of Coverage

| Description of Coverage | Sublimit(s) of Insurance |
|---|---|
| Green Certification Upgrade Coverage | $ 25,000 |
| Vegetated Roof and Heat Island Effect Coverage | $ 25,000 |
|   Any One Tree, Shrub, Plant or Lawn | $  5,000 |
|   Wind or Hail Causes of Loss | Covered [  ] Excluded [X] |
| Professional Design Consulting Coverage | $ 25,000 |
| Commissioning Expense Coverage | |
|   Commissioning or Retro-Commissioning Services | $ 25,000 |
|   Test and Balance Analysis | $ 25,000 |
| Certification Fees Coverage | $ 25,000 |
| Recycling Additional Expense Coverage | $ 25,000 |
| Flush-Out Coverage | $ 25,000 |
| Green Financial Incentive Coverage | $ 25,000 |
| Porous Paving Coverage | $ 25,000 |
| Green Mobile Equipment Coverage | $ 25,000 |
| Miscellaneous Green Property Coverage | $ 25,000 |

### Additional Green Rating Authorities
### Enter the Name of the Business Entity (below)

1.

2.

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
     DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

**PROPERTY ENDORSEMENTS**

VAL-U-GARD II ENDORSEMENT (140413-06-84)
     APPLIES TO BUSINESS PERSONAL PROPERTY - ITEM A, ITEM B, ITEM C ONLY
     APPLIES TO BUSINESS REAL PROPERTY
     VAL-U-GARD II COST INDEX AUTOMATIC INCREASE
     LOC(S):  001 002 003 004 005 006

LOSS PAYABLE PROVISIONS (CP 12 18 06 07)

     LOC 001          AMOUNT OF INSURANCE
     PROVISIONS LOSS PAYABLE
     LOSS PAYEE NAME AND ADDRESS
     C3 CAPITAL PARTNERS III LP
     A DELAWARE LIMITED PARTNERSHIP
     1511 BALTIMORE, SUITE 500
     KANSAS CITY          MO    64108

     LOC 003          AMOUNT OF INSURANCE
     PROVISIONS LOSS PAYABLE
     LOSS PAYEE NAME AND ADDRESS
     WESTWOOD FINANCIAL
     11440 SAN VICENTE BLVD, SUITE 200
     LOS ANGELES        CA   99049

     LOC 003          AMOUNT OF INSURANCE
     PROVISIONS LENDERS LOSS PAYABLE
     LOSS PAYEE NAME AND ADDRESS
     WESTWOOD FINANCIAL
     11440 SAN VICENTE BLVD, SUITE 200
     LOS ANGELES        CA   99049

     LOC 006          AMOUNT OF INSURANCE
     PROVISIONS LENDERS LOSS PAYABLE
     LOSS PAYEE NAME AND ADDRESS
     CROSSFIRST BANK
     4435 MAIN STREET, SUITE 1100
     KANSAS CITY          MO   64111

PROPERTY-GARD AMENDATORY ENDORSEMENT (141073 05 93)

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
        DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**SUPPLEMENTARY STATE ENDORSEMENT(S)**

**ARIZONA**

ARIZONA CHANGES (CP 01 46 08 94)

ARIZONA CHANGES (CP 01 32 06 04)

VACANCY LIMITATION ENDORSEMENT (143650 05 12)

**ENDORSEMENTS - OTHER PROPERTY COVERAGE**

**141074       CAUSE OF LOSS - FLOOD FORM - 141074 08 93**

A. CAUSES OF LOSS

FOR AN ADDITIONAL PREMIUM, FLOOD IS ADDED AS A COVERED CAUSE OF LOSS
UNDER THE BASIC FORM AND

LOCATIONS COVERED BY THE ENDORSEMENT

LOC NO.(S)
   006

B. LIMITS OF INSURANCE

1.  REGARDLESS OF ANY OTHER LIMITS STATED IN THIS POLICY OR THE
    NUMBER OF LOCATIONS INVOLVED, THE MOST WE WILL PAY FOR ANY LOSS
    CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR MADE WORSE BY ANY
    ONE FLOOD DISASTER IS $1,000,000 NOT TO EXCEED $1,000,000 IN THE
    AGGREGATE FOR ALL COVERED LOCATIONS DURING THE POLICY PERIOD.

2.  THE SUBLIMITS SHOWN IN THE SCHEDULE BELOW (IF APPLICABLE) ARE
    INCLUDED WITHIN THE POLICY LOSS LIMIT UNDER B.1 OF THIS ENDORSE-
    MENT AND DO NOT INCREASE THE LIMIT OF INSURANCE APPLYING TO THE
    DAMAGED PROPERTY.

SCHEDULE OF SUBLIMITS

| LOC. NO.(S) | SUBLIMIT OF INSURANCE ANY ONE FLOOD | SUBLIMIT OF INSURANCE ANNUAL AGGREGATE | DEDUCTIBLE |
|---|---|---|---|
|  | N/A | N/A | N/A |

PR - 5

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
    DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

   **141074      CAUSE OF LOSS - FLOOD FORM - 141074 08 93**
(CONTINUED)


   C.  DEDUCTIBLE

       WE WILL NOT PAY FOR LOSS OR DAMAGE FROM ANY ONE FLOOD UNTIL THE
       AMOUNT OF LOSS OR DAMAGE EXCEEDS $50,000.


   **143623      CRISIS MANAGEMENT COVERAGE EXTENSION ENDORSEMENT -
                  (143623 06 05)**

   Schedule

   | Coverage Description: | Limits of Insurance: |
   |---|---|
   | Crisis Event Response Communication Cost | $25,000 for up to 60 days each Covered Crisis Event $25,000 maximum during any one policy year |
   | Crisis Event Business Income (and Extra Expense) | $25,000 for up to 60 days each Covered Crisis Event $25,000 maximum during any one policy year |
   | Post Event Expense | $25,000 for up to 60 days each Covered Crisis Event not to exceed $5,000 for any one person $25,000 maximum during any one policy year |

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

   143623      **CRISIS MANAGEMENT COVERAGE EXTENSION ENDORSEMENT -**
              **(143623 06 05)**
(CONTINUED)

| | Waiting Period | Deductible: |
|---|---|---|
| Crisis Event Response Communication Cost | None | |
| Crisis Event Business Income | Twenty four (24) hours | |
| Crisis Event Extra Expense | None | |
| Post Event Expenses | None | |

    143626      **PROPERTY-GARD RESTAURANT PLUS EXTENSION**
              **ENDORSEMENT - 143626 06-05**

    PROPERTY-GARD BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    CAUSE OF LOSS FORM
    BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)

    DEDUCTIBLE:  ( )$250   ( )$500   ( )$1,000   (X)POLICY DEDUCTIBLE

    143641      **Ordinance or Law Coverage - Blanket Declarations**
              **(143641BDEC 0909)**
              **Policy Amendment to Ordinance or Law Coverage - 143641 09 09**

                  Property Damage - Limits of Insurance

     Schedule

     Blanket Limit(s) of Insurance
     Loc.No(s) Coverage A  Coverage B  Coverage C  Coverage B and C Blanket

     002,003    INCLUDED    ***     ***     $1,000,000

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
      DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

   143641          Ordinance or Law Coverage - Blanket Declarations
                   (143641BDEC 0909)
                   Policy Amendment to Ordinance or Law Coverage - 143641 09 09
(CONTINUED)
      005,006


                Business Income and Extra Expense - Limits of Insurance

      Blanket Limit(s) of Insurance
      Loc.No(s)               Coverage D   Coverage E

                              $_____   $_____
                              $_____   $_____


      Sublimit(s) of Insurance
        Loc. No(s)                Coverage D   Coverage E

                              $_____   $_____
                              $_____   $_____


      Information required to complete this Schedule, if not shown above, will
      be shown in the Declarations.

      Coverage A, B, C, D, or E:

      1. Except as described below for Coverage A, a Limit of Insurance
         Blanket Limit of Insurance or Sublimit of Insurance must be shown in
         the Schedule of this Endorsement in order for coverage under this
         Endorsement to apply.

      2. If Coverage A is not shown as "included", or no Limit of Insurance,
         Blanket Limit of Insurance, or Sublimit of Insurance is shown in the
         Schedule of this Endorsement, then the coverage provided by this
         Endorsement does not apply.

      3. If the Schedule of this Endorsement shows a Blanket Limit of
         Insurance in conjunction with a Sublimit of Insurance, then such

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

**143641      Ordinance or Law Coverage - Blanket Declarations
            (143641BDEC 0909)
            Policy Amendment to Ordinance or Law Coverage - 143641 09 09**
(CONTINUED)
        sublimits are a part of, not in addition to the corresponding
        Blanket Limit of Insurance.

   4. If "0", "N/A", or "not covered" is shown as a Limit of Insurance,
      Blanket Limit of Insurance, or Sublimit of Insurance in the
      Schedule of this Endorsement, then coverage provided by this
      Endorsement does not apply.

   Coverage A:

   1. If the Schedule of this Endorsement describes a Limit of Insurance,
      Blanket Limit of Insurance, or Sublimit of Insurance for Coverage A
      as "included", then Coverage A is included within the Limit of
      Insurance shown in the Declarations for Covered Property.

   2. If the Schedule of this Endorsement shows a Limit of Insurance,
      Blanket Limit of Insurance, or Sublimit of Insurance for Coverage A,
      then such limit of insurance is included within the Limit of
      Insurance shown in the Policy Declarations for Covered Property. The
      Coverage A Limit of Insurance provided by this Endorsement does not
      increase the Limit of Insurance shown in the Policy Declarations for
      Covered Property.

   Coverage B and C Blanket:

   If the Schedule of this Endorsement describes a Limit of Insurance,
   Blanket Limit of Insurance, or Sublimit of Insurance for Coverage B and
   C Blanket; in addition to a Limit of Insurance, Blanket Limit of
   Insurance, or Sublimit of Insurance for Coverage B or Coverage C, then
   only the Coverage B and C Blanket applies.

   Coverage D and E:

   If the Schedule of this Endorsement shows a Limit of Insurance, Blanket
   Limit of Insurance, or Sublimit of Insurance for Coverage D or Coverage
   E, then such limits are included within and do not increase the Limits

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
     DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

   **143641**      **Ordinance or Law Coverage - Blanket Declarations**
             **(143641BDEC 0909)**
             **Policy Amendment to Ordinance or Law Coverage - 143641 09 09**
**(CONTINUED)**
     of Insurance for Business Income Coverage, Extra Expense Coverage, or
     any consequential coverage of any kind or nature provided elsewhere
     under this policy.


   **143652**      **PROTECTIVE SAFEGUARD AND CONDITIONAL EXCLUSION ENDORSEMENT**
             **(143652 05 12)**

   This Endorsement modifies insurance provided under Commercial Property
   Coverage.

   Schedule

          Protective Safeguard and Conditional Exclusion Endorsement
   Loc.    Cause of Loss    Protective Safeguards    Describe Any P-7
   No(s)   Applicable       Required
   006     (X)Fire            P-3
        ( )Theft
        ( )Freezing

   Applies to Newly        Applies to
   Acquired Locations     Unnamed Locations
   ( )Yes  (X)No        ( )Yes    (X)No


   **145942**     **Restaurant Wine Collection Valuation Endorsement**

   THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE FOLLOWING:

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
    DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)

ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)

    145942     **Restaurant Wine Collection Valuation Endorsement**
(CONTINUED)
        PROPERTY-GARD BUILDING AND PERSONAL PROPERTY FORM
        PROPERTY-GARD SELECT REAL AND PERSONAL PROPERTY COVERAGE SECTION
        STANDARD PROPERTY POLICY

        SCHEDULE

| LOCATION NUMBER | LIMIT OF INSURANCE |
|---|---|
| 001 | IF ANY |
| 002 | IF ANY |
| 003 | $285,403 |
| 004 | NOT APPLICABLE |
| 005 | NOT APPLICABLE |
| 006 | $100,000 |

    145948     HOSPITALITY INDUSTRY - ADDITIONAL LIMITS ENDORSEMENT
              - 145948 06 05

| SCHEDULE | LIMITS | DEDUCTIBLE |
|---|---|---|
| LOST KEY COVERAGE | | |
|   EACH OCCURRENCE | $ | $ |
|   ALL OCCURRENCES EACH TWELVE MONTH PERIOD | $ | $ |
| ALTERNATIVE KEY SYSTEMS | $ | $ |
| EVACUATION EXPENSE REIMBURSEMENT | $ | $ |
| CUSTOMER REIMBURSEMENT | | |
|   EACH GUEST | $ | $ |
|   EACH OCCURRENCE | $ | $ |
| SPOILAGE | $422,800 | $2,500 |
| FIRE PROTECTIVE EQUIPMENT | $ | $ |
| CONTAMINATED FOOD | | |
|   COSTS | $ | $ |
|   TIME ELEMENT | $ | $ |
| MONEY, CHECKS AND STAMPS | $ | $ |

PR - 11

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
    DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**ENDORSEMENTS - OTHER PROPERTY COVERAGE (CONTINUED)**

    145948        **HOSPITALITY INDUSTRY - ADDITIONAL LIMITS ENDORSEMENT**
                   **- 145948 06 05**
  (CONTINUED)
    MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY $        $
    PROPERTY IN TRANSIT                          $        $
    FINE ARTS                                    $        $
    TEMPORARY PROPERTIES                         $        $
    SIGN AND GLASS COVERAGE                       $        $
    ARSON REWARD                                 $        $
    FIRE DEPARTMENT SERVICE CHARGE               $        $
    PROPERTY OF OTHERS                           $        $
    PROPERTY OFF PREMISES                        $        $
    OUTDOOR PROPERTY
      (TREES, SHRUBS, PLANTS AND LAWNS)
      FOR ANY ONE TREE, SHRUB OR PLANT          $        $
      ANY ON OCCURRENCE                          $        $
    ACCOUNTS RECEIVABLE                          $        $
    ELECTRONIC DATA PROCESSING EQUIPMENT         $        $
    VALUABLE PAPERS AND RECORDS                  $        $
    EXTRA EXPENSE, EXPEDITING EXPENSE AND
      LOSS ADJUSTMENT EXPENSE                    $        $
    REALTY TAX - INCREASED ASSESSMENT            $        $
    COMMUNICABLE DISEASE EXTRA EXPENSE           $        $

    IF THE DECLARATIONS SHOW YOU HAVE BUSINESS INCOME COVERAGE(S):

| SCHEDULE | LIMITS | DEDUCTIBLE |
|---|---|---|
| INCOME SUPPORT PROPERTIES | $ | $ |
| OFF PREMISES SERVICES | $ | $ |
| OFF PREMISES SPECIAL EVENT CANCELLATION | $ | $ |
| RESERVATION SYSTEMS | $ | $ |
| LOST LEASE COVERAGE | $ | $ |
| TENANT MOVE-BACK COVERAGE | $ | $ |
| EXPEDITING EXPENSE AND LOSS ADJUSTMENT EXPENSE | $ | $ |

POLICY NUMBER **S 18 MZX 80999300**

NAMED INSURED
    DOMINICK'S ITALIAN STEAKHOUSE LLC

PORTFOLIO POLICY (R)


**OTHER INTERESTS**

  MORTGAGEES     LOCATIONS AND MORTGAGEE NAME AND ADDRESS
      LOC 003   SPECIAL MORTGAGEE FORM NUMBER
      WESTWOOD FINANCIAL
      11440 SAN VICENTE BLVD, SUITE 200
      LOS ANGELES                CA     99049

  PROPERTY-GARD EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT (143609 07 03)

      SCHEDULE OF EQUIPMENT BREAKDOWN COVERAGE LIMITS

          COVERAGE DESCRIPTION                LIMIT OF INSURANCE

          DAMAGE TO COVERED PROPERTY          POLICY LIMIT OF INSURANCE
          TIME ELEMENT LOSS                   POLICY LIMIT OF INSURANCE
          PERISHABLE STOCK                    $250,000
          HAZARDOUS SUBSTANCES                $250,000
          EXPEDITING EXPENSE                  $250,000
          DATA RESTORATION                    $250,000
          SERVICE INTERRUPTION                FOLLOWS THE TIME ELEMENT AND
                                              PERISHABLE STOCK LIMITS

      SCHEDULE OF EQUIPMENT BREAKDOWN COVERAGE DEDUCTIBLES

          DAMAGE TO COVERED PROPERTY:         POLICY DEDUCTIBLES
          TIME ELEMENT LOSS:                  POLICY DEDUCTIBLES
          PERISHABLE STOCK:                   POLICY DEDUCTIBLES



# Property-Gard Building and Personal Property Coverage Form
# 142000 12 88
Commercial Property Coverage

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance.

A location number appears in the Declarations for each covered location. Any **premises** number that appears in this policy applies to the location with the same number.

Some words and phrases that appear in bold face or quotation marks have special meaning. Refer to Definitions.

A. **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the location described in the Declarations caused by or resulting from any Covered Cause of Loss.

1. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property for which a Limit of Insurance is shown in the Declarations:

a. Business Real Property

We cover the building at the location shown in the Declarations. This includes all of the following:

(1) completed additions;

(2) permanently installed fixtures, machinery and equipment;

(3) outdoor fixtures and structures, including light standards, fences, signs and well-housings; and

(4) personal property you own which is used to maintain or service the building or its premises. This includes

(a) fire extinguishing equipment;

(b) outdoor furniture;

(c) floor covering; and

(d) appliances used for refrigerating, ventilating, cooking, dishwashing or laundering.

(5) If not covered by other insurance, we cover:

(a) additions under construction, alterations and repairs to the building or structure.

(b) materials, equipment, supplies and temporary structures which are within 100 feet of the described premises and are used for making additions, alterations or repairs to the building or structure.

b. Your Business Personal Property

We cover the following items of personal property which you own and use in **your business** while they are in or on the **premises** at the location described in the Declarations or in the open (or in a **vehicle**) within 100 feet of the described **premises**.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

142000 12-88S

Page 1 of 13

(1) Property at Specifically Identified Locations

Your business personal property at identified locations is shown in the Declarations as: **Item A - Stock.** This includes **stock**, materials and supplies of all kinds. It includes your interest in labor, materials or services furnished or arranged by you on personal property owned by others.

**Item B - Furniture, Fixtures, Equipment and Machinery.** This includes all such items of property that are not permanently installed in the building. It also includes trees, plants and shrubs used inside the building as decoration.

**Item C - Tenant's or Condominium Unit Owner's Improvements.** This includes your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove.

If you are a condominium unit-owner, this includes fixtures, alterations, installations or additions which are a part of the building and are owned by you as a unit-owner.

(2) Property at Locations Not Specifically Identified

Your business personal property at locations not identified is shown in the Declarations as:

**Item D - Property at Locations Not Specifically Identified.** This includes all the types of property under ITEMS A, B, and C. We only cover such property while it is anywhere

within the **policy territory**, except Canada.

(3) Property Not At a Location

Your business personal property is covered, while in transit between places in the **policy territory**. It is shown in the Declarations as:

**Item E - Property in The Following Situations.** This includes all the types of property covered under **Items A,B, and C.** while it is:

(a) IN DUE COURSE OF TRANSIT-INSURED'S VEHICLES. This covers business personal property which is in, on, connected to or being towed by a **vehicle** which you own, operate or lease.

(b) IN CARE, CUSTODY OR CONTROL OF SALESPERSONS. This covers business personal property which is not covered under (a) above while it is away from your premises in the care, custody or control of any of your salesperson(s).

(c) IN CUSTODY OF CARRIERS FOR HIRE. This covers business personal property which is not covered under (a) or (b) above while it is in transit or in the custody of carriers for hire.

c.   Personal Property of Others

We cover personal **property of others** only to the extent that such coverage is provided under Coverage Extensions, unless otherwise specifically covered in the Declarations or by endorsement to this policy.

2.   Property Not Covered

We do not cover any of the following property, unless specifically covered in the Declarations or by endorsement to this policy:

a.   land and land values; water; roadways, walks, patios or other paved surfaces;

b.   the cost of excavations, grading or filling;

c.   foundations of buildings, structures, machinery or boilers if such foundations are below ground;

d.   equipment or machinery below the lowest basement floor or (when there is no basement) below ground;

e.   underground pipes, flues or drains;

f.   retaining walls that are not part of the building;

g.   growing crops outside of buildings;

h.   personal property you sell under any deferred payment plan (such as, a conditional sale, trust agreement or installment plan) after such property has been delivered to the customer;

i.   any **vehicle** designed and intended for highway use except:

   (1)   those operated solely at a covered location;

   (2)   motorcycles and similar motorized vehicles you sell;

   (3)   trailers which you sell and which are designed for use with private passenger automobiles.

j.   animals except those you sell;

k.   aircraft;

l.   watercraft while afloat;

m.   **money** and securities except as covered under **Additional Coverages** subsection f. **Money, Checks and Stamps** and subsection g. **Money Orders and Counterfeit Paper Currency.**

n.   **Property of Others** except as covered under **Coverage Extensions** subsection b. (2) **Property of Others.**

o.   Property which is more specifically described and covered under this policy or any other policy.

3.   Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

4.   Additional Coverages (Not Subject to the Coinsurance Additional Condition)

a.   Debris Removal

We will pay your reasonable cost to remove the debris of covered property caused by or resulting from a covered cause of loss which occurs during the policy period.

This coverage only applies if not later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

   (1)   discover the loss, and

   (2)   report the cost to us in writing.

We will pay up to 25% of the sum of:

   (1)   the direct physical loss otherwise payable under the policy, and

   (2)   the deductible.

But this limitation does not apply to any additional debris removal limit provided in the limit of insurance section.

We will not Pay:

   (1)   the cost to extract **Pollutants** from land or water (except as provided in d. **Pollutant Removal.**

   (2)   the cost to repair, replace or restore property damaged or destroyed by debris removal;

   (3)   the cost to remove debris from any location used for the handling, treatment, storage or disposal of waste unless it is a specifically identified location shown in the Declarations.

b.   Preservation of Property

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a

Covered Cause of Loss, we will pay for direct physical loss or damage to that property:

(1) While it is being moved or while temporarily stored at another location; and

(2) Only if the loss or damage occurs within 10 days after the property is first moved.

c.   Fire Department Service Charge

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

d.   Pollutant Removal

We will pay your reasonable cost to extract **pollutants** from land and water. The release, discharge or dispersal of the **pollutants** must result from a covered cause of loss and must occur during the policy period. This coverage only applies if no later than 180 days from the date of loss or from the end of the policy period, whichever comes first, you:

(1) discover the loss, and

(2) report the cost to us in writing.

The most we will pay in any one loss is the lesser of:

(1) 10% of the applicable Limit of Liability; or

(2) $10,000

Under this Additional Coverage, the most we will pay for claims for loss which occurs at any one location during the policy period is $10,000. If this policy is written for a term of more than one year, we will apply this limit separately to each consecutive year of the policy period.

We will not pay:

(1) the cost to repair, replace or restore property damaged or destroyed by extraction of **pollutants**;

(2) the cost to extract **pollutants** from land or water:

(a) at any location used for the handling, treatment, storage or disposal of waste unless it is a specifically identified location shown in the Declarations;

(b) at any location not specifically identified in the Declarations if the **pollutants** have been released, dispersed or discharged from a location which is used for the handling, treatment, storage or disposal of waste and which is not specifically identified in the Declarations; or

(c) at any location if the **pollutants** arise out of or are a consequence of nuclear reaction or radiation, or radioactive contamination.

e.   F.O.B. Shipments

We cover the goods you sell to others which are shipped to them at their risk of loss. But this coverage only applies if you cannot collect on the bill of sale because:

(1) the goods have been damaged by a cause of loss we cover; and

(2) your customer has refused or is unable to pay.

If this occurs, we will adjust the loss as if the property were your business personal property to the extent that such property is covered by this policy.

We will not pay more than the Limit of Insurance in the Declarations that applies to property in the custody of carriers for hire.

f.   Money, Checks and Stamps

We cover **money**, checks and stamps you use in your business as shown by your records. We cover them while they are contained in the building at a location we cover. We also cover them while they are being carried to or from a covered location. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location. We do not cover any loss caused by or resulting from forgery; alterations; the giving or surrendering of checks or **money** in exchange or purchase; or accounting or arithmetic errors or omissions. Our limit of liability for this coverage is $1,000 in any one loss.

g.   Money Orders and Counterfeit Paper Currency

Loss due to the acceptance in good faith, in exchange for merchandise, **money** or services, of any post office or express money order, issued or purporting to have been issued by any post office or express company, if such money order is not paid upon presentation, or due to the acceptance in good faith in the regular course of business of counterfeit United States or Canadian paper currency. Our limit of liability for this coverage is $1000 in any one loss.

5.   Coverage Extensions (Not Subject to the Coinsurance Additional Condition)

a.   Newly Acquired Property

If the Declarations show you have Business Real Property Coverage, we cover the buildings you acquire anywhere in the **policy territory** except Canada. If the Declarations show you have Business Personal Property Coverage, we cover your business personal property at a newly acquired location anywhere in the **policy territory** except Canada. The most we will pay for any one loss is $250,000, whether the loss occurs to real or personal property or to both. This coverage ends:

(1)  120 days from the date you acquire the property; or

(2)  on the date you report the values of the property to us; or

(3)  on the date this policy expires; whichever occurs first.

When you report the values of the property to us, you will owe us additional premium from the date of acquisition.

b.   Personal Effects and Property of Others

(1)  Personal Effects

We cover your **personal effects** and those of your officers, partners and employees while such property is at a covered location. This coverage does not apply to any **personal effects** which are covered elsewhere by this policy or by any other insurance. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location.

No matter how many persons suffer loss to their **personal effects**, we will not pay more than $1,000 to any one person in any one loss.

Nor will we pay more than the lessor of $10,000 or 10% of the limit on business personal property at the location where the loss occurs, no matter how many persons suffer loss.

(2)  Property of Others

We cover **property of others** while it is at a covered location. We cover such property against loss from a cause of loss we cover applying to your business personal property at the location.

We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

c.   Valuable Papers and Records

We cover the valuable papers and records you use in **your business** against loss from

a cause of loss we cover applying to business personal property at the covered location where the loss occurs. Such papers and records include books, maps, films, drawings, abstracts, deeds, mortgages and manuscripts and those records which exist in electronic or magnetic media and film, negatives, discs, slides, photographs and video tape. We only cover them while they are in that part of the building which you occupy at the covered location.

We will pay the research and other costs necessary to reproduce, replace or restore such papers and records. We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

d.   Property Off Premises

We cover covered property while it is temporarily away from the covered location to be cleaned, repaired or serviced. While at the temporary location, we cover it against loss from a cause of loss we cover applying to the property at the covered location. While in transit to and from the temporary location, the Special Causes of Loss apply to such property.

We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the covered location where the property is usually situated.

e.   Outdoor Property: Trees, Shrubs, Plants and Lawns

We cover your trees, shrubs, plants and lawns that are outside a covered building when the loss is caused by or results from any of the following causes of loss: fire; lightning; aircraft; explosion; riot or civil commotion; smoke; vehicles, vandalism or malicious mischief. We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the location where the loss occurs, but not more than $250 for any one tree, shrub or plant.

f.   Extra Expense, Expediting Expense and Loss Adjustment Expense

When a loss covered by this policy occurs, we will pay the extra expense you necessarily incur to continue or resume your **normal business operations**. We will pay only that part of the total expense that exceeds the amount which ordinarily would have been incurred to conduct **your business**. We will not be liable for any longer period of time than is necessarily required to rebuild, repair or replace the damaged property. This period of time is not limited by the expiration date of the policy.

We will also pay the reasonable cost you incur to expedite repairs to covered property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation.

We will also pay the extra wages you pay your employees for preparing inventories and other loss data for completing your proof of loss. We do not cover any other expenses incurred in preparing or submitting claims.

The Special Exclusions that apply to the Extra Expense Coverage Form shall apply to this coverage.

We will not pay more than the lesser of $10,000 or 10% of the combined limits on business real property and business personal property at the location where the loss occurs.

g.   Accounts Receivable

We cover your records of balances owed you by your customers while the records are at a covered location. We cover such records against loss from a cause of loss we cover applying to your business personal property at the location.

We will pay the following when they result from loss or damage to these records:

(1)   Sums owed you by customers which you cannot collect;

(2) Interest charges you must pay on loans obtained to offset impaired collections;

(3) That part of your collection costs that exceeds your normal costs;

(4) Other costs you reasonably incur to restore your records.

We will not pay more than the lesser of $10,000 or 10% of the limit on business personal property at the location where the loss occurs.

### B. Exclusions

See applicable Causes of Loss Form as shown in the Declarations.

### C. Limits of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limits applicable to the Coverage Extensions and the Pollutant Removal and Fire Department Service Charge Additional Coverage are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property

2. Debris Removal

3. F.O.B. Shipments

4. Money, Checks and Stamps

5. Money Orders and Counterfeit Paper Currency

When the Limit of Insurance is exhausted we will pay an additional amount up to the lesser of:

1. 5% of the applicable limit of liability; or

2. $50,000

under the Debris Removal Additional Coverage.

### D. Deductible

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

If more than one deductible is applicable under this Property Guard Coverage Form, we will only apply the highest amount that is applicable.

### E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Abandonment

There can be no abandonment of any property to us.

2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3. Duties In The Event Of Loss Or Damage

You must see that the following are done in the event of loss or damage to Covered Property:

a. Notify the police if a law may have been broken.

b. Give us prompt notice of the loss or damage. Include a description of the property involved.

142000 12-88S

c.  As soon as possible, give us a description of how, when and where the loss or damage occurred.

d.  Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

e.  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

f.  Permit us to inspect the property and records proving the loss or damage. Also permit us to take samples of damaged property for inspection, testing and analysis.

g.  If requested, permit us to question you under oath at such times as may be reasonably required about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

h.  Send us a signed, sworn statement of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

i.  Cooperate with us in the investigation or settlement of the claim.

4.  Loss Payment

a.  In the event of loss or damage covered by this Coverage Form, at our option we will either:

(1)  Pay the value of lost or damaged property;

(2)  Pay the cost of repairing or replacing the lost or damaged property;

(3)  Take all or any part of the property at an agreed or appraised value; or

(4)  Repair, rebuild or replace the property with other property of like kind and quality.

b.  We will give notice of our intentions within 30 days after we receive the sworn statement of loss.

c.  We will not pay you more than your financial interest in the Covered Property.

d.  We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

e.  We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

f.  We will pay for covered loss or damage within 30 days after we receive the sworn statement of loss, if:

(1)  You have complied with all of the terms of this Coverage Form; and

(2)  (a) We have reached agreement with you on the amount of loss; or

(b) An appraisal award has been made.

5.  Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6.  Vacancy

If the building where loss or damage occurs is vacant or unoccupied we will pay for loss or damage caused by or resulting from any Covered Cause of Loss.

If this policy contains any provisions entitled or referred to as STANDARD FIRE POLICY PROVISIONS, any limitations

contained therein that apply to vacant or un-occupied buildings are deleted.

7. Valuation

If a loss occurs, we will determine the value of the damaged property at actual cash value as of the time of loss or damage, except as provided below.

a. **Stock** will be valued as follows:

   (1) **Stock** you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

   (2) **Stock** that is finished goods manufactured by you at the price for which it could have been sold if there had been no loss, less all discounts and unincurred expenses.

   (3) **Stock** shipped to you at your actual invoice cost plus any charges you must pay and your commission, if you are the selling agent.

   (4) **Stock** that you have shipped at your selling invoice plus any guaranteed, prepaid or advanced freight.

   (5) **Stock** that you have shipped not under invoice at its market value at destination on the date of loss less any unincurred expenses.

b. Glass will be valued at the cost to replace damaged property with safety glazing material if required by law.

c. Books of Account, abstracts, drawings, and systems and other records, including those which exist in electronic or magnetic media and film, negatives, discs, slides, photographs and video tapes, that are not covered under Coverage Extension, subsection c. Valuable Papers and Records will be valued at the cost of:

   (1) Blank or unexposed materials for reproducing the records; and

   (2) When there is a duplicate, labor to transcribe or copy the records.

d. When the full cost to repair or replace the damaged property (whether it is business personal property or business real property or both) is $5000 or less, we will pay the full cost to repair or replace the property without deduction for depreciation. This is subject to the following:

   (1) The damaged property must be repaired or replaced within a reasonable time after loss.

   (2) We will not pay more than the actual cash value of the damaged property until repair or replacement is completed.

   (3) This replacement cost provision does not apply to any of the following property: floor coverings, awnings, domestic appliances and outdoor equipment, whether they are attached to the building or not.

   (4) If coinsurance applies to the damaged building, this replacement cost provision does not apply to the loss to the building unless the limit of liability applying to that building equals or exceeds the amount produced by multiplying the actual cash value of the building at the time of loss by the coinsurance percentage.

e. Tenant's Improvements and Betterments will be valued at:

   (1) Actual cash value of the lost or damaged property if you make repairs promptly.

   (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

      (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

      (b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

8. Labeled Goods

If covered goods bearing a brand on the label are damaged and we exercise our option to take all or part of the property at the agreed or appraised value, you may:

a. stamp **Salvage** on the goods on their containers; or

b. remove the brands or labels.

But you must not damage the goods, and must relabel the goods or containers to comply with applicable law. Any cost of stamping, removing or relabeling the goods will be charged to salvage expense.

F. **Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the **value** of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the **value** of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of the covered loss, before the application

of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

The amount determined in step (4) is the most we will pay. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

Example No. 1 (Underinsurance):
When: The **value** of the property is $250,000
The Coinsurance percentage for it is 80%
The Limit of Insurance for it is $100,000
The Deductible is                    $    250
The amount of loss is                $ 40,000

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 divided by $200,000 = .50

Step (3): $ 40,000 x .50 = $20,000

Step (4): $ 20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Example No. 2 (Adequate Insurance):
When: The **value** of the property is $250,000
The Coinsurance percentage for it is 80%
The Limit of Insurance for it is $200,000
The Deductible is                    $    250
The amount of loss is                $ 40,000

Step (1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $200,000 divided by $200,000 = 1.00

Step (3): $ 40,000 x 1.00 = $40,000

Step (4): $ 40,000 - $250 = $39,750

We will cover the $39,750 loss in excess of the Deductible. No penalty applies.

b. If one Limit of Insurance applies to two or more separate items, this condition

will apply to the total of all property to which the limit applies.

Example No. 3

When: The **value** of the property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $ 75,000 |
| Bldg. at Location No. 2 | 100,000 |
| Personal Property at Location No. 2 | 75,000 |
| | $250,000 |

The Coinsurance percentage for it is 90%
The Limit of Insurance for Buildings and Personal Property at Locations Nos. 1 and 2 is $180,000
The Deductible is 1,000
The amount of loss is

| | |
|---|---|
| Bldg. at Location No. 2 | 30,000 |
| Personal Property at Location No. 2 | 20,000 |
| | $ 50,000 |

Step (1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step (2): $180,000 divided by $225,000 = .80

Step (3): $ 50,000 x .80 = $40,000

Step (4): $ 40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

c.   If the loss involves property at a location not specifically identified, the **value** used in a. (1) will be the total **value** of all property at all locations not specifically identified. The Limit of Insurance in a. (2) will be the aggregate Limit of Insurance shown in the Declarations.

d.   This Coinsurance Additional Condition does not apply to ITEM E.

2.   Mortgage Holders

a.   The term **mortgage holder** includes trustee.

b.   We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c.   The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d.   If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1)   Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2)   Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3)   Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e.   If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1)   The mortgage holder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)   The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgage holder at least:

    (1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    (2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1.  Agreed Value

    a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

    b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

        (1)  On or after the effective date of this Optional Coverage; and

        (2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  Val-U-Gard (if applicable, see endorsement)

3.  Replacement Cost

    a.  Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

    b.  This Optional Coverage does not apply to:

        (1)  Property of others;

        (2)  Contents of a residence;

        (3)  Manuscripts;

        (4)  Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

        (5)  **Stock**, unless the Declarations specifically state that Replacement Cost applies to **Stock**.

    c.  You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

    d.  We will not pay on a replacement cost basis for any loss or damage:

        (1)  Until the lost or damaged property is actually repaired or replaced; and

        (2)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

    e.  We will not pay more for loss or damage on a replacement cost basis than the least of:

        (1)  The Limit of Insurance applicable to the lost or damaged property;

        (2)  The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

## H. Definitions

1. **money** means currency, coins and bank notes.

2. **normal business operations** means the state that your operations would be in if there had been no loss.

3. **personal effects** means apparel, tools, and other personal possessions.

4. **policy territory** means:

   a. the states of the United States of America;

   b. the District of Columbia;

   c. Canada.

5. **pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

6. **premises** means that part of the location you occupy.

7. **property of others** means property which does not belong to you or to your officers, partners or employees.

8. **stock** means merchandise held in storage or for sale; raw materials; and in-process or finished goods.  It includes supplies used in packing or shipping of any of these.

9. **value** means the valuation basis upon which payment for loss or damage is made.

10. **vehicle** means any automobile, motorcycle, motor truck, tractor, trailer or semi-trailer, or any similar means of transporting persons or property.  Two or more vehicles connected together will be considered a single vehicle.

11. **your business** means the trade, profession or occupation in which you are engaged and which is shown in the Declarations.

# Commercial Property Conditions - CP 00 90 07 88

Policy Property Coverage

**This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Property Coverage Forms.**

A. **Concealment, Misrepresentation or Fraud**

This Coverage Part is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

B. **Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

C. **Insurance Under Two or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

D. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

E. **Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

F. **No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

G. **Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

CP0090 7-88
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

**H. Policy Period, Coverage Territory**

Under this Coverage Part:

1. We cover loss or damage commencing:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

2. The coverage territory is:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

**I. Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

      This will not restrict your insurance.

CP0090 7-88

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

# Causes of Loss Form - 141035 12 88
Commercial Property Coverage

This Causes of Loss Form is applicable to all Commercial Property Coverage Forms attached to this policy unless otherwise stated.

The causes of loss we cover are shown in the Declarations as either **Basic** or **Special.** When a limit of liability is shown in the Declarations, the described property is covered against the covered causes of loss shown. Some words and phrases that appear in bold face or quotation marks have special meaning. Refer to Definitions.

**A.   Covered Causes of Losses**

**Basic Causes of Loss (Basic Form)**

When **Basic** is shown in the Declarations, Covered Causes of Loss means the following unless the loss is excluded or limited as stated in Sections B and C that follow:

1. **Fire.**

2. **Lightning.**

3. **Explosion,** including the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass. This cause of loss does not include loss or damage by:

   a.   Rupture, bursting or operation of pressure relief devices; or

   b.   Rupture or bursting due to expansion or swelling of the contents of any building or structure, caused by or resulting from water.

4. **Windstorm or Hail,** but not including:

   a.   Frost or cold weather; or

   b.   Ice (other than hail), snow or sleet, whether driven by wind or not.

   We will not pay for loss or damage to the interior to any building or structure, or the property inside the building or structure, caused by rain, snow, sand or dust, whether driven by wind or not, unless the building or structure first sustains wind or hail damage to its roof or walls through which the rain, snow, sand or dust enters.

5. **Smoke** causing sudden and accidental loss or damage. This cause of loss does not include smoke from agricultural smudging or industrial operations.

6. **Aircraft or Vehicles,** meaning only physical contact of an aircraft, a spacecraft, a self-propelled missile, a vehicle or an object thrown up by a vehicle with the described property or with the building or structure containing the described property. This cause of loss includes loss or damage by objects falling from aircraft.

   We will not pay for loss or damage caused by or resulting from vehicles you own or operate.

7. **Riot or Civil Commotion,** including:

   a.   Acts of striking employees while occupying the described premises; and

   b.   Looting occurring at the time and place of a riot or civil commotion.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

8. **Vandalism,** meaning willful and malicious damage to, or destruction of, the described property.

We will not pay for loss or damage:

a.  To glass (other than glass building blocks) that is part of a building, structure, or an outside sign; but we will pay for loss or damage to other property caused by or resulting from breakage of glass by vandals.

b.  Caused by or resulting from theft, except for building damage caused by the breaking in or exiting of burglars.

9. **Sprinkler Leakage,** meaning leakage or discharge of any substance from an Automatic Sprinkler System, including collapse of a tank that is part of the system.  If the building or structure containing the Automatic Sprinkler System is Covered Property, we will also pay the cost to:

a.  Repair or replace damaged parts of the Automatic Sprinkler System if the damage:

(1)  Results in sprinkler leakage; or

(2)  is directly caused by freezing.

b.  Tear out and replace any part of the building or structure to repair damage to the Automatic Sprinkler System that has resulted in sprinkler leakage.

Automatic Sprinkler System means:

(a)  Any automatic fire protective or extinguishing system, including connected:

(i)  Sprinklers and discharge nozzles;

(ii)  Ducts, pipes, valves and fittings;

(iii)  Tanks, their component parts and supports; and

(iv)  Pumps and private fire protection mains.

(b)  When supplied from an automatic fire protective system:

(i)  Non-automatic fire protective systems; and

(ii)  Hydrants, standpipes and outlets.

10. **Sinkhole Collapse,** meaning loss or damage caused by the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This cause of loss does not include:

a.  The cost of filling sinkholes; or

b.  Sinking or collapse of land into man-made underground cavities.

11. **Volcanic Action,** meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

a.  Airborne volcanic blast or airborne shock waves;

b.  Ash, dust or particulate matter; or

c.  Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

This cause of loss does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**Special Causes of Loss (Special Form)**

When **Special** is shown in the Declarations, covered causes of loss means the Basic Causes of Loss and Risks of Direct Physical Loss not covered by the Basic Causes of Loss unless loss is excluded or limited as stated in Sections B and C that follow.

**B.  Exclusions**

1.  We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

141035 12-88

Page 2 of 7

a.  Ordinance or Law

The enforcement of any ordinance or law:

(1) Regulating the construction, use or repair of any property; or

(2) Requiring the tearing down or removal of any property, including the cost of removing its debris.

b.  **Earth Movement** (This does not apply to property in transit)

(1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if loss or damage by fire or explosion results, we will pay for that resulting loss or damage.

(2) Volcanic eruption, explosion or effusion. But if loss or damage by fire or volcanic action results, we will pay for that resulting loss or damage.

If loss or damage by building glass breakage results and Special Causes of Loss is covered, we will pay for the resulting loss or damage.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust or particulate matter; or

(c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

c.  Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

d.  Nuclear Hazard

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

e.  Power Failure

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

f.  War and Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.  **Flood** (This does not apply to property in transit.)

We do not cover loss or damage caused by, resulting from, contributed to or made worse by **flood**. But if loss or damage by fire or explosion not otherwise excluded results, we will pay for that resulting loss or damage.

2.  We will not pay for loss or damage caused by or resulting from any of the following:

a.  Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if loss or damage by fire results, we will pay for that resulting loss or damage.

b.  Delay, loss of use or loss of market.

c.  Smoke, vapor or gas from agricultural smudging or industrial operations.

d.  (1)  Wear and tear;

(2)  Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3)  Disease;

(4)  The release, discharge or dispersal of **pollutants** unless the release, discharge or dispersal is itself caused by any of the **specified causes of loss**.

(5)  Settling, cracking, shrinking or expansion;

(6)  Insects, birds, rodents or other animals;

(7)  **Mechanical breakdown** of machines;

(8)  The following causes of loss to personal property:

(a)  Dampness or dryness of atmosphere;

(b)  Changes in or extremes of temperature; or

(c)  Marring or scratching.

But if loss or damage by the **specified causes of loss** results, we will pay for that resulting loss or damage.

e.  Dishonest or criminal act by you, any of your partners, employees, directors, trustees, authorized representatives of anyone to whom you entrust the property for any purpose other than a carrier or other bailee for hire:

(1)  Acting alone or in collusion with others; or

(2)  Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

f.  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g.  Collapse, except as provided below in the Additional Coverage for Collapse.  But if loss or damage by a Covered Cause of Loss results at the described premises, we will pay for that resulting loss or damage.

3.  We will not pay for loss or damage caused by or resulting from any of the following.  But if loss or damage by a Covered Cause of Loss results, we will pay for that resulting loss or damage.

a.  Weather conditions.  But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Section B.1. above to produce the loss or damage.

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c.  Faulty, inadequate or defective:

(1)  Planning, zoning, development, surveying, siting;

(2)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading compaction;

(3)  Materials used in repair, construction, renovation or remodeling; or

(4)  Maintenance;

of part or all of any property on or off the described premises.

4.  Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a.  Business Income (and Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

(1) Any loss caused by or resulting from:

(a) Damage or destruction of **finished stock**; or

(b) The time required to reproduce **finished stock**.

This exclusion does not apply to Extra Expense.

(2) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas, including their lead-in wiring, masts or towers.

(3) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming **operations**, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of **operations**, we will cover such loss that affects your Business Income during the **period of restoration**.

(4) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the **period of restoration**.

(5) Any other consequential loss.

b.  Leasehold Interest Coverage Form

(1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c.  Legal Liability Coverage Form

(1) The following Exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph B.1.a., Ordinance or Law;

(b) Paragraph B.1.c., Governmental Action;

(c) Paragraph B.1.d., Nuclear Hazard;

(d) Paragraph B.1.e., Power Failure; and

(e) Paragraph B.1.f., War and Military Action.

(2) Contractual Liability

We will not defend any claim or **suit**, or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

(3) Nuclear Hazard

We will not defend any claim or **suit**, or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C.  **Limitations**

1.  We will not pay for loss of or damage to:

a.  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting

from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

b.  Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

c.  Animals unless caused by the **Specified Causes of Loss** and then only if they are killed or their destruction is made necessary.

d.  Property that is missing, but there is no physical evidence to show what happened to it, such as shortage disclosed on taking inventory.

2.  We will not pay for loss or damage caused by or resulting from theft unless Special Causes of Loss is covered and theft is not excluded.

a.  We will not pay more than $5000 in any one loss due to **theft** of the following property.  This limitation applies no matter how many items are taken or how many categories of property are involved in the loss.

(1)  furs and fur garments;

(2)  jewelry and jewels of any kind valued at more than $50 per item;

(3)  watches valued at more than $50 per watch;

(4)  precious metals or alloys of any kind.

b.  We do not cover **theft** of any property which is away from a covered location in an unattended vehicle unless:

(1)  the property is contained in a securely locked fully enclosed body or compartment of the vehicle; or

(2)  the property is in the custody of carriers for hire.

D.  **Additional Coverage** - these additional coverages apply only when Special Causes of Loss is covered.

1.  Collapse

We will pay for loss or damage caused by or resulting from risks of direct physical loss involving collapse of a building or any part of a building caused only by one or more of the following:

a.  The **specified causes of loss** all only as insured against in the Coverage Part;

b.  Hidden decay of the Covered Property;

c.  Hidden insect or vermin damage of the Covered Property;

d.  Weight of people or personal property;

e.  Weight of rain that collects on a roof;

f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

We will not pay for loss or damage to the following types of property, if otherwise covered in this Coverage Part, under items b., c., d., e and f. unless the loss or damage is a direct result of the collapse of a building:

outdoor radio or television antennas, including their lead-in wiring, masts or towers; awnings; gutters and down-spouts; yard fixtures; outdoor swimming pools; fences; piers; wharves and docks; beach or diving platforms or appurtenances; retaining walls; walks, roadways and other paved surfaces.

Collapse does not include settling, cracking, shrinkage, bulging or expansion.

This Additional Coverage will not increase the Limits of Insurance provided in this Coverage Part.

2.  Water Damage

If loss or damage caused by or resulting from a covered water damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or steam escapes.

We will not pay the cost of repairing or replacing the system or appliance itself; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a.   Results in sprinkler leakage; or

b.   Is directly caused by freezing.

E.   **Definitions**

1.   **Specified Causes of Loss** means one or more of the Basic Causes of Loss.

If Special Causes of Loss is covered **Specified Causes of Loss** also includes falling objects; weight of snow, ice or sleet; water damage and building glass breakage.

a.   Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. It does not include the cost of filling sinkholes or sinking or collapse of land into man-made underground cavities.

b.   Falling objects does not include loss or damage to:

1.   Personal property in the open; or

2.   The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c.   Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking or cracking of any part of a system or appliance containing water or steam.

2.   **flood** means a general and temporary condition of partial or complete inundation of normally dry land areas from:

a.   the overflow of inland or tidal waters; or

b.   the unusual and rapid accumulation or run-off of surface waters from any source; or

c.   mudslides which are caused or precipitated by accumulation of water on or under the ground.

3.   **mechanical breakdown** means any breakdown of a machine caused by or resulting from:

a.   any condition or event within the machine,

b.   any part of the machine which interrupts the machine's intended or designed function or operation, or

c.   any rupture or bursting caused by centrifugal force.

4.   **pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes material to be recycled, reconditioned or reclaimed.

5.   **theft** means any unlawful taking of personal property.

# Business Income Coverage Form (and Extra Expense) - CP 00 30 10 91

Commercial Property Coverage

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the Company providing this insurance.

Other words and phrases that appear in bold face or quotation marks have special meaning. Refer to SECTION G - DEFINITIONS.

A. **Coverage**

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i)  Business Income including **Rental Value**.

(ii)  Business Income other than **Rental Value**.

(iii)  **Rental Value**.

If option (i) above is selected, the term Business Income will include **Rental Value**. If option (iii) above is selected, the term Business Income will mean **Rental Value** only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your **operations** during the **period of restoration**. The suspension must be caused by direct physical loss of or damage to property at the premises described in the Declarations, including personal property in the open (or in a vehicle) within 100 feet, caused by or resulting from any Covered Cause of Loss.

1.  Business Income

    Business Income means the:

    a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

    b.  Continuing normal operating expenses incurred, including payroll.

2.  Covered Causes of Loss

    See applicable Causes of Loss Form as shown in the Declarations.

3.  Additional Coverages

    a.  Extra Expense

        Extra Expense means necessary expenses you incur during the **period of restoration** that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

        (1)  We will pay any Extra Expense to avoid or minimize the suspension of business and to continue **operations**:

            (a)  At the described premises; or

            (b)  At replacement premises or at temporary locations, including:

                (i)  Relocation expenses; and

                (ii)  Costs to equip and operate the replacement or temporary locations.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

(2) We will pay any Extra Expense to minimize the suspension of business if you cannot continue **operations**.

(3) We will pay any Extra Expense to:

(a) Repair or replace any property; or

(b) Research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

b. Civil Authority

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. This coverage will apply for a period of up to two consecutive weeks from the date of that action.

c. Alterations and New Buildings

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of **operations**, the **period of restoration** will begin on the date **operations** would have begun if the direct physical loss or damage had not occurred.

d. Extended Business Income

We will pay for the actual loss of Business Income you incur during the period that:

(1) Begins on the date property (except **finished stock**) is actually repaired, rebuilt or replaced and **operations** are resumed; and

(2) Ends on the earlier of:

(a) The date you could restore your operations, with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

(b) 30 consecutive days after the date determined in (1) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

4. Coverage Extension

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income Coverage to apply to property at any location you acquire other than fairs or exhibitions.

b. The most we will pay for loss under this Extension is 10% of the Limit of Insurance for Business Income shown in the Declarations, but not more than $100,000 at each location.

c.  Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1)  This policy expires;

(2)  30 days expire after you acquire or begin to construct the property; or

(3)  You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B.  Exclusions**

See applicable Causes of Loss Form as shown in the Declarations.

**C.  Limits of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1.  Alterations and New Buildings;

2.  Civil Authority;

3.  Extra Expense; or

4.  Extended Business Income.

**D.  Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2.  Duties in the Event of Loss:

a.  You must see that the following are done in the event of loss:

(1)  Notify the police if a law may have been broken.

(2)  Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3)  As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4)  Take all reasonable steps to protect the Covered Property from further damage by a Covered Cause of Loss. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses for emergency and temporary repairs, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

(5)  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your **operations** as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. Limitation - Electronic Media and Records

We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

a. 60 consecutive days from the date of direct physical loss or damage; or

b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

This limitation does not apply to Extra Expense.

Example No. 1:

A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

Example No. 2:

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

4. Loss Determination

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no loss or damage occurred;

(3) The operating expenses, including payroll expenses, necessary to resume **operations** with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

     (b)  Bills, invoices and other vouchers; and

     (c)  Deeds, liens or contracts.

b.  The amount of Extra Expense will be determined based on:

   (1)  All expenses that exceed the normal operating expenses that would have been incurred by **operations** during the **period of restoration** if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

     (a)  The salvage value that remains of any property bought for temporary use during the **period of restoration**, once **operations** are resumed; and

     (b)  Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

   (2)  All necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c.  Resumption of Operations

We will reduce the amount of your:

   (1)  Business Income loss, other than extra Expense, to the extent you can resume your **operations**, in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

   (2)  Extra Expense loss to the extent you can return **operations** to normal and discontinue such Extra Expense.

d.  If you do not resume **operations**, or do not resume **operations** as quickly as possible, we will pay based on the length of time it would have taken to resume **operations** as quickly as possible.

5.  Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a.  You have complied with all of the terms of this Coverage Part; and

b.  (1)  We have reached agreement with you on the amount of loss; or

   (2)  An appraisal award has been made.

E.  **Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

a.  The Coinsurance percentage shown for Business Income in the Declarations; times

b.  The sum of:

   (1)  The Net Income (Net Profit or Loss before income taxes), and

   (2)  All operating expenses, including payroll expenses,

that would have been earned (had no loss occurred) by your **operations** at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1.  Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2.  Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

3.  Multiply the total amount of loss by the figure determined in step 2.

We will pay the amount determined in step 3 or the limit of insurance, whichever is less.  For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premise would have been                     $400,000

The Coinsurance percentage is        50%

The Limit of Insurance is        $150,000

The amount of loss is        $ 80,000

Step 1:  $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:  $150,000 ÷ $200,000 = .75

Step 3:  $ 80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been                     $400,000

The Coinsurance percentage is        50%

The Limit of Insurance is        $200,000

The amount of loss is        $ 80,000

Step 1:  $400,000 x 50% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:  $200,000 ÷ $200,000 = 1.00

Step 3:  $ 80,000 x 1.00 = $80,000

We will cover the $80,000 loss. No penalty applies.

This condition does not apply to the extra Expense Additional Coverage.

F.  **Optional Coverages**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

1.  Maximum Period of Indemnity

a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b.  The most we will pay for loss of Business Income is the lesser of:

(1)  The amount of loss sustained during the 120 days immediately following the direct physical loss or damage; or

(2)  The Limit of Insurance shown in the Declarations.

2.  Monthly Limit of Indemnity

a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

b.  The most we will pay for loss of Business Income in each period of 30 consecutive days after the direct physical loss or damage is:

(1)  The Limit of Insurance, multiplied by

(2)  The fraction shown in the Declarations for this Optional Coverage.

**Example:**

When: The Limit of Insurance is        $120,000

The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for loss in each period of 30 consecutive days is: $120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| Days | 1-30 | $ 40,000 |
|------|------|----------|
| Days | 31-60 | 20,000 |
| Days | 61-90 | 30,000 |
| | | $ 90,000 |

We will pay:

| Days | 1-30 | $ 30,000 |
|------|------|----------|
| Days | 31-60 | 20,000 |
| Days | 61-90 | 30,000 |
| | | $ 80,000 |

The remaining $10,000 is not covered.

3.  Agreed Value

    a.  To activate this Optional Coverage:

        (1) A Business Income Report/Work Sheet must be made a part of this policy and must show financial data for your **operations**:

            (a) During the 12 months prior to the date of the Work Sheet; and

            (b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

        (2) An Agreed Value must be shown in the Declarations or on the Work Sheet. The Agreed Value should be at least equal to:

            (a) The Coinsurance percentage shown in the Declarations; multiplied by

            (b) The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

    b.  The Additional Condition, Coinsurance, is suspended until:

        (1) 12 months after the effective date of this Optional Coverage; or

        (2) The expiration date of this policy;

whichever occurs first.

    c.  We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

        (1) Within 12 months of the effective date of this Optional Coverage; or

        (2) When you request a change in your Business Income Limit of Insurance.

    d.  If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

        (1) The Business Income Limit of Insurance; divided by

        (2) The Agreed Value.

        **Example:**

        When: The Limit of Insurance is        $100,000

        The Agreed Value is        $200,000

        The amount of loss is        $ 80,000

        Step (a): $100,00 ÷ $200,000 = .50

        Step (b): .50 x $80,000 = $40,000

        We will pay $40,000. The remaining $40,000 is not covered.

4.  Extended Period of Indemnity

    Under paragraph A.3.d., Extended Business Income, the number **30** in subparagraph (2)(b) is replaced by the number shown in the Declarations for this Optional Coverage.

G.  **Definitions**

1.  **Finished Stock** means stock you have manufactured.

    **Finished stock** also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

    **Finished stock** does not include stock you have manufactured that is held for sale on the

Copyright, Insurance Services Office, Inc., 1983, 1990

premises of any retail outlet insured under this Coverage Part.

2. **Operations** means:

   a. Your business activities occurring at the described premises; and

   b. The tenantability of the described premises, if coverage for Business Income including **Rental Value** or **Rental Value** applies.

3. **Period of Restoration** means the period of time that:

   a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

   b. Ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality.

   **Period of restoration** does not include any increased period required due to the enforcement of any ordinance or law that:

   (1) Regulates the construction, use or repair, or requires the tearing down of any property; or

   (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

   The expiration date of this policy will not cut short the **period of restoration**.

4. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. **Rental Value** means the:

   a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

   c. Fair rental value of any portion of the described premises which is occupied by you.

# Arizona Changes - CP 01 32 06 04

Policy Amendment(s) Commercial Property

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**

A. When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B. The following exclusion and related provisions are added to Paragraph B.2. **Exclusions** in the Causes Of Loss Forms and to any Coverage Form or policy to which a Causes Of Loss Form is not attached:

  1. We will not pay for loss or damage arising out of any act committed:

     a. By or at the direction of any insured; and

     b. With the intent to cause a loss.

  2. However, this exclusion will not apply to deny an insured's claim for an otherwise covered property loss under this policy if such loss is caused by an act of domestic violence by another insured under this policy and the insured making claim:

     a. Did not cooperate in or contribute to the creation of the loss; and

     b. Cooperates in any investigation relating to the loss.

     We may apply reasonable standards of proof for such claims.

  3. If we pay a claim pursuant to Paragraph B.2. of this endorsement, our payment to the insured is limited to that insured's insurable interest in the property as reduced by any payments we first made to a mortgagee or other party with a secured interest in the property. In no event will we pay more than the Limit of Insurance.

C. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

  If we pay an insured for a loss described in Paragraph B.2., the rights of the insured to recover damages from the perpetrator of the domestic violence are transferred to us to the extent of our payment. Following the loss, the insured may not waive such rights to recover against the perpetrator of the domestic violence.

D. The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

  We will not pay for any loss or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements:

  1. That are fraudulent;

  2. That are material either to the acceptance of the risk, or to the hazard assumed by us; and

  3. Where, if the true facts had been known to us as required either by the application for the policy or otherwise, we in good faith would either:

     a. Not have issued the policy;

     b. Not have issued the policy in as large an amount; or

     c. Not have provided coverage with respect to the hazard resulting in the loss.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CP0132 6-04
Copyright, Insurance Services Office, Inc., 2003

# Arizona Changes - CP 01 46 08 94
Policy Amendment(s) Commercial Property Coverage

**This endorsement modifies insurance provided under the following:**

**Building and Personal Property Coverage Form**
**Condominium Association Coverage Form**
**Condominium Commercial Unit-Owners Coverage Form**
**Builders Risk Coverage Form**
**Tobacco Sales Warehouse Coverage Form**
**Standard Property Policy**

A. **Additional Coverages**

Paragraph A.4.c. Fire Department Service Charge
does not apply.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CP0146 8-94
Copyright, ISO Commercial Risk Services, Inc., 1994

# Loss Payable Provisions - CP 12 18 06 07
Policy Amendment(s) Commercial Property

Insured: **DOMINICK'S ITALIAN STEAKHOUSE LLC**          Policy Number: **S 18 MZX 80999300**

Producer: **HEFFERNAN INSURANCE BROKERS**          Effective Date: **09-09-19**

**This endorsement modifies insurance provided under the following:**

**Building and Personal Property Coverage Form**
**Builders' Risk Coverage Form**
**Condominium Association Coverage Form**
**Condominium Commercial Unit-Owners Coverage Form**
**Standard Property Policy**

**Schedule**

**Premises Number:**          **Building Number:**          **Applicable Clause (Enter C., D., E., or F.):**

**Description Of Property:**

**Loss Payee Name:**

**Loss Payee Address:**

**Premises Number:**          **Building Number:**          **Applicable Clause (Enter C., D., E., or F.):**

**Description Of Property:**

**Loss Payee Name:**

**Loss Payee Address:**

**Premises Number:**          **Building Number:**          **Applicable Clause (Enter C., D., E., or F.):**

**Description Of Property:**

**Loss Payee Name:**

**Loss Payee Address:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary          President

CP1218 6-07
© ISO Properties, Inc., 2007          Page 1 of 3

A.  When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

B.  Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

    The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

C.  Loss Payable Clause

    For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

    1.  Adjust losses with you; and

    2.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

D.  Lender's Loss Payable Clause

    1.  The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

        a.  Warehouse receipts;

        b.  A contract for deed;

        c.  Bills of lading;

        d.  Financing statements; or

        e.  Mortgages, deeds of trust, or security agreements.

    2.  For Covered Property in which both you and a Loss Payee have an insurable interest:

        a.  We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

        b.  The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

        c.  If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

            (1)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

            (2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

            (3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

            All of the terms of this Coverage Part will then apply directly to the Loss Payee.

        d.  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

            (1)  The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

            (2)  The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

            At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

    3.  If we cancel this policy, we will give written notice to the Loss Payee at least:

        a.  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

b.  30 days before the effective date of cancellation if we cancel for any other reason.

4.  If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

E.  Contract of Sale Clause

1.  The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2.  For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    a.  Adjust losses with you; and

    b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3.  The following is added to the **Other Insurance** Condition:

    For Covered Property that is the subject of a contract of sale, the word **you** includes the Loss Payee.

F.  Building Owner Loss Payable Clause

1.  The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2.  We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3.  We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

CP1218 6-07
© ISO Properties, Inc., 2007

# Val-U-Gard II Endorsement - 140413 06 84

Policy Amendment - Property Coverage

Insured                                    Policy Number

Producer                                   Effective Date

---

**Schedule**

**Applies To**          ___ **Business Real Property**          ___ **Business Personal Property**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

Your Policy is amended as follows:

1. **Application of Coinsurance Provision.**

   a. When the Schedule for this Endorsement show it applies to Business Real Property, **Coinsurance** will not apply to **Business Real Property.**

   b. When the Schedule for this Endorsement show it applies to Business Personal Property, the coinsurance provision will not apply to **Business Personal Property.**

   c. The coinsurance provision will continue to apply to all other property covered by this policy.

2. **Automatic Increase of Limits.** When inflation causes construction costs and property values to rise while your policy is in force, we will provide you with an added amount of insurance. We will increase the limits of liability that apply to the property covered by this Endorsement in

proportion to any increase shown in the appropriate cost index of the Marshall Valuation Service prepared by Marshall and Swift Publication Company. We will use building cost indexes for all real property items. We will use industry equipment indexes for all personal property items including **stock.**

We will compute any change in values as follows:

a. To determine the limit of liability as of a specific date, we will multiply the limit in effect on the effective date of this Endorsement by the appropriate inflation factor. We will obtain this factor by dividing the monthly cost index for the specific date by the monthly cost index which applied on the effective date of this Endorsement.

b. If we later endorse the policy to increase or decrease the limit in effect on the effective date of this Endorsement, we will separately adjust the original limit and each addition and reduction for any increase in values.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

140413 6-84

c.  If the monthly cost index for a date is not available, we will compute the index by using the average monthly rate of change for the relevant quarter. We will do this by prorating the difference between the cost index for the quarter ending before that date and the index for the quarter ending after that date. If the index for the quarter ending after the date is not available, we will use the average monthly rate of change for the preceding quarter.

d.  In no event will we reduce the limit of liability below the limit in effect on the effective date of this Endorsement including any additions and reductions which are separately endorsed on to the policy.

**Effective Date of This Endorsement**

If the effective date is not shown in the Declarations for this Endorsement, then the effective date is the inception date of the policy to which this Endorsement is attached. But if the policy is subject to annual rerating, then the effective date will be the most recent anniversary date of the policy.

**Separate Items of Property**

If the insurance provided by this policy is divided into two or more items, we will apply the terms of the Endorsement separately to each item. But we will not apply the terms of this Endorsement to any item excluded in the policy declarations.

140413 6-84

# Property-Gard Amendatory Endorsement - 141073 05 93

Policy Amendment(s) Commercial Property

This endorsement modifies insurance provided under the Building and Personal Property Coverage Form and the Causes of Loss Form.

**Covered Property**

Coverage for your personal property which is used to maintain or service the building or its premises insured under A.1.a.4 of Property-Gard form 142000 and your business personal property insured under A.1.b. of Property-Gard form 142000 is extended to include personal property you lease if the terms of an applicable written lease requires you to provide property insurance.

Replacement Cost Coverage applies to the leased personal property covered by this endorsement if the Replacement Cost Optional Coverage has been added to your policy.

**Exclusions**

Paragraph B.1.a. of the Causes of Loss form 141035 and 141035COMP is deleted and replaced by the following:

a.  Ordinance or Law

　(1)  The enforcement of any ordinance or law:

　　(a)  Regulating the construction, use or repair of any property; or

　　(b)  Requiring the tearing down or removal of any property, including the cost of removing its debris.

(2)  The increased costs of repairs due to the enforcement of any ordinance or law that:

　(a)  Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss; or

　(b)  Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the premises described in the Declarations.

**Replacement Cost**

Paragraph G.3.e. of Property-Gard form 142000 is deleted and replaced by the following:

e.  We will not pay more for loss or damage on a replacement cost basis than the least of:

　(1)  The Limit of Insurance applicable to the lost or damaged property;

　(2)  The cost to replace, on the same premises, the lost or damaged property with other property:

　　(a)  Of comparable material and quality of that with which it was originally constructed; and

　　(b)  Used for the same purpose; or

　(3)  The amount you actually spend that is necessary to repair or replace the lost or damaged property.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

141073 5-93

# Cause of Loss - Flood Form - 141074 08 93

Policy Amendment(s) Commercial Property Coverage

| | |
|---|---|
| Insured | Policy Number |
| Producer | Effective Date |

**A. Causes of Loss**

For an additional premium, **flood** is added as a Covered Cause of Loss under the Basic Form and

**Locations Covered by the Endorsement**

Loc No.(s)

Exclusion B.1.g., **Flood**, is deleted but only at the locations shown below:

**B. Limits of Insurance**

1. Regardless of any other limits stated in this policy or the number of locations involved, the most we will pay for any loss caused by, resulting from, contributed to or made worse by any one **flood** disaster is $_____ not to exceed $_____ in the aggregate for all covered locations during the policy period.

**Schedule of Sublimits**

If the policy to which this endorsement is attached is written for a period of more than one year, we will apply the annual aggregate limit separately to each consecutive year of the policy period.

2. The Sublimits shown in the Schedule below (if applicable) are included within the policy loss limit under B.1. of this endorsement and do not increase the Limit of Insurance applying to the damaged property.

| Loc. No.(s) | Sublimit of Insurance Any One **Flood** | Sublimit of Insurance Annual Aggregate | Deductible |
|---|---|---|---|
| | | | |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                              President

141074 8-93

C.  Deductible

We will not pay for loss or damage from any one **flood** until the amount of loss or damage exceeds $_____ or the amount shown in the Schedule under B.2. above as applicable to any one location.  We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable amount of insurance.  No other Deductible applies to coverage provided by this endorsement.

If more than one deductible is applicable under this endorsement, we will only apply the highest single amount in any one occurrence.

D.  This endorsement is otherwise subject to all the terms, conditions, provisions and stipulations of the policy to which it is attached.

# Property-Gard - Equipment Breakdown Coverage Endorsement
## 143609 07 03
Policy Amendment(s) Commercial Property Coverage

| | |
|---|---|
| Insured: **DOMINICK'S ITALIAN STEAKHOUSE LLC** | Policy Number: **S 18 MZX 80999300** |
| Producer: **HEFFERNAN INSURANCE BROKERS** | Effective Date: **09-09-19** |

**This endorsement modifies insurance provided under the:**

**Property-Gard Building and Personal Property Coverage Form 142000**
**Causes of Loss Form 141035**

**Schedule of Equipment Breakdown Coverage Deductibles**

    **Damage to Covered Property:**

    **Time Element Loss:**

    **Perishable Stock:**

**If a Deductible Amount is not shown above, then coverage provided by this endorsement is subject to the Deductible Amount shown in the Declarations for each applicable location covered under this policy.**

**Schedule of Equipment Breakdown Coverage Limits**

| **Coverage Description** | **Limit of Insurance** |
|---|---|
| **Damage to Covered Property** | |
| **Time Element Loss** | |
| **Perishable Stock** | |
| **Hazardous Substances** | |
| **Expediting Expense** | |
| **Data Restoration** | |

**Special Provisions**

**The coverage provided by this endorsement is subject to the limits shown above. If a limit is not specified, then the Limits of Insurance shown for each applicable location covered under this policy or the limit shown in this endorsement will apply.**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary             President

143609 7-03
Copyright 2002 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.



A. Coverage

1. We will pay for direct physical loss or damage to property covered by this policy caused by an **equipment breakdown** to **covered equipment.**

2. Perishable Stock

   a. We will pay for the following loss, damage and expense that is caused by an **equipment breakdown** to **covered equipment:**

      (1) your loss of **perishable stock** due to spoilage;

      (2) your loss of **perishable stock** due to contamination from the release of refrigerant, including but not limited to ammonia; and

      (3) any necessary expenses you incur to reduce the amount of **perishable stock** loss to the extent that they do not exceed the amount of loss that otherwise would have been payable for **perishable stock.**

   b. Our payment for **perishable stock** will be made in accordance with the Valuation provisions for **stock.**

   c. The most we will pay for loss of **perishable stock**, including necessary expense you incur to reduce loss, is $25,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

3. Hazardous Substances

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a hazardous substance caused by an **equipment breakdown** to **covered equipment.** This includes the additional expenses to clean up or dispose of such property. Additional costs mean those beyond what would have been required had no hazardous substance been involved. Hazardous substance means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

The most we will pay for additional cost and expense because of contamination by a hazardous substance including **time element loss** and loss of **perishable stock**, is $100,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

B. Special Exclusions

Except as specified below, all Exclusions and Limitations in the Property - Gard Causes of Loss Form apply to this endorsement.

1. Exclusions B.2.a. and B.2.d.(7), and Limitations C.1.a. and C.1.b. do not apply to coverage provided by this endorsement.

2. As respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

   But if loss or damage by an **equipment breakdown** to **covered equipment** results from (1), (2) or (6) above, we will pay for that resulting loss or damage.

3. The following Exclusions are added as respects the coverage provided by this endorsement.

   We will not pay for loss or damage caused by or resulting from:

   a. Fire, lightning, explosion (except as specifically provided in F.2.b.), windstorm or hail, smoke, aircraft or vehicles, riot or civil commotion, vandalism, leakage from fire protective equipment, breakage of glass, falling objects, collapse, or weight of snow, ice or sleet;

   b. Freezing from weather related events;

   c. Any earth movement, such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting;

   d. **Flood.** However, if electrical **covered equipment** requires drying out because of a **flood**, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and Deductible.

   e. Any of the following tests:

143609 7-03
Copyright 2002 Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

(1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

(2) An insulation breakdown test of any type of electrical equipment.

f. Any defect, virus, loss of **data** or other situation within **media**. But if loss or damage from an **equipment breakdown** results, we will pay for that resulting loss or damage.

**Media** means the physical materials upon which **data** or **software** are electronically, magnetically or optically recorded, installed or stored, whether or not such materials are installed or included within electronic data processing equipment.

**Data** means any information that is electronically, magnetically or optically stored, recorded or installed on **media** for use in your information systems or **data** processing operations.

**Software** means instructions, programs, or routines that are electronically, magnetically or optically stored, recorded or installed on **media** and which are used to control or direct processes, computing, or other functions in your electronic data processing equipment, or for processing, converting, retrieving, storing or reproducing **data**. **Software** includes, but is not limited to, the source code of such instructions, programs or routines.

If any provision included in this policy is more restrictive than this exclusion, that other provision will supersede this exclusion.

C. Extensions of Coverage

The following coverages also apply to loss caused by or resulting from an **equipment breakdown** to **covered equipment**. These coverages do not provide additional amounts of insurance.

1. Service Interruption

The insurance provided for **time element loss** and **perishable stock** is extended to apply to loss caused by or resulting from an **equipment breakdown** to equipment that is:

a. Owned by a utility, landlord, or other supplier contracted by you; and

b. Used to supply electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam to your **premises**.

This Service Interruption coverage supersedes and replaces any other provision or endorsement in the policy that would otherwise cover a loss covered under this Service Interruption coverage.

2. Expediting Expense

We will pay reasonable increased costs you incur for temporary repair and for expediting the permanent repair or permanent replacement of damaged Covered Property. This includes payment of overtime wages and the extra cost of express or other rapid means of transportation. The most we will pay for these increased costs is $100,000, unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

3. Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to an **equipment breakdown** to **covered equipment**. The most we will pay for loss or damage under this coverage is $50,000 unless otherwise shown in the Schedule of **Equipment Breakdown** Coverage Limits.

D. Deductible

1. The coverage provided by this endorsement is subject to the deductibles shown in the Schedule of **Equipment Breakdown** Coverage Deductibles. Unless otherwise shown in the Schedule the following apply:

a. **Time Element Loss** Deductibles apply to **time element loss**, including **time element loss** under Service Interruption coverage.

b. **Perishable Stock** Deductibles apply to loss to **perishable stock**, including **perishable stock** loss under Service Interruption coverage.

CG P154 B081901

00456B

CIZ

c.  Damage to Covered Property Deductibles apply to all other loss or damage covered by this endorsement including loss to **perishable stock** if no other **Perishable Stock** deductible is specified and **time element loss** if no other **Time Element Loss** Deductible is specified.

2.  If a dollar deductible is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles, we will not pay for loss or damage resulting from any one **equipment breakdown** until the amount of loss or damage exceeds the applicable Deductible shown.   We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

3.  If a time deductible is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles for **Time Element Loss**, we will not be liable for any loss occurring during the specified number of hours or days immediately following the **equipment breakdown**. If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

4.  If a Multiplier is shown in the Schedule of **Equipment Breakdown** Coverage Deductibles for **Time Element Loss**, the deductible is determined by multiplying the One Hundred Percent Average Daily Value (100% ADV) times the Multiplier. The 100% ADV will be obtained by dividing the total net profits, fixed charges and expenses that would have been earned had no damage occurred during the period of interruption of business by the number of working days in that period.  No reduction shall be made for net profits, fixed charges and expenses not being earned, or in the number of working days, because of the physical loss or damage to Covered Property or other scheduled or unscheduled shutdown(s) during the period of interruption. The ADV applies to all locations included in the valuation of the loss.

5.  If a **Perishable Stock** deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible or coinsurance) insured under the applicable coverage.  If the dollar amount of such percentage is less than the

indicated minimum deductible, the minimum deductible will be the applicable deductible.

6.  For purposes of Paragraph D. of the Property-Gard Building and Personal Property Coverage Form:

a.  The Deductible Amounts shown in the Schedule of **Equipment Breakdown** Deductibles will be applied separately and individually to the applicable loss or damage.

b.  The total of the individual Deductible Amounts shown in the Schedule of **Equipment Breakdown** Deductibles will be considered to be a single amount.

E.  Suspension

If any **covered equipment** is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the coverage provided by this endorsement for that **covered equipment**.   This can be done by delivering or mailing a written notice of suspension to:

1.  Your last known address; or

2.  The address where the equipment is located.

Once suspended in this way, your insurance can be reinstated only by endorsement.

F.  Additional Definitions

1.  **Covered equipment**, unless otherwise specified in the Special Provisions, means Covered Property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

**Covered equipment** does not include:

a.  structures and foundations, (other than a bedplate of a machine);

b.  air supported structures or buildings;

c.  insulating or refractory materials;

d.  vehicles, aircraft or floating vessels or any equipment mounted on such vehicles, aircraft or floating vessels. However, any property that is stationary, permanently installed at a covered location and that

receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel;

e. draglines, excavation or construction equipment;

f. equipment manufactured by you for sale;

g. sewer piping, buried vessels or piping, or piping forming a part of a sprinkler system; or

h. water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system.

2. **Equipment breakdown** means direct physical loss as follows:

a. Artificially generated electric current, including electric arcing, that disturbs electrical devices, appliances or wires;

b. Explosion of steam boilers, steam piping, steam engines or steam turbines owned or leased by you, or operated under your control;

c. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition inside such equipment;

d. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition inside such boilers or equipment;

e. Mechanical breakdown, including rupture or bursting caused by centrifugal force.

The term Covered Cause of Loss includes the causes of loss listed in 2.a. through 2.e. above.

3. **Perishable stock** means personal property maintained under the controlled conditions required for its preservation and susceptible to loss or damage if the controlled conditions change.

4. **Time Element Loss,** as used in this endorsement, means any of the following coverages provided by this policy: Business Income, Extra Expense, Business Income with Extra Expense, Business Income from Dependent Properties, Extended Business Income, Rental Value, or any other similar coverage.

G. The provisions of this endorsement shall not increase any amount or Limit of Insurance otherwise provided in this policy.

H. This endorsement is otherwise subject to all the terms, conditions, provisions and stipulations of the policy to which it is attached.

143609 7-03
Copyright 2002 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# Crisis Management Coverage Extension Endorsement - 143623 06 05
Policy Amendment(s) Commercial Property Coverage

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**

| Schedule - Coverage Description | Limits of Insurance |
|---|---|
| **Crisis Event Response Communication Cost** | **$              limit for 60 consecutive days after a Covered Crisis Event occurs, subject to an aggregate limit for all Covered Crisis Events at any one location which is part of your Covered Premises occurring during the Policy period of $              .** |
| **Crisis Event Business Income (and Extra Expense)** | **$              for 60 consecutive days after a Covered Crisis Event occurs, subject to an aggregate limit for all Covered Crisis Events at any one location which is part of your Covered Premises occurring during the Policy Period of $              .** |
| **Post Crisis Event Expense** | **$              for 60 consecutive days after a Covered Crisis Event occurs, not to exceed $5,000 for any one person, subject to an aggregate limit for all Covered Crisis Events at any one location which is part of your Covered Premises occurring during the Policy period of $              .** |

**Waiting Period Deductible:**

| | |
|---|---|
| **Crisis Event Response Communication Cost** | **None** |
| **Crisis Event Business Income** | **Twenty four (24) hours** |
| **Crisis Event Extra Expense** | **None** |
| **Post Crisis Event Expense** | **None** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Crisis Event Response Communication Cost**

We will pay your **crisis event response communication cost** resulting from a **covered crisis event** at your **covered premises** for sixty (60) consecutive days after a **covered crisis event** occurs. Payment of all losses covered under this clause shall not exceed the applicable Crisis Event Response Communication Cost Limit of Insurance shown in the Schedule.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

**B. Crisis Event Business Income (and Extra Expense)**

1. Crisis Event Business Income

    a. We will pay for the actual loss of **crisis event business income** you sustain due to the necessary **suspension** of your **operations** during the **crisis event period of restoration**. The **suspension** must be caused by or result from a **covered crisis event** at your **covered premises**. This coverage will begin after the Waiting Period Deductible shown in the Schedule and end the earlier of:

        i. the date you could restore your **operations**, with reasonable speed, to the level which would generate the business income amount that would have existed if no **covered crisis event** occurred; or

        ii. sixty (60) consecutive days after the **covered crisis event** occurred.

    b. If the necessary **suspension** of your **operations** caused by or resulting from a **covered crisis event** produces a **crisis event business income** loss payable under this policy, we will pay for the actual loss of **crisis event business income** you incur during the period that:

        i. begins on the date **operations** are resumed or tenantability of the **covered premises** is restored; and

        ii. ends on the earlier of:

            (a) the date you could restore your **operations**, with reasonable speed, to the level which would generate the **crisis event business income** amount that would have existed had no **covered crisis event** occurred; or

            (b) the date you could restore tenant occupancy, with reasonable speed, to the level which would generate the **rental value** that would have existed if the **covered crisis event** had not occurred; or

            (c) thirty (30) consecutive days after the date determined in b.i. above.

    Notwithstanding the provisions of paragraphs a. and b. above, we will not pay for loss under Crisis Event Business Income beyond sixty (60) consecutive days after the **covered crisis event** occurs.

2. Crisis Event Extra Expense

    a. We will pay **crisis event extra expense** you incur during the **period of restoration** caused by or resulting from a **covered crisis event** to:

        (1) avoid or minimize the **suspension** of your business and to continue **operations** at the **covered premises** or at replacement or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location; or

        (2) minimize the **suspension** of business if you cannot continue **operations**.

    b. We will not pay the cost to repair or replace property.

    c. This coverage will end the earlier of:

        (1) the date your **operations** are restored to a condition similar to that which would have existed had there been no **covered crisis event**; or

        (2) sixty (60) consecutive days after the **covered crisis event** occurs.

Combined payment under clauses B.1. and B.2. shall not exceed the applicable Crisis Event Business Income (and Extra Expense) Limits of Insurance shown in the Schedule.

**C. Post Crisis Event Expense**

We will pay **post crisis event expense** incurred as a result of a **covered crisis event** at your **covered premises**. Payment under this clause will begin immediately after the **covered crisis event** and apply for up to sixty (60) consecutive days but shall not exceed the Post Crisis Event Expense Limits of Insurance in the Schedule. Payments of all

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 7

losses covered under this clause shall not exceed the applicable Post Crisis Event Expense Limits of Insurance shown in the Schedule.

### D. Exclusions

In addition to any other exclusions which apply to this policy, we will not pay for cost, loss, expense or damage caused directly or indirectly by or in any way relating to any of the following. Such cost, loss, expense or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

1.  Illegal acts by you, your Directors, Officers or Trustees;

2.  Any claim or suit by a third party for bodily injury or property damage including defense costs related to bodily injury or property damage;

3.  Volcanic Action;

4.  Earth movement caused by:

    a.  Earthquake; or

    b.  Volcanic eruption, explosion or effusion,

    including fire or explosion which follow.

5.  Nuclear reaction or radiation, or radioactive contamination, however caused;

6.  **Flood**;

7.  Windstorm or hail; or

8.  We will not pay for loss from **other crisis incidents** under B. Crisis Event Business Income (and Extra Expense) coverage.

### E. Additional Conditions

1.  With respect to all coverages provided by this endorsement:

    a.  The Coinsurance Additional Condition does not apply.

    b.  Deductible Clauses attached elsewhere in this policy do not apply.

    c.  If there is other insurance covering the same loss under this policy or any other policy, we will pay only for the amount of the covered loss in excess of the amount due from the other insurance, whether collectible or not. If the other insurance covers the same loss but with a higher Deductible we will pay for the difference between the deductible applicable to the coverage in this endorsement and that other Coverage. Other insurance here includes the insurance coverage or non-insurance services provided by an employer's Employee Assistance Plan or similar mental health service. Irrespective of other insurance, we will not pay more than the Applicable Limit of Insurance.

2.  The **covered crisis events** specified in Clause G.1. only apply to the coverages provided by this endorsement. **Covered crisis events** do not apply to any other coverage granted in any other forms or endorsements in this policy, including any coverages for Business Income, Extra Expense or Business Income (And Extra Expense). A **covered crisis event** is not a Covered Cause of Loss in any Coverage Form unless specifically added by another endorsement as a Covered Cause of Loss to that Coverage Form.

3.  Defined Terms. Defined terms contained elsewhere in this policy apply to the coverages afforded by this endorsement unless specifically described under G. Additional Definitions.

### F. Loss Conditions

The following Loss Conditions apply to the coverages provided by this endorsement. These apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

1.  Appraisal

    If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

    The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 3 of 7

operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. Notice of a Covered Crisis Event

a. You must notify us of any **covered crisis event** or any event that is likely to lead to a **covered crisis event** within forty-eight (48) hours of first becoming aware of it. This notification does not guarantee that it is a **covered crisis event**.

b. You must notify the police if a law has been broken.

c. When the initial notification is made verbally, written notification containing a complete description of the event must be submitted to us when requested.

d. Notice shall include:

   i. How, when and where the **covered crisis event** is occurring or occurred;

   ii. The names and addresses of any injured persons and witnesses; and

   iii. The nature and location of any injury or damage arising out of the **covered crisis event**.

e. Take all reasonable steps to protect your **covered premises** from further loss or damage, and keep a record of your expenses necessary to protect the **covered premises**, for consideration in the settlement of the claim. This will not increase the Crisis Event Extra Expense Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a **covered crisis event**. Also, if feasible, set any damaged property aside and in the best possible order for examination.

f. As often as may be reasonably required, permit us to inspect the **covered premises** proving the loss or damage and examine your books and records.

g. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

3. Loss Determination

a. The amount of **crisis event business income** loss will be determined based on:

   i. The Net Income of the business before the **covered crisis event** occurred;

   ii. The likely Net Income of the business if no **covered crisis event** occurred, but not including any Net Income that would have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the **covered crisis event** on customers or other businesses;

   iii. The operating expenses, including payroll expenses, necessary to resume **operations** with the same quality of service that existed just before the **covered crisis event**; and

   iv. Other relevant sources of information, including:

      (a) Your financial records and accounting procedures;

      (b) Bills, invoices and other vouchers;

      (c) Deeds, liens or contracts.

b. The amount of **crisis event extra expense** loss will be determined based on:

   i. All expenses that exceed the normal operating expenses that would have been incurred by **operations** during the **crisis event period of restoration** if no **covered crisis event** had

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 4 of 7

occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the **crisis event period of restoration**, once **operations** are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written, subject to the same plan, terms, conditions and provisions as this insurance; and

ii. Necessary expenses that reduce the **crisis event business income** loss that otherwise would have been incurred.

c. Resumption of Operations

We will reduce the amount of your:

i. **Crisis event business income** loss, other than **crisis event extra expense**, to the extent you can resume your **operations**, in whole or in part, at the **covered premises** or elsewhere;

ii. **Crisis event extra expense** loss to the extent you can return **operations** to normal and discontinue such **crisis event extra expense**.

d. If you do not resume **operations**, or do not resume **operations** as quickly as possible, we will pay based on the length of time it would have taken to resume **operations** as quickly as possible.

e. The amount of **crisis event response communication cost** loss will be determined based on the additional expenses incurred by you to manage your organization's communications to your employees, shareholders, customers, government authorities, news media and other members of the public after the **covered crisis event.**

## G. Additional Definitions

With respect to the coverage provided by this endorsement, the following definitions are added:

1. **Covered crisis event** means the following:

a. **Violent acts.** An actual, attempted, or threatened act committed with malicious intent on your **covered premises** against any person(s) that results in physical injury or death to such person(s). This does not apply to actual, attempted or threatened acts by an insured.

b. **Premises contamination.** Necessary closure of your **covered premises** due to any sudden, accidental and unintentional contamination or impairment of the **covered premises** or other property on the **covered premises** which results in clear, identifiable, internal or external visible symptoms of bodily injury, illness, or death of any person(s). This includes **covered premises** contaminated by **communicable disease**, Legionnaires' disease, but does not include premises contaminated by other **pollutants** or **fungi.**

c. **Contaminated food.**

(1) Closure of your **covered premises** by order of a Board of Health because of discovery or suspicion that contaminated food has been served to patrons at your **covered premises**; or

(2) Announcement by either you or any government body warning the public of a health hazard at your **covered premises** because of either the discovery or the suspicion that contaminated food has been served to your patrons.

d. **Specified felonies.** The following felonies, whether committed, attempted, or threatened on your **covered premises**:

(1) Child abduction or kidnapping. The wrongful and illegal seizure of a child under age ten (10) from your **covered premises** by someone other than the child's parent or guardian;

(2) Stalking of one or more of your employees or customers;

(3) Sexual assault; or

(4) Criminal use of a firearm.

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 5 of 7

e.  **Other crisis incidents.** When one of the following causes occurs at your **covered premises:**

   (1)  explosion;

   (2)  fire;

   (3)  construction accident;

   (4)  equipment failure; or

   (5)  workplace accident,

and results in significant adverse regional or national news media coverage of you.

2.  **Covered premises** means that part of the location you occupy which is covered by this policy including the area within 100 feet thereof.  If your **covered premises** are comprised of more than one location, then **covered premises** only refers to the location at which the **covered crisis event** occurred.

3.  **Communicable disease** means any disease or any related or resulting diseases, viruses, complexes, symptoms, manifestations, effects, conditions, or illnesses.

4.  **Crisis event business income** means the:

a.  Net income (net profit or loss before income taxes) that would have been earned or incurred before the **covered crisis event;** and

b.  continuing normal operating expenses incurred, including payroll.

For manufacturing risks, this includes the net sales value of production.

For all risks, this includes **rental value.**

5.  **Crisis event extra expense** means necessary expenses you incur during the **crisis event period of restoration** that you would not have incurred if there had been no **covered crisis event** at your **covered premises.** **Crisis event extra expense** does not include **crisis response communication cost** or the payment of ransom money paid, directly or indirectly to actual, alleged or threatened perpetrators of a **covered crisis event** or any reward relating to such persons.

6.  **Crisis event period of restoration** means the period of time that:

a.  Begins:

   (1)  After the Waiting Period Deductible in the Schedule for Crisis Event Business Income coverage following the date of the **covered crisis event** at your **covered premises;** or

   (2)  With the date of the **covered crisis event** at your **covered premises** for Crisis Event Extra Expense Coverage, and

b.  Ends on the date when the **operations** at your **covered premises** should be returned to the condition that would have existed had the **covered crisis event** not occurred using reasonable speed.

7.  **Crisis event response communication cost** means reasonable fees and costs you incur for the services of a Public Relations or similar Professional Communications Organization in assisting or advising you to minimize negative publicity and restore or otherwise positively communicate your image following the **covered crisis event.** This does not include time or expenses incurred by your employees in your in-house Public Relations or Communications Department that is not directly related to the **covered crisis event.**

8.  **Fungi** means any type or form of fungus, including  but not limited to fungus, mildew, mold or resulting spores and byproducts, including mycotoxins or allergens.  However, **fungi** does not include **fungi** for human ingestion.

9.  **Operations** means:

a.  Your business activities occurring at the **covered premises;** and

b.  The tenantability of the **covered premises** for **rental value.**

10.  **Post crisis event expense** means reasonable and necessary expenses incurred by your employee(s), customers or other individuals who were physically on the **covered premises** at the time the **covered crisis event** occurred for:

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 6 of 7

a.   Medical treatment;

b.   Psychological counseling or other mental health treatment; or

c.   Travel to or from a place of treatment for such treatments,

the need for which arises out of the **covered crisis event**.

**Post crisis event expense** also means funeral expenses for the burial of employee(s), customers or other individuals who were physically on the **covered premises** at the time the **covered crisis event** occurred and die as a result of the **covered crisis event**, and for travel expenses for the deceased individual(s)' family(ies) to attend such funeral(s). **Post crisis event expense** does not include expenses, which are paid directly or indirectly, to the person(s) who threatened, perpetrated or participated in the **covered crisis event** or their families.

11.  **Rental value** means Business Income that consists of:

a.   Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the **covered premises** as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b.   Continuing normal operating expenses incurred in connection with that premises, including:

(1)  Payroll; and

(2)  The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

12.  **Suspension** means:

a.   The slowdown or cessation of your business activities; or

b.   That a part or all of the **covered premises** is rendered untenantable.

143623 6-05
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 7 of 7

# Property-Gard Restaurant Plus Extension Endorsement - 143626 06 05

Policy Amendment(s) Commercial Property

| | |
|---|---|
| Insured: **DOMINICK'S ITALIAN STEAKHOUSE LLC** | Policy Number: **S 18 MZX 80999300** |
| Producer: **HEFFERNAN INSURANCE BROKERS** | Effective Date: **09-09-19** |

**This endorsement modifies insurance provided under the following:**

**Property-Gard Building and Personal Property Coverage Form**
**Cause of Loss Form**
**Business Income Coverage Form (and Extra Expense)**

**Schedule**

| Coverage Description | Limit Of Insurance |
|---|---|
| Fire Department Service Charge | $ 25,000 |
| Money, Checks And Stamps | $ 25,000 |
| Money Orders And Counterfeit Paper Currency | $ 25,000 |
| Spoilage | $ 25,000 |
| Fire Protective Equipment | $ 25,000 |
| Fine Arts | $ 25,000 |
| Electronic Data Processing Equipment | $ 25,000 |
| Foundations | Included |
| Property In Transit | $ 25,000 |
| Fidelity, Forgery Or Alteration - Limited | $ 10,000 |
|     Each Occurrence | $ 10,000 |
|     All Occurrences During The Policy Period | $ 25,000 |
| Arson Reward | $ 10,000 |
| Newly Acquired Property | $ 1,000,000 |
| Property Of Others | $ 50,000 |
| Valuable Papers And Records | $ 50,000 |
| Property Off Premises | $ 25,000 |
| Outdoor Property: Trees, Shrubs, Plants And Lawns | $ 25,000 |
| Accounts Receivable | $ 25,000 |
| Contaminated Food | |
|     Costs | $ 25,000 |
|     Time Element | $ 25,000 |
| Temporary Properties | $ 25,000 |
| Sign And Glass Coverage | $ 25,000 |
| Broadened Premises Coverage | Included |
| Extra Expense, Expediting Expense and | |
|     Loss Adjustment Expense | $ 50,000 |
| Business Income - Extended Period of Indemnity 180 days | Included |

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                               President

143626 6-05                                             Page 1 of 12

Deductible:        ___ $250        ___ $500        ___ $1,000        ___ Policy Deductible

**If The Declarations Show You Have Business Income Coverage(s):**

| | |
|---|---|
| Income Support Properties | $   250,000 |
| Off Premises Services | $   100,000 |
| Off Premises Special Event Cancellation | $     50,000 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Unless specifically and expressly provided for herein, the coverage granted by this Endorsement does not provide nor will it invoke coverage for loss of use, loss of business income, loss of rental income, extra expense, or consequential loss of any kind or nature. Coverage for any loss of use, loss of business income, loss of rental income or extra expense, if specifically provided under the policy, will be solely governed by the conditions of the relevant business income, rental income, or extra expense form(s).

A.  Section A.4. of the Property-Gard Building and Personal Property Coverage Form, Additional Coverages, is amended as follows:

c.  Fire Department Service Charge

The most we will pay any one person under this Additional Coverage is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Fire Department Service Charge.

No deductible applies to this Additional Coverage.

f.  Money, Checks and Stamps

The most we will pay for loss to **money**, checks and stamps is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Money, Checks and Stamps.

g.  Money Orders and Counterfeit Paper Currency

The most we will pay for loss under this Money Orders and Counterfeit Paper Currency Additional Coverage is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Money Orders and Counterfeit Paper Currency.

B.  Section A.4. of the Property-Gard Building and Personal Property Coverage Form, Additional

Coverages, is amended to include the following Additional Coverages:

h.  Spoilage

(1)  We will pay for direct physical loss or damage to your perishable stock at covered locations caused by or resulting from:

(a)  Mechanical breakdown or failure of refrigerating, cooling or humidity control apparatus or equipment which are owned or used by you;

(b)  Contamination by the refrigerant;

(c)  Complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control, except as identified in (2), below.

(2)  We will not pay for loss or damage caused by or resulting from:

(a)  The disconnection of any refrigerating, cooling or humidity control system from the source of power.

(b)  The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

(c)  The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

(d)  The inability of an Electric Utility Company or any other power source to provide sufficient power due to lack of fuel or government order.

(e) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

(f) Failure to use reasonable care to maintain all refrigerating, cooling or humidity control systems in proper operating condition.

Perishable stock means personal property maintained under controlled conditions for its preservation and susceptible to loss or damage if the controlled conditions change.

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Spoilage.

i. Fire Protective Equipment

We will pay your costs to:

(1) Recharge or refill your fire protective equipment; and

(2) Clean up and remove the fire extinguishing agent resulting from the discharge of a fire extinguishing agent from fire protective equipment.

The discharge must:

(1) Be caused by a **covered cause of loss**;

(2) Result from the intended operation of the fire protective equipment to prevent or control a **covered cause of loss**;

(3) Be accidental; or

(4) Result from a malfunction of the fire protective equipment.

We will not pay for loss or damage:

(1) If you fail to use reasonable care to maintain the fire protective equipment in proper operating condition; or

(2) Caused by discharge at the time of servicing, refilling or testing of the fire protective equipment.

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this

Endorsement Part for Fire Protective Equipment.

No deductible applies to this Additional Coverage.

j. Fine Arts

We will pay for loss or damage to your fine arts and fine arts owned by others but in your care, custody or control at covered locations. We cover such property against direct physical loss or damage from a cause of loss we cover applying to your business personal property at the location.

Fine arts means property that is rare or of artistic or historic value.

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Fine Arts.

k. Electronic Data Processing Equipment

We cover your **Electronic Data Processing Equipment** and **Software**, including **Data and Media**, unused **Media**, and **Computer Programs**. We cover only such property that you own, or which others own which is under your control and for which you are liable.

Covered property described above does not include **Voice Communication Systems** unless coverage has been added to this policy by endorsement.

We cover such property against the following additional causes of loss.

(1) Loss or damage caused by Mechanical Breakdown or malfunction of **electronic data processing equipment**. This includes loss caused by any change in the electric power supply, such as interruption, power surge or brown out, wherever it may originate.

(2) Electrical injury or disturbance to electrical appliances, devices, fixtures, wiring or other electrical or electronic equipment caused by electrical currents artificially generated. This will include short-circuit, blowout, electrical or magnetic injury or disturbance or other electrical damage to equipment including

wiring and **Data** and **Media**. This includes any accidental erasure of **Data** caused by electrical or magnetic injury or operator or programmer error.

(3) Loss to the data processing equipment and **Media** caused by change of temperature or humidity or by the interruption of power, heat, air conditioning, or refrigeration. This will include loss to data processing equipment that results from corrosion and rust. The change of temperature or humidity, interruption of power, heat, air conditioning or refrigeration, corrosion or rust must result from a **covered cause of loss**.

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Electronic Data Processing Equipment.

l.  Foundations - Additional Coverage

If the Declarations show you have Business Real Property Coverage, we will pay for loss to:

(1) Foundations of covered buildings, structures, machinery and boilers, and

(2) Foundations of equipment and machinery, whether above or below ground.

Item A.2., Property Not Covered, part c. is deleted.

The Policy Deductible applies to this extension of coverage.

m.  Property in Transit

We cover your covered personal property, and the property of others for which you are liable while such property is in transit:

(1) In, on, connected to or being towed by a **vehicle** you own, operate or lease; or

(2) In the custody of carriers for hire.

We cover such property against loss from a cause of loss we cover applying to your business personal property.

The most we will pay for loss or damage to property in transit is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Property in Transit.

n.  Employee Theft - Limited and Forgery or Alteration - Limited

(1) Employee Theft - Limited

We will pay for loss of or damage to **money**, **securities** and **other property** resulting directly from **theft** committed by an **employee**, whether identified or not, acting alone or in collusion with other persons.

(2) Forgery or Alteration - Limited

We will pay for loss resulting directly from **forgery** or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in **money** that are:

(a) Made or drawn by or drawn upon you; or

(b) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

(3) The following exclusions apply to Employee Theft - Limited and Forgery or Alteration - Limited:

(a) Loss resulting from **theft** or any other dishonest act committed by:

(i) You; or

(ii) Any of your partners or **members**;

whether acting alone or in collusion with other persons.

(b) Loss resulting from **theft** or any other dishonest act committed by any of your **employees**, **managers**, directors, trustees or authorized representatives:

(i) Whether acting alone or in collusion with other persons; or

(ii) While performing services for you or otherwise;

except when covered under Employee Theft - Limited.

(c) Loss that is an indirect result of any act or **occurrence** covered by Employee Theft - Limited and Forgery or Alteration - Limited, including but not limited to, loss resulting from:

(i) Your inability to realize income that you would have realized had there been no loss of or damage to **money**, **securities** or **other property**.

(ii) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under Employee Theft - Limited and Forgery or Alteration - Limited.

(iii) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under Employee Theft - Limited and Forgery or Alteration - Limited.

(d) Expenses related to any legal action.

(4) The following exclusions apply to Employee Theft - Limited:

(a) Loss caused by any **employee** of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

(b) Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(i) An inventory computation; or

(ii) A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

(c) Loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account.

(d) Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

(5) The following Conditions apply in addition to the Common Policy Conditions:

(a) This insurance is cancelled as to any **employee**:

(i) Immediately upon discovery by:

a. You; or

b. Any of your partners, **members, managers,** officers, directors or trustees not in collusion with the **employee;**

of **theft** or any other dishonest act committed by the **employee** whether before or after becoming employed by you.

(ii) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

(b) We will pay only for loss that you sustain through acts committed or events occurring during the policy period shown in the Declarations and discovered by you:

(i) During the policy period; or

143626 6-05

Page 5 of 12

(ii) No later than 1 year from the date of termination or cancellation of this insurance. However, this extended period to discover loss terminates immediately upon the effective date of any other insurance obtained by you replacing in whole or in part the insurance afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(c) If any loss is covered:

(i) Partly by this insurance; and

(ii) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay are the Limits of Insurance shown under item n.(7) below.

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or policy period to policy period.

(d) The property covered under this insurance is limited to property:

(i) That you own or lease;

(ii) That you hold for others; or

(iii) For which you are legally liable, except for property inside the premises of a **client** of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

(e) We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

(6) The following coverage clauses do not apply to this Extension of Coverage:

(a) Extra Expense and Expediting Expense;

(b) Loss Adjustment Expense;

(c) Business Income Coverage Form (and Extra Expense) - CP0030.

(7) Limit Of Insurance

(a) The most we will pay for loss, damage, or expense in any one **occurrence** under this Extension of Coverage is the Each Occurrence Limit of Insurance shown in the Schedule of this Endorsement applicable to Employee Theft - Limited and Forgery or Alteration - Limited.

(b) The most we will pay for loss, damage, or expense in all **occurrences** in any one policy period under this Extension of Coverage is the All Occurrences Each Twelve Month Period Limit of Insurance shown in the Schedule of this Endorsement applicable to Employee Theft - Limited and Forgery or Alteration - Limited.

o. Arson Reward

If covered property sustains loss or damage caused by or resulting from fire, and the origin of such fire is determined to be arson, we will pay a reward to the person or persons who provide information that leads to the arrest and conviction (for the crime of arson) of the individuals responsible for the ignition of the fire.

The most we will pay any one person under this Additional Coverage is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Arson Reward.

No deductible applies to this Additional Coverage.

C.  Section A.5. of the Property-Gard Building and Personal Property Coverage Form, Coverage Extensions, is amended as follows:

a.  Newly Acquired Property

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Newly Acquired Property whether the loss occurs to real or personal property or both.   Under paragraph a.(1), 120 days is replaced by 180 days.

b.  Property of Others

The most we will pay for loss or damage to the **property of others** under this Coverage Extension is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Property of Others.

We will not pay, however, for loss or damage to any vehicle including its equipment and accessories, or any property contained in or on a vehicle.

c.  Valuable Papers and Records

The most we will pay for loss or damage in any one occurrence is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Valuable Papers and Records.

d.  Property Off Premises

Our limit of liability for this Coverage Extension is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Property Off Premises.

e.  Outdoor Property: Trees, Shrubs, Plants and Lawns

Our limit of liability in any one loss is increased to $1,000 for any one tree, shrub or plant.

The most we will pay in any one occurrence for all loss or damage to outdoor property under this Coverage Extension is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Outdoor Property: Trees, Shrubs, Plants and Lawns.

g.  Accounts Receivable

This Coverage Extension is amended to include credit card invoice records of balances. The most we will pay for loss or damage under this Accounts Receivable Coverage Extension is the Limit of Insurance shown in the Schedule that applies to this Endorsement Part for Accounts Receivable.

D.  Section A.5. of the Property-Gard Building and Personal Property Coverage Form, Coverage Extensions, is amended to include the following additional coverages:

h.  Contaminated Food

(1)  If a Board of Health orders your premises closed; or

(2)  Either you or any government body makes an announcement warning the public of a health hazard because of either the discovery or the suspicion that contaminated food has been served to your patrons at a location described in the Declarations:

(3)  We will pay:

(a)  your cost to clean your equipment per local Board of Health requirements;

(b)  your cost to replace consumable goods declared contaminated by the local Board of Health;

(c)  the cost of necessary medical tests and vaccines for infected employees.

(d)  your actual expenses to reimburse patrons for reasonable doctor's care, medical tests and hospitalization, made necessary by their actual or suspected consumption of contaminated food at a covered location.

Our limit of liability for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Contaminated Food - Costs.

If the Declarations show you have Business Income Coverage under Form CP0030, we will pay for:

(1) the actual loss of **business income** at the affected location(s) described in the Declarations;

(2) paid leave for all employees until the site has been cleared by the local Board of Health for reopening and

(3) extra advertising cost to restore your reputation.

Our limit of liability for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Contaminated Food - Time Element.

i. Temporary Properties

We will pay for direct physical loss or damage to personal property, such as bleachers, pavilions, platforms or awnings, which you erect for temporary use during the course of your business operations. However, we will only pay for such loss or damage if it results from a cause of loss we cover, and the property damaged is at a covered location.

Our limit of liability for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Temporary Properties.

This Coverage Extension does not apply to loss or damage caused directly or indirectly by **flood** or earth movement.

j. Sign and Glass Coverage

If you occupy a location that you do not own, we cover the signs and glass that you use in **your business** at a covered location. Sign and glass coverage includes:

(1) Lettering and ornamentation;

(2) Signs or glass that are on the exterior of the insured **premises**; and

(3) Signs or glass that are on the exterior of the insured **premises**, but which is interior to an enclosed structure.

We will cover such signs and glass for direct physical loss or damage from any **covered cause of loss** applying to your Business Personal Property.

We will not pay for loss of or damage to any sign or glass at any location at which you are required by lease or other contract to insure the Business Real Property, except where such lease or other contract specifically requires you to insure the exterior signs at the location.

The most we will pay for loss or damage in any one occurrence under this Coverage Extension, regardless of the number of signs or panes of glass lost or damaged, is the Limit of Insurance shown in the Schedule that applies to Sign and Glass Coverage.

This Coverage Extension shall apply only as excess insurance over any insurance provided by or for the building owner, whether or not any proceeds under any such policy are collectible.

k. Broadened Premises Coverage

(1) The **within 100 feet of the described premises** limit stated in Paragraph A.1.a.(5), Business Real Property and Paragraph A.1.b., **Your Business Personal Property** is deleted and replaced by **within 1000 feet of the described premises.**

(2) The last sentence of Paragraph A.1.b.(2), **Property at Locations not Specifically Identified** is deleted and replaced by the following: We only cover such property while it is anywhere within the **policy territory**.

l. Extra Expense, Expediting Expense and Loss Adjustment Expense

This Coverage Extension includes the extra costs incurred for professional services conducted by auditors, accountants, architects and engineers to prepare inventories and other loss data for completing your proof of loss. This is not additional insurance. We will not pay, however, for the additional cost of an appraiser in the event we and you disagree on the value of the property or the amount of loss.

Our limit of liability for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Extra Expense, Expediting Expense and Loss Adjustment Expense.

m.  Business Income - Extended Period of Indemnity

If the Declarations show you have Business Income Coverage under Form CP0030, paragraph (2)b. of Section A.3.d., Extended Business Income, is deleted and replaced with the following:

(b)  180 consecutive days after the date determined in (1) above.

E.  Deductible

For those coverages to which this endorsement applies, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the above Schedule.  We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable limit of insurance.

If

1.  The deductible shown in the schedule is **Policy Deductible**, or

2.  No deductible amount is shown on the above schedule,

then, in either event, the deductible applicable to Personal Property of the Property-Gard Building and Personal Property Coverage Form to which this endorsement is attached shall apply to this endorsement.

If more than one deductible is applicable under this Property-Gard policy, we will only apply the highest amount that is applicable.

F.  If the Declarations show you have Business Income Coverage, the following are added to Section A.3., Additional Coverages of the Business Income Coverage Form (and Extra Expense):

e.  Income Support Properties

We will pay the actual loss of business income you sustain resulting from a reduction in your **operations** at the locations described in the declarations of this policy due to direct physical loss at the premises of an **income support property** not described in the declarations caused by or resulting from any **covered cause of loss.**

Our limit of liability for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Income Support Properties.

f.  Off Premises Services

A.  Coverage

We will pay for loss of Business Income at the location(s) described in the schedule in the Declarations of this policy caused by the interruption of service to a covered location.  The interruption must result from direct physical loss or damage by a **covered cause of loss** to the following property not on the premises described in the Declarations of this policy.

(1)  Water supply services, meaning the following property supplying water to a covered location:

a.  Pumping stations and

b.  Water mains.

(2)  Communication supply services, meaning the following property supplying telephone, radio, microwave or television services to a covered location:

a.  Communication transmission lines;

b.  Coaxial cables; and

c.  Microwave radio relays, except satellites.

Communication supply services do not include overhead transmission lines or telephone, fax or similar systems owned by franchisers, referral systems or other services upon whom you depend for reservations.

(3)  Power supply services, meaning the following types of property supplying electricity, steam or gas to a covered location:

a.  Utility generating plants;

b.  Switching stations;

c.  Substations;

143626 6-05

Page 9 of 12

d. Transformers; and

e. Transmission lines.

Power supply services do not include overhead transmission lines.

B. Deductible and Limit of Insurance

We will only pay for loss you sustain after the first twenty four (24) hours following the loss of service by direct physical loss or damage to the off-premises services described above.

The most we will pay for this coverage is the limit of insurance shown in the schedule that applies to this endorsement for Off Premises Services.

The Limit of Insurance for this Additional Coverage is included within but does not increase the Limits of Liability for Business Income.

g. Off Premises Special Event Cancellation

We will pay the actual loss of **business income** or **rental value** you sustain if a **special event**, not at a covered location, is canceled due to direct physical damage to property anywhere in the coverage territory, but only if the property damage is caused by a **covered cause of loss**.

The amount we pay will be reduced by any income you receive from the use, in whole or in part, of any space reserved for a special event that has been canceled.

The most we will pay for any one loss under this coverage is the Limit of Insurance shown in the Schedule above for this Off Premises Special Event Cancellation coverage.

Cause Of Loss Form Special Exclusion B.4.a.(3)(b) does not apply to Off Premises Special Event Cancellation coverage.

For the purpose of this coverage, property damaged does not include property belonging to any supplier of water services, communication services or power services.

G. Valuation

The following is added to Section E.7., Valuation, of the Property-Gard Building and Personal Property Coverage Form (142000).

f. **Electronic Data Processing Equipment** and component parts owned by you will be valued at the actual replacement cost (without deduction for depreciation) of the property at the time the loss or damage occurs. The amount of loss or damage shall be ascertained or estimated, on the basis of the actual replacement cost of property, identical to yours, at the time and place of the loss. When the replacement, with identical property is impossible or unnecessary, the amount of loss will be based upon the cost to replace the property with similar property, intended to perform the same functions.

g. **Property Of Others** will be valued at replacement cost, but we will not pay more than the amount for which you are liable.

h. **Software, Data, Media,** or **Computer Programs** will be valued at the actual cost of reproduction, provided that the **Software, Data** or **Computer Programs** are replaced or reproduced. If the **Software, Data** or **Computer Programs** are not replaced, we will only pay for blank **Media** similar to that on which the **Data** or **Computer Programs** were recorded.

With respect to **Media**, we will pay the actual cost to repair or replace the property with material of the same kind or quality.

H. Additional Definitions

The following are added to Section H. Definitions:

12. **Data** means facts, concepts or instructions which are converted to a form usable in your data processing operation, including **Computer Programs.**

13. **Computer Programs** means data used to direct the computer equipment, including diagrams or other records which can be used to reproduce programs.

14. **Electronic Data Processing Equipment** means machines, or a network of machines, including component parts and related equipment, whose function is the acceptance and

processing of **Data** in accordance with a plan or **Computer Programs**.

15. **Income support property** means a tourist attraction, such as theme or amusement park, a sporting facility, a zoo, aquarium, or museum operated by others on whom you depend to attract customers to your business.

16. **Media** means materials upon which **Data** are recorded and stored.

17. **Special event** means any convention, conference, banquet, seminar, wedding, party or other public or private event, gathering or group meeting for which you have reserved space, and/or contracted for food, equipment or other supporting material or services away from your premises, but within the coverage territory of the policy to which this endorsement is attached.

18. **Voice Communication Systems** means telephone systems, telephone switchgear including operating programs and related **Software**, voice terminals, telephone circuit packs, and other such equipment and component parts whose function is the transmission of voice communications.

19. The Definitions below apply to Employee Theft or Forgery or Alteration coverage provided by this endorsement:

a. **Client** means any entity for whom you perform services under a written agreement.

b. **Employee:**

**Employee** means:

(1) Any natural person:

   (a) While in your service or for 30 days after termination of service;

   (b) Who you compensate directly by salary, wages or commissions; and

   (c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

   (a) To substitute for a permanent **employee** as defined in Paragraph (1) above, who is on leave; or

   (b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the **premises**;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph (2) above;

(4) **Employee** does not mean:

   (a) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

   (b) Any **manager**, director or trustee except while performing acts coming within the scope of the usual duties of an **employee**.

c. **Forgery** means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

d. **Manager** means a person serving in a directorial capacity for a limited liability company.

e. **Member** means an owner of a limited liability company represented by its membership interest, who also may serve as a **manager**.

f. **Money** means:

(1) Currency, coins and bank notes in current use and having a face value; and

(2) Travelers checks, register checks and money orders held for sale to the public.

g. **Occurrence** means:

(1) As respects Employee Theft, all loss caused by, or involving, one or more **employees**, whether the result of a single act or series of acts.

(2) As respects Forgery Or Alteration, all loss caused by any person or in which that person is involved, whether the loss involves one or more instruments.

h. **Other property** means any tangible property other than **money** and **securities** that has intrinsic value but does not include any property excluded under

Employee Theft - Limited and Forgery or Alteration - Limited.

i. **Securities** means negotiable and nonnegotiable instruments or contracts representing either **money** or property and includes:

(1) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(2) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include **money**.

j. **Theft** means the unlawful taking of **money**, **securities** or **other property** to the deprivation of the Insured.

This endorsement is otherwise subject to all terms, conditions, provisions, and stipulations of the policy to which it is attached.

# Ordinance or Law Coverage - 143641 09 09
Policy Amendment(s) Commercial Property Coverage

**This endorsement modifies insurance provided by Commercial Property Coverage**

I.  Coverage

    A.  We will pay under Ordinance or Law Coverage A, B, C, D, or E below if:

        1.  Coverage A, B, C, D, or E is chosen at **premises** described in the **Schedule of this Endorsement**; and

        2.  Covered Property at the described **premises** sustains direct physical loss or damage caused by or resulting from a Covered Cause of Loss; and

        3.  Such covered loss or damage results in the enforcement of an **ordinance or law** that is insured under this Endorsement.

    B.  Coverage A - Loss in Value to Covered Property

        1.  Loss in Value to the Undamaged Portion of Covered Property

            a.  We will pay under Coverage A for the loss in value to the undamaged portion of Covered Property that is a consequence of the enforcement of an **ordinance or law** which requires the demolition of undamaged parts of such Covered Property.

            b.  Loss in value to the undamaged portion of Covered Property at the **premises** described in the **Schedule of this Endorsement** will be determined at the time of loss in accordance with the following:

                (1) (a)  If the Replacement Cost Coverage Option applies and the property is repaired or rebuilt on the same **premises** or another location, then the Replacement Cost provisions of the Policy apply and we will pay the Replacement Cost amount it would actually cost you to rebuild the undamaged portion of Covered Property that the **ordinance or law** requires you to demolish.

                    (b)  In determining the Replacement Cost amount it would cost you, Covered Property must be rebuilt on the same **premises**, and be rebuilt to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original property insured which existed immediately preceding the covered loss.

                (2) (a)  If the Replacement Cost Coverage Option applies and the property is not repaired or rebuilt, or if the Replacement Cost Coverage Option does not apply, then the **Actual Cash Value** provisions of the Policy apply and we will pay the **Actual Cash Value** of the undamaged portion of Covered Property that the **ordinance or law** requires you to demolish.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                       President

143641 9-09
Copyright 2009, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

(b) In determining the **Actual Cash Value**, Covered Property must be rebuilt on the same **premises**, and be rebuilt to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original property insured which existed immediately preceding the covered loss.

2. Loss in Value of Non-conforming Property

a. We will pay under Coverage A for the loss in value of **non-conforming property**, a portion of which is not repaired or rebuilt as a consequence of the enforcement of any **ordinance or law** that does not permit the repair or rebuilding of **non-conforming property**.

b. Coverage only applies after an unsuccessful attempt by you to obtain a variance from the applicable governmental entity granting the right to rebuild the **non-conforming property** on the same **premises**, to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original Covered Property which existed immediately preceding the covered loss.

c. Loss in value to **non-conforming property** at the **premises** described in the **Schedule of this Endorsement** will be determined at the time of loss in accordance with the following:

(1) If the Replacement Cost Coverage Option applies and the property is repaired or rebuilt on the same **premises** or another location, then the Replacement Cost provisions of the Policy apply and we will pay the difference between:

(a) The Replacement Cost amount it would actually cost you to repair or rebuild Covered Property on the same **premises**, to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original property insured which existed immediately preceding the covered loss; and

(b) The Replacement Cost amount it would actually cost you to repair or rebuild Covered Property on the same **premises**, to the height, floor area, number of units, leasable square footage, occupancy, style, or quality that is permitted by the **ordinance or law** in force at the time of the covered loss.

(2) If the Replacement Cost Coverage Option applies and the property is not repaired or replaced, or if the Replacement Cost Coverage Option does not apply, then the **Actual Cash Value** provisions of the Policy apply and we will pay the difference between:

(a) The **Actual Cash Value** of Covered Property on the same **premises**, repaired or rebuilt to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original property insured which existed immediately preceding the covered loss; and

(b) The **Actual Cash Value** of Covered Property on the same **premises**, repaired or rebuilt to the height, floor area, number of units, leasable square footage, occupancy, style, or quality that is permitted by the **ordinance or law** in force at the time of the covered loss.

Copyright 2009, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

C. Coverage B - Demolition Cost Coverage

We will pay under Coverage B for the amount you actually spend to demolish and clear the site of undamaged parts of Covered Property.

D. Coverage C - Increased Cost of Construction Coverage

1. We will pay under Coverage C for covered increased costs of construction:

   a. To repair or rebuild:

      (1) Damaged portions of Covered Property, whether or not demolition is required; or

      (2) Undamaged portions of Covered Property, whether or not demolition is required.

   b. But only up to the amount required to repair or rebuild at the same **premises** if:

      (1) Covered Property is repaired or rebuilt at the same **premises;**

      (2) The **ordinance or law** allows you to repair or rebuild at the same **premises**, but you elect to rebuild Covered Property at another location; or

      (3) The **ordinance or law** allows you to repair or rebuild at the same **premises**, but you elect to move Covered Property to another location.

   c. The cost to repair or rebuild at a new location, but only if the **ordinance or law** will not allow you to repair or rebuild at the same **premises.**

2. Coverage C includes the amount you actually spend on payments into a municipal fund in order to satisfy an **ordinance or law** when such **ordinance or law** does not permit the repair or rebuilding of **non-conforming property.**

3. Coverage C applies only if the repaired or rebuilt property is intended for similar height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original property insured which existed

immediately preceding the covered loss, unless such construction characteristic or occupancy is not permitted by an **ordinance or law.**

E. Business Income and Extra Expense Coverage

1. If the Declarations show you have Business Income Without Extra Expense - CP0032, Business Income (and Extra Expense) - CP0030, or Extra Expense Coverage - CP0050, then such coverage forms are amended to include the following Additional Coverages:

   a. Coverage D - Increased Period of Restoration; and

   b. Coverage E - Loss of Business Income from Non-Conforming Property

2. An insured event under Coverage D or Coverage E does not create, nor will it invoke additional coverage for Business Income Coverage, Extra Expense Coverage, or consequential loss of any kind or nature provided elsewhere under this policy, except as provided by this Endorsement.

F. Coverage D - Increased Period of Restoration

We will pay under Coverage D for the actual loss of **business income, rental value,** or necessary **extra expense** that you sustain during the **increased period of restoration.**

G. Coverage E - Loss of Business Income from Non-Conforming Property

1. We will pay under Coverage E for the actual loss of **business income, rental value,** or necessary **extra expense** that you sustain beyond the **period of restoration** due to the reduction in leasable square footage resulting from the inability to repair or rebuild a portion of **non-conforming property.**

2. Coverage only applies after an unsuccessful attempt by you to obtain a variance from the applicable governmental entity granting the right to rebuild the **non-conforming property** on the same **premises,** to the same height, floor area, number of units, leasable square footage, occupancy, style, and comparable quality of the original Covered Property which

143641 9-09
Copyright 2009, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

existed immediately preceding the covered loss.

3. We will not pay under Coverage E for the same loss or expense that is payable under Coverage D - Increased Period of Restoration.

4. The expiration date of this Policy will not cut short the duration of the coverage provided by this extension.

H. 1. Subject to the terms, conditions, provisions and stipulations of this Endorsement, Coverage A through E herein applies to the demolition, repair, or rebuilding of the following property:

   a. Roadways, walks, patios, or other paved surfaces;

   b. The cost of excavations, grading, backfilling and filling;

   c. Foundations of buildings, structures, equipment or machinery, including boilers if such property is below ground;

   d. Portions of buildings, structures, pilings, equipment or machinery, including boilers, pipes, flues and drains, located below ground;

   e. Retaining walls that are not a part of the building.

2. The items listed above under Section I.H.1.a. through e. are deleted from Property Not Covered section of the Property-Gard Building and Personal Property Coverage Form - 142000, but only with respect to the coverage provided by this Endorsement.

## II. Exclusions

We will not pay under this Endorsement for:

A. Loss, damage, or expense incurred in complying with any recommended actions or standards that exceed the actual minimum requirements of a covered **ordinance or law**. Ordinance or Law Coverage provided by this Endorsement applies only in response to the covered loss, damage, or expense associated with the minimum requirements of a covered **ordinance or law**.

B. Loss, damage, or expense incurred due to the enforcement of any **ordinance or law** which requires:

1. The demolition, repair, rebuilding or remediation of any property due to contamination by **pollutants**.

2. Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **pollutants**.

C. Loss, damage, or expense associated with the enforcement of any **ordinance or law** that is caused by or results from direct physical loss or damage that is not covered under this Policy.

D. 1. Loss, damage, or expense attributable to an excluded cause of loss.

However, if Covered Property:

   a. Sustains loss, damage, or expense that is covered under this Policy; and

   b. Sustains loss, damage, or expense that is excluded under this Policy; and

   c. Such loss, damage, or expense results in the enforcement an **ordinance or law**;

then we will pay that portion of such loss equal to the proportion that the covered loss or damage bears to the total loss or damage sustained, not including Ordinance or Law costs.

2. If the covered loss or damage, alone, would have resulted in enforcement of the **ordinance or law**, then we will pay the full amount of Ordinance or Law Coverage payable under this Endorsement.

3. Refer to Section V. of this Endorsement for an example of this proportioning procedure.

E. Loss, damage, or expense sustained due to any ordinance or law that:

1. You were required to comply with before the loss, even if Covered Property was undamaged; and

2. You failed to comply with.

143641 9-09
Copyright 2009, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

F. Loss, damage, or expense sustained under Coverage C - Increased Cost of Construction Coverage:

1. Until the property is actually repaired or rebuilt at the same **premises** or another location; and

2. Unless such repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during such two year period.

G. If covered loss, damage, or expense is insured by:

a. This Endorsement; and

b. Any other endorsement, extension endorsement, or policy issued to you by us or any affiliate;

then the most we will pay is the largest single applicable limit or sublimit of insurance.

III. Coinsurance

The Coinsurance Provisions of the policy do not apply to any coverage provided by this Endorsement.

IV. Limits of Insurance

The following limitations apply to this Endorsement and the **Schedule of this Endorsement:**

A. Regardless of any other coverage, or limits stated in this policy, or the number of locations involved, the most we will pay in any one **occurrence** for covered loss, damage, or expense which is a consequence of any **ordinance or law**, is the applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

B. If the **Schedule of this Endorsement** shows a Blanket Limit of Insurance in conjunction with a Sublimit of Insurance, then such sublimits are a part of, not in addition to the corresponding Blanket Limit of Insurance.

C. If the **Schedule of this Endorsement** shows a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance for Coverage D or Coverage E, then such limits are included within and do not increase the Limits of Insurance for Business Income Coverage, Extra Expense Coverage, or any consequential coverage of any kind or nature provided elsewhere under this policy.

D. 1. Except as described below in Section IV.E.1., a Limit of Insurance, Blanket Limit of Insurance or Sublimit of Insurance must be shown in the **Schedule of this Endorsement** in order for coverage under this Endorsement to apply.

2. If Coverage A is not shown as "included", or no Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance is shown in the **Schedule of this Endorsement,** then the coverage provided by this Endorsement does not apply.

3. If "0", "N/A", or "not covered" is shown as a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance in the **Schedule of this Endorsement**, then coverage provided by this Endorsement does not apply.

E. Coverage A - Coverage for Loss in Value to Covered Property:

The most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage A is described below:

1. If the **Schedule of this Endorsement** describes a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance for Coverage A as "included", then Coverage A is included within the Limit of Insurance shown in the Declarations for Covered Property.

2. If the **Schedule of this Endorsement** shows a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance for Coverage A, then such limit of insurance is included within the Limit of Insurance shown in the Policy Declarations for Covered Property. The Coverage A Limit of Insurance provided by this Endorsement does not increase the Limit of Insurance shown in the Policy Declarations for Covered Property.

3. If the Replacement Cost Coverage Option applies, then the Replacement Cost provisions of the policy apply and the most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage A is the lesser of:

a. The Replacement Cost amount it would actually cost you to rebuild Covered Property at the **premises** described in the **Schedule of this Endorsement;** or

b. The Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

4. If the Replacement Cost Coverage Option applies and Covered Property is not repaired or reconstructed, or if the Replacement Cost Coverage Option does not apply, then the **Actual Cash Value** provisions of the policy apply and the most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage A is the lesser of:

a. The **Actual Cash Value** of Covered Property at the **premises** described in **Schedule of this Endorsement;** or

b. The Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

F. Coverage B - Demolition Cost Coverage

Unless Section IV.H. of this Endorsement applies, the most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage B is the applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

G. Coverage C - Increased Cost of Construction Coverage

Unless Section IV.H. of this Endorsement applies, the most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage C is the applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

H. Coverage B and C Blanket

1. If a Limit of Insurance is shown in the **Schedule of this Endorsement** for Coverage B and C Blanket, then Section IV.F. and G. of this Endorsement do not apply. Instead, the most we will pay in any one **occurrence** for covered loss, damage,

or expense under Coverage B and C Blanket is the least of:

a. Any combination of covered losses under Coverage B or Coverage C; or

b. The applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown for Coverage B and C Blanket in the **Schedule of this Endorsement.**

2. If the **Schedule of this Endorsement** describes a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance for Coverage B and C Blanket; in addition to a Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance for Coverage B or Coverage C; then only the Coverage B and C Blanket applies.

I. Coverage - D - Increased Period of Restoration

The most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage D is the applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

J. Coverage - E - Loss of Business Income from Non-Conforming Property

The most we will pay in any one **occurrence** for covered loss, damage, or expense under Coverage E is the applicable Limit of Insurance, Blanket Limit of Insurance, or Sublimit of Insurance shown in the **Schedule of this Endorsement.**

V. Example of Proportionate Loss Payment

A. For purposes of this example, assume the following facts:

- Wind is a Covered Cause of Loss.

- Flood is an excluded Cause of Loss.

- Covered Property has a value of $200,000.

- Total direct physical loss or damage to building = $100,000.

- An ordinance or law in this jurisdiction is enforced as a result of the loss or damage.

- Portion of covered loss or damage = $30,000.

- Portion of loss or damage that is not covered (caused by flood) = $70,000

- Loss under Ordinance Or Law Coverage C of this Endorsement = $60,000

B. Step 1:  Determine the proportion that the covered direct physical damage bears to the total direct physical damage:  $30,000 ÷ $100,000 = .30

C. Step 2:  Apply that proportion to the Ordinance or Law loss:  $60,000 x .30 = $18,000. In this example, the most we will pay under this Endorsement for the Coverage C loss is $18,000.

Note 1: The same proportionate loss payment procedure applies to similar losses under Coverage A or B of this Endorsement.

Note 2:  Refer to Section II.D. Exclusions for the actual exclusionary language contained in this Endorsement.  Loss settlement under this example assumes compliance with all terms, conditions, provisions and stipulations of this Endorsement and the Policy.

VI.  Additional Definitions

The following terms used in this Endorsement or the **Schedule of this Endorsement** are defined as follows:

A. **Actual Cash Value** means the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for physical deterioration, depreciation, and obsolescence.  Actual Cash Value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.  The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

B. **Increased period of restoration** means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described **premises;** and

2. Ends on the date when the property at the described **premises** should be repaired or rebuilt with reasonable speed and similar quality.

**Increased period of restoration** includes any increased period of time required to demolish, repair, or rebuild Covered Property to comply with the minimum standards of any **ordinance or law**, in force at the time of loss, which regulates the construction, use or repair, or requires the tearing down of any property.  The expiration date of this policy will not cut short the **increased period of restoration.**

C. **Non-conforming property** means Covered Property whose height, floor area, number of units, leasable square footage, occupancy, or style was permitted by an **ordinance or law** in effect at the time of original construction, but whose height, floor area, number of units, leasable square footage, occupancy, or style is not permitted by an **ordinance or law** in force at the time of the covered loss.

D. **Occurrence,** as respects coverage provided by this Endorsement, shall mean all elements of loss arising out of a single event that is caused by or results from any Covered Cause of Loss, regardless of the number of locations involved.

E. **Ordinance or Law** means and is limited to any ordinance or law that:

1. Regulates the demolition, repair or rebuilding of Covered Property, or establishes zoning or land use requirements at the described **premises;** and

2. Is in force at the time of the covered loss.

F. **Schedule of this Endorsement** means the policy amendment to this Endorsement that describes the Limit(s) of Insurance, Blanket Limit(s) of Insurance, or Sublimit(s) of Insurance for Ordinance or Law Coverage provided herein; that appears in the Blanket Declarations - 143641BDEC, the Specified Location Declarations - 143641SDEC, or in the Policy Declarations applicable to this Endorsement.

VII. This endorsement is otherwise subject to all other terms, conditions, provisions and stipulations of the policy to which it is attached.

# Property-Gard Green Coverage Endorsement - 143643 06 10
Policy Amendment(s) Commercial Property Coverage

**This endorsement together with its Schedule modifies insurance provided under the following:**

**Property-Gard Building and Personal Property Coverage Form - 142000**
**Cause of Loss Form - 141035**
**Business Income Coverage Form (and Extra Expense) - CP0030**
**Business Income Coverage Form (without Extra Expense) - CP0032**
**Extra Expense - CP0050**
**Property-Gard Select Real and Personal Property Section - 190001**
**Business Income with Extra Expense Coverage - 190004**

I. Coverage

    A. We insure the following as Covered Property or Property Insured while at locations described in the Schedule of this Endorsement:

        1. Property that you own; or

        2. Property that is leased or rented by you, if the terms of the applicable written lease or rental contract requires you to provide property insurance.

    B. We cover such property against direct physical loss or damage caused by or resulting from a Covered Cause of Loss.

II. Green Upgrade Coverage

    A. Green Upgrade Coverage applies to Covered Property or Property Insured at the locations described in the Schedule of this Endorsement that are not **certified green buildings** as rated by the **green rating authority**.

    B. If Covered Property or Property Insured sustains covered loss or damage that cannot be repaired, then we will pay the increased cost to replace such damaged or destroyed property with available products or construction materials of otherwise equivalent quality and function, existing at the time of loss, that meet the minimum requirements of the **green rating authority**.

    C. If there is no equivalent material or product that is acceptable under the provisions of II.B. above, then we will pay to replace damaged or destroyed property with available products or construction materials of otherwise equivalent quality and function, existing at the time of loss, that are intended to:

        1. Use energy, water, oil, natural gas, or other resources more efficiently;

        2. Improve human health; or

        3. Reduce $CO_2$ or green house gas emissions, reduce toxic or other pollutant discharges, or

        4. Otherwise minimize your impact on the environment.

    D. Green Upgrade Coverage will not provide a vegetated roof unless you had an existing vegetated roof on the Covered Property or Property Insured prior to sustaining a covered loss.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

E. If the options described under Items II.B. or C. above are not available, or are not acceptable options to you, then the Green Upgrade Coverage provided by this Endorsement does not apply.

F. If Replacement Cost or Operational Replacement Cost applies to Covered Property or Property Insured as a valuation method, then at your option, you may use Items II.B. or C. above in lieu of using such valuation method(s). If you choose to use the Green Upgrade Coverage provisions, then the following provisions are deleted and replaced, as applicable, by Items II.B. or C. above:

   1. Item G.3.e.(2)(a) of the Property-Gard Building and Personal Property Coverage Form - 142000;

   2. Item K.1.a. and d.(2) of the Property-Gard Select Real and Personal Property Coverage Section - 190001; or

   3. Item A.2.d.(2)(a) of the Manufacturers' Property-Gard Valuation Endorsement - 141042;

whichever form(s) is attached to this Policy.

III. Green Certification Coverage

A. Green Certification Coverage applies only to Covered Property or Property Insured at the location described in the Schedule of this Endorsement that comprise your **certified green building(s)** or **certified green operations**.

B. If Covered Property or Property Insured sustains covered loss or damage that cannot be repaired, then we will pay to replace such damaged or destroyed property with available products or construction materials of otherwise equivalent quality and function, existing at the time of loss, that meet the requirements for **certified green buildings** or **certified green operations** as set forth by the **green rating authority**.

C. If Covered Property or Property Insured sustains covered loss or damage that cannot be repaired, and the requirements imposed by the **green rating authority** that certified your **certified green building** or **certified green**

**operations** have been upgraded since you last acquired **certified green building** or **certified green operations** status, then we will pay under Green Certification Coverage the reasonable and necessary additional costs that you incur to upgrade such damaged or destroyed property to meet the current minimum certification requirements in order to maintain the same level of certification that your **certified green building** or **certified green operations** had immediately prior to the covered loss or damage.

D. If Replacement Cost or Operational Replacement Cost applies to Covered Property or Property Insured as a valuation method, then Green Certification Coverage provided by this Endorsement applies to covered loss or damage.

IV. Broadened Protection for Covered Property

A. If this Endorsement is attached to the Property-Gard Building and Personal Property Coverage Part - 142000, then the following is Covered Property under the provisions of the 142000 and this Endorsement:

   1. Roadways, walks, patios, or other paved surfaces;

   2. The cost of excavations, grading, backfilling or filling;

   3. Foundations of buildings, structures, equipment or machinery, including boilers if such property is below ground;

   4. Portions of buildings, structures, pilings, equipment or machinery, including boilers, pipes, flues and drains, located below ground; or

   5. Covered Property which you own and use in **your business** while on the **premises** at the location described in the Declarations, including personal property in the open (or in a **vehicle**) within 1,000 feet thereof.

B. The items listed above under IV.A.1. through 4. are deleted from the Property Not Covered section of the Property-Gard Building and Personal Property Coverage Form - 142000.

143643 6-10
Copyright 2010, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Page 2 of 9

V.   Extensions of Coverage

If loss or damage is covered by this Endorsement, and you have elected to settle your claim under the terms of this endorsement, then we will provide the following Extensions of Coverage under Green Upgrade Coverage or Green Certification Coverage unless otherwise specified.

A.   Green Certification Upgrade Coverage

1.   If Green Certification Coverage applies to a location described in the Schedule of this Endorsement, then if available and at your option, we will pay the reasonable and necessary additional costs that you incur to upgrade your Covered Property or Property Insured to attain certification at one level above the certification level that your **certified green building** or **certified green operations** had immediately prior to the covered loss or damage.

2.   If Replacement Cost or Operational Replacement Cost applies to Covered Property or Property Insured as a valuation method, then at your option, you may use Item V.A.1. above in lieu of using such valuation method(s).   If you choose to use the Green Certification Upgrade Coverage provisions, then the following provisions are deleted and replaced, as applicable, by Item V.A.1. above:

1.   Item G.3.e.(2) (a) of the Property-Gard Building and Personal Property Coverage Form - 142000;

2.   Item K.1.a. and d.(2) of the Property-Gard Select Real and Personal Property Coverage Section - 190001; or

3.   Item A.2.d.(2)(a) of the Manufacturers' Property-Gard Valuation Endorsement - 141042;

whichever form(s) is attached to this Policy.

3.   The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule

of this Endorsement applicable to Green Certification Upgrade Coverage.

B.   Vegetated Roof and Heat Island Effect Coverage

1.   We will pay the reasonable and necessary expense you incur for outdoor trees, shrubs, plants, lawns, and **vegetated swales** at the location described in the Schedule of this Endorsement that are:

a.   Part of a **vegetated roof**; or

b.   Not a part of a **vegetated roof** but planted specifically to dissipate the **heat island effect** of your property, including parking lots.

2.   Vegetated Roof and Heat Island Effect Coverage does not apply to losses insured under Green Upgrade Coverage unless you had an existing vegetated roof prior to sustaining a covered loss.

3.   The following coverage clauses are deleted and replaced by Vegetated Roof and Heat Island Effect Coverage provided in this Endorsement:

a.   Item A.5.e. of the Property-Gard Building and Personal Property Coverage Form - 142000; or

b.   Item F.10. of the Property-Gard Select Real and Personal Property Coverage Section - 190001;

whichever form is attached to the Policy.

4.   a.   If the Special Causes of Loss (Special Form) in the Cause of Loss Form - 141035 or the Property-Gard Select Real and Personal Property Coverage Section - 190001 applies, then the following exclusion described below under item V.B.4.b. applies:

b.   We will not pay for loss or damage to outdoor trees, shrubs, plants, lawns, and **vegetated swales** caused by or resulting from the following causes of loss, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

(1) Disease; or

(2) Dampness or dryness of atmosphere; or

(3) Changes in or extremes of temperature; or

(4) Insects, birds, rodents, or other animals; or

(5) Wind, hail, rain, snow, ice, frost, sleet, sand, or dust, whether wind driven or not; or

(6) The weight of hail, rain, snow, ice, frost, sleet, sand, or dust that collects on a roof.

5. If the Special Causes of Loss (Special Form) in the Cause of Loss Form - 141035 or the Property-Gard Select Real and Personal Property Coverage Section - 190001 applies, and Wind or Hail is shown as covered on the Schedule of this Endorsement, then exclusions (5) and (6) shown above under Section V.B.4.b. are deleted.

6. If the Basic Causes of Loss (Basic Form) in the Cause of Loss Form - 141035 applies, then we will cover your outdoor trees, shrubs, plants, lawns, and **vegetated swales** when loss or damage is caused by or results from any of the following causes of loss:  Fire, lightning, aircraft, explosion, riot or civil commotion, smoke, vehicles, or vandalism or malicious mischief.

7. The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage are the Sublimits of Insurance shown in the Schedule of this Endorsement applicable to Vegetated Roof and Heat Island Effect Coverage.

C. Professional Design Consulting Coverage

1. We will pay the reasonable and necessary expense you incur to hire an engineer or architect accredited by a **green rating authority** to participate in the design and reconstruction of damaged or destroyed property.

2. The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Professional Design Consulting Coverage.

D. Commissioning Expense Coverage

1. If covered loss or damage exceeds $10,000, then we will pay the reasonable and necessary expense you incur to hire a **professional engineer** to:

   a. Provide **commissioning** services, including overseeing the repairs and replacement of damaged or destroyed property in order to verify and document that the existing or replacement system(s) have been installed and calibrated properly and that they perform according to the documented design criteria and manufacturers' specifications.

   b. Conduct a test-and-balance analysis of heating, ventilating, or air conditioning systems (HVAC) as part of the **commissioning**, even if the HVAC system did not sustain loss or damage.

2. The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage are the Sublimits of Insurance shown in the Schedule of this Endorsement applicable to Commissioning Expense Coverage.

E. Certification Fees Coverage

1. We will pay the reasonable and necessary registration and certification fees charged by a **green rating authority** that you incur as a result of the certification process required to register as a **certified green building**.

2. The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Certification Fees Coverage.

143643 6-10
Copyright 2010, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

F.  Recycling Additional Expense Coverage

1.  We will pay for the reasonable and necessary increased costs that you incur to remove debris from your covered building and deliver to recycling facilities rather than landfills, if such debris can be recycled.

2.  Any income or remuneration derived from this recycling shall be used to reduce the total loss incurred under this Endorsement.

3.  Recycling Additional Expense Coverage is provided in addition to the Debris Removal Limit of Insurance contained within the:

a.  Property-Gard Building and Personal Property Coverage Form - 142000; or

b.  Property-Gard Select Real and Personal Property Section - 190001,

whichever form is attached to the Policy. All other provisions of the Debris Removal Coverage contained elsewhere within this Policy continue to apply.

4.  The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Recycling Additional Expense Coverage.

G.  Flush-Out Coverage

1.  When Covered Property or Property Insured is repaired or rebuilt following a covered loss, at your option, we will pay to conduct a baseline indoor air quality test in order to determine whether the concentration levels for chemical air contaminants are within acceptable parameters. Testing will be conducted in a manner consistent with the procedures and levels of acceptability specified by the **green rating authority**.

2.  We will also pay the reasonable and necessary expenses you incur to flush out the contaminated areas of your building with 100% outside air through new filtration

media following reconstruction in a manner consistent with the procedures specified by the **green rating authority**.

3.  The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Flush-Out Coverage.

H.  Green Financial Incentive Coverage

1.  If you lose the following financial incentives due solely to direct physical loss or damage to Covered Property or Property Insured caused by or resulting from a Covered Cause of Loss, then we will pay for the loss of such financial incentives which you have qualified for and that would have accrued to you as a direct result of green installations or upgrades you have made to Covered Property or Property Insured.

a.  Tax discounts or favorable tax rates provided to you by any governmental body;

b.  Utility discounts or favorable utility rates provided to you by a utility company;

c.  Loan discounts or favorable loan financing rates provided to you by lending institutions or through government programs; or

d.  Monetary grants or special monetary funding.

2.  The most we will pay for the loss of financial incentives described above in V.H.1., in any one occurrence under this Extension of Coverage, is the lesser of:

a.  The difference between the amount you actually paid for taxes, utilities, or loan expenses immediately prior to the covered loss or damage, and the amount you actually pay for such expenses over the two calendar years following the covered loss, which is caused solely by the loss of the financial incentives described above; or

143643 6-10
Copyright 2010, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

b.  The difference between the amount you actually received for monetary grants or special monetary funding immediately prior to the covered loss or damage, and the amount you actually receive for such monetary grants or special monetary funding over the two calendar years following the covered loss, which is caused solely by the loss of the financial incentives described above.

c.  The Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Green Financial Incentive Coverage.

I.  Porous Paving Coverage

1.  If this policy includes coverage for roadways, walks, patios or other paved surfaces and such property sustains covered loss or damage that cannot be repaired, then we will pay to replace such damaged or destroyed paved surfaces with **porous paving** of otherwise equivalent quality and function that meet the requirements of the **green rating authority**.

2.  The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage, is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Porous Paving Coverage.

J.  Green Mobile Equipment Coverage

1.  If your mobile equipment sustains covered loss or damage at a location described in the Schedule of this Endorsement which cannot be repaired, then we will pay to replace such damaged or destroyed property with **low environmental impact equipment** of otherwise equivalent quality and function that meets the requirements of the **green rating authority**.

2.  Covered Property or Property Insured includes your mobile equipment such as but not limited to forklifts, loaders,

cranes, lawn mowers, power tools, maintenance equipment, and related component parts, including spare parts.

3.  The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Green Mobile Equipment Coverage.

K.  Miscellaneous Green Property Coverage

1.  If Covered Property or Property Insured sustains covered loss or damage that cannot be repaired, then we will pay for the following green alternatives that meet the requirements of the **green rating authority**, even if such property was not actually a part of your real or business personal property immediately prior to the covered loss:

a.  Outdoor light shields, for units with greater than 50 watts of power, designed to block light from being emitted into the night sky; or

b.  Electric or water metering or submetering systems, including **smart meters**; or

c.  Carbon monoxide or carbon dioxide sensing or detection systems; or

d.  Advanced lighting controls, devices and fixtures designed to minimize energy consumption, including occupancy sensors, electronic ballasts, dimmable ballasts, daylight dimmers, LED exit signs and reflective fixtures; or

e.  High efficiency plumbing devices designed to reduce water use and improve energy efficiency, including on-demand hot water heaters to supply lavatory sinks; or

f.  Building entryway systems, such as grilles, grates, or mats that are designed to reduce the amount of dirt, pollen or other particulates from entering your building.

Copyright 2010, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

2. Miscellaneous Green Property Coverage does not apply to losses insured under Green Upgrade Coverage.

3. The most we will pay for loss, damage, or expense in any one occurrence under this Extension of Coverage, is the Sublimit of Insurance shown in the Schedule of this Endorsement applicable to Miscellaneous Green Property Coverage.

VI. The deductible(s) stated in the Declarations will apply to covered loss or damage insured under this Endorsement.   Coverage provided by this Endorsement does not apply until actual loss or damage exceeds the Deductible shown in the Declarations.

VII. Coinsurance

The Coinsurance Provisions do not apply to this endorsement.

VIII. Additional Exclusions

We will not pay under this Endorsement for loss, damage, or expense:

A. Caused by the enforcement of any ordinance or law that:

1. Regulates the construction, use, zoning, repair or replacement of any property; or

2. Requires the tearing down or removal of any property, including the cost of removing debris; or

3. Requires the demolition, repair, rebuilding or remediation of any property due to contamination by **pollutants**; or

4. Requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify, disinfect, or neutralize, or any way respond to, or assess the effects of **pollutants**.

B. Incurred in complying with any recommended actions or standards that exceed the actual minimum requirements of the **green rating authority**.  Coverage provided by this Endorsement applies only in response to the most cost effective products, building materials, and construction techniques that will satisfy the minimum requirements of the **green rating authority**.

C. Caused by or arising from the following coverage parts provided elsewhere under this Policy:

1. Newly Acquired Property.

2. Property at locations not specifically identified.

3. Unnamed Location Coverage.

D. That is more than the amount you actually spend that is necessary to repair or rebuild damaged or destroyed property at the same **premises**.

E. That is covered elsewhere under:

1. This Policy; or

2. Any other policy, whether collectible or not.

F. Until the lost or damaged property is actually repaired or replaced.

G. Unless such repairs or rebuilding are completed as soon as reasonably possible after the loss or damage, not to exceed two years.   We may extend this period in writing during such two year period.

H. Unless the repaired or rebuilt property has similar height, floor area, number of units, leaseable square footage, occupancy, style, and comparable quality of the original property insured which existed immediately preceding the covered loss.

IX. Limits of Insurance

The following limitations apply to this Endorsement, or the Schedule of this Endorsement, or the Declarations applicable to this Endorsement:

A. Regardless of any other coverage or Limits of Insurance stated in this Policy, the most we will pay for loss, damage, or expense in any one occurrence for a covered loss under this Endorsement is the applicable Blanket Limit(s) of Insurance or Sublimit(s) of Insurance stated in the Schedule of this Endorsement.

B. If a dollar amount is shown as a Sublimit of Insurance in the Schedule of this Endorsement, then coverage under this Endorsement is subject to the applicable Sublimit of Insurance shown on the Schedule of this Endorsement.

1. If the Schedule of this Endorsement describes a Blanket Limit(s) of Insurance for Green Upgrade Coverage or Green Certification Coverage in conjunction with a Sublimit(s) of Insurance for Green Upgrade Coverage or Green Certification Coverage, then the Sublimit(s) of Insurance stated in the Schedule is included within the applicable Blanket Limit(s) of Insurance.

2. If the Schedule of this Endorsement describes a Sublimit of Insurance under the Extensions of Coverage, then such Extensions of Coverage are included within the applicable Limit(s) of Insurance shown for Green Upgrade Coverage or Green Certification Coverage.

3. Sublimits of Insurance shown in the Schedule of this Endorsement are a part of, not in addition to the Limit(s) of Insurance stated in the Schedule of this Endorsement for Green Upgrade Coverage or Green Certification Coverage.

C. If the Schedule of this Endorsement describes a Blanket Limit of Insurance as "included", then Green Upgrade Coverage or Green Certification Coverage is included within the Limit of Insurance shown in the Declarations for Covered Property or Property Insured.

D. If the Schedule of this Endorsement describes a Sublimit of Insurance under the Extensions of Coverage as "included", then such Extensions of Coverage are included within the applicable Limit(s) of Insurance shown for Green Upgrade Coverage or Green Certification Coverage.

E. If a Blanket Limit(s) of Insurance or Sublimit(s) of Insurance is stated in the Schedule of this Endorsement, then the actual loss of **business income**, **rental value**, necessary **extra expense** or expediting expense that you sustain due to the necessary full or partial suspension of **operations** during the **period of restoration** is included within such Limits of Insurance stated in the Schedule of this Endorsement.

F. If item IX.E above applies, then a covered loss of **business income**, **rental value**, necessary **extra expense** or expediting expense attributable to this Green Coverage Endorsement does not create, nor will it invoke, coverage for the loss of **business income**, **rental value**, **extra expense**, expediting expense, or consequential loss of any kind or nature provided elsewhere under this Coverage Section or Policy, except as provided by this Endorsement.

G. 1. Except as described above in Section IX.C. or D., a Blanket Limit of Insurance or Sublimit of Insurance must be shown in the Schedule of this Endorsement in order for coverage under this Endorsement to apply.

2. Except as described above in Section IX.C. or D., if no Blanket Limit of Insurance, or Sublimit of Insurance is shown in the Schedule of this Endorsement, then the coverage provided by this Endorsement does not apply.

3. If "0", "N/A", or "not covered" is shown as a Blanket Limit of Insurance or Sublimit of Insurance in the Schedule of this Endorsement, then coverage provided by this Endorsement does not apply.

H. Except as described above in Section IX.C., the Limits of Insurance provided under this Endorsement are in addition to the Limits of Insurance shown in the Declarations of this Policy.

X. Green Rating Authority

If an Additional Green Rating Authority is described in the Schedule of this Endorsement, then the definition of **green rating authority** shown below under Additional Definitions is amended to include such described business entity.

XI. Additional Definitions

The following terms used in this Endorsement, the Schedule of this Endorsement, or in the Declarations applicable to this Endorsement, are defined as follows:

Copyright 2010, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

A. **Certified green buildings** means buildings that have been certified by the **green rating authority**.

B. **Certified green operations** means business operations or processes that have been certified by the **green rating authority**.

C. **Commissioning** means the systematic process of ensuring that your complex array of repaired, or newly replaced and installed systems, insured under Covered Property or Property Insured, are designed, installed, and tested to perform according to the design intent and your operational needs.

D. **Green** means products, processes, construction materials, furniture, fixtures, installations, improvements and betterments, or machinery and equipment that:

   1. Use energy, water, oil, natural gas, or other resources more efficiently;

   2. Improve human health; or

   3. Reduce CO2 or green house gas emissions, reduce toxic or other pollutant discharges; or

   4. Otherwise minimize your impact on the environment.

E. **Green rating authority** means the following recognized rating authorities that create certification requirements for **certified green buildings** or **certified green operations**, and evaluate the acceptability of green products, processes, construction materials, furniture, fixtures, installations, improvements and betterments, or machinery and equipment:

   1. The LEED® Green Building Rating System of the United States Green Building Council; or

   2. The Green Globes® Assessment and Rating System of the Green Building Initiative; or

   3. The United States Government Department of Energy **Energy Star**® program.

F. **Heat island effect** means a condition where urban air and surface temperatures are higher than nearby rural areas, which is caused in part by:

   1. The heat absorption of the buildings;

   2. Development of the land surface into roadways or parking lots; and

   3. Waste heat generated by energy usage from within buildings.

G. **Low environmental impact equipment** means electric powered, low decibel, or environmentally preferable mobile equipment, such as mulching mowers, that reduce building contaminants and environmental impact.

H. **Porous paving** means paving methods and materials used for streets, roads, parking lots, walkways, or other paved surfaces that allow the movement of water and air around the paving material in order to allow water to percolate through areas that would otherwise be impervious.

I. **Professional engineer** means an engineer who has fulfilled the education and experience requirements and passed the required exams that, under state licensure laws, permit them to offer engineering **commissioning** services directly to the public.

J. **Smart meter** means a type of electrical meter that identifies consumption in more detail than a conventional meter, and communicates that information from the customer to the local utility for monitoring and billing purposes.

K. **Vegetated roof** means a layered roofing system composed of a roof deck, waterproofing, soil, and trees, shrubs, plants or lawns.

L. **Vegetated swales** mean trees, plants and shrubs that are a part of a broad, shallow channel incorporated in the landscaping system that includes a dense stand of vegetation covering the side slopes and bottom of the channel. Swales can be natural or manmade, and are designed to trap particulate pollutants, promote infiltration of water, and reduce the flow velocity of storm water runoff.

XII. This Endorsement is otherwise subject to all the terms, conditions, provisions and stipulations of the Policy to which it is attached.

# Vacancy Limitation Endorsement - 143650 05 12
Policy Amendment - Commercial Property Coverage

**This Endorsement modifies insurance provided under Commercial Property Coverage.**

I.  The following provisions are deleted and replaced, as applicable, by Section II of this Endorsement described below:

    A.  Item E.6. of the Property-Gard Building and Personal Property Coverage Form - 142000; or

    B.  Item L. of the Property-Gard Select Real and Personal Property Section - 190001.

II.  Vacancy Provisions

    A.  We will not pay for loss or damage occurring while a described building, whether intended for occupancy by owner or tenant, is **vacant** beyond a period of 60 consecutive days unless existing fire protection, watch and alarm services are properly maintained or unless you notify us in writing prior to the 60th consecutive day such building remains **vacant.**

    B.  Item II.A. above does not apply to:

        1.  **Buildings while in the course of construction,** but only if:

            (a)  Construction permits have been approved by, and are on file with, the building department having jurisdiction over the work to be done in connection with such construction; and

            (b)  Substantial construction activities are being performed by construction personnel at such building on a regular and continuing basis, not

including architects, engineers, or inspectors; or

        2.  A building that is **vacant** due to repairs being made following loss or damage covered by this insurance.

III.  Additional Definitions

The following are additional definitions applicable only to this Endorsement:

    A.  **Buildings while in the course of construction** means real property while in the course of initially being constructed or while undergoing alterations, remodeling, or renovations.

    B.  **Vacant** means that:

        1.  70% or more of the rentable square footage of a described building is not being actively used by you or a tenant for its intended purpose; or

        2.  70% or more of the total square footage of a described building utilized by you to conduct your business is no longer used to conduct your customary operations; or

        3.  A described building utilized by you to conduct your business does not contain enough business personal property to conduct your customary operations; whether or not you intend to use or rent such building.

IV.  This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the policy to which it is attached.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy



_____
Secretary

_____
President

143650 5-12
Copyright 2012, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# Protective Safeguard and Conditional Exclusion Endorsement
## 143652 05 12

Policy Amendment(s) Commercial Property Coverage

**This Endorsement modifies insurance provided under Commercial Property Coverage.**

**Schedule**

| Loc. No.(s) | Cause of Loss Applicable | Protective Safeguards Required | Applies to Newly Acquired Locations | Applies to Unnamed Locations |
|---|---|---|---|---|
| | [ ] Fire [ ] Theft [ ] Freezing | | [ ] Yes [ ] No | [ ] Yes [ ] No |
| | [ ] Fire [ ] Theft [ ] Freezing | | [ ] Yes [ ] No | [ ] Yes [ ] No |
| | [ ] Fire [ ] Theft [ ] Freezing | | [ ] Yes [ ] No | [ ] Yes [ ] No |

| Loc. No.(s) | Describe Any P-7: |
|---|---|
| | |

(Information required to complete this Schedule, if not shown on this Endorsement, will be shown in the Declarations.)

**I. A. Additional Condition**

The Protective Safeguards Condition described below in Section I.B. of this Endorsement is added to the:

1. Commercial Property Conditions - CP0090; or

2. Property-Gard Select General Conditions - 190002;

whichever form is attached to the Policy.

**B. Protective Safeguard Condition**

1. When one or more protective safeguard symbols (P-1 through P-7 as described below in Item I.B.2.) appear in the Schedule of this Endorsement, then as a condition of this insurance, you are required to maintain such protective safeguard devices or services in complete working order at all times at the location described in the Schedule of this Endorsement (hereinafter referred to as "described location"), without suspension or impairment. If such protective safeguards are not so maintained, then the exclusions described below in Item II.B. will apply.

2. The protective safeguard devices or services to which this Endorsement applies are identified by the following symbols (P-1 through P-7):

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

143652 5-12
Copyright 2012, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.