| | |
|---|---|
| 1 | John D. Curtis II (SBN 19726) |
| 2 | BURCH & CRACCHIOLO |
|   | 1850 N. Central Avenue, Suite 1700 |
| 3 | Phoenix, AZ 85004 |
|   | Tel: 602-274-7611 |
| 4 | Fax: 602-234-0341 |
| 5 | jcurtis@bcattorneys.com |

Dan Millea (*pro hac vice*)
Gabrielle Siskind (*pro hac vice*)
ZELLE LLP
500 Washington Ave. S., Suite 4000
Minneapolis, MN 55415
Tel: 612-336-9170
Fax: 612-336-9100
dmillea@zelle.com
gsiskind@zelle.com

*Counsel for Defendant Greenwich Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Team 44 Restaurants, LLC; Dominick's Italian Steakhouse LLC; Ocean 44 Scottsdale, LLC; Arcadia Steakhouse LLC DBA Steak 44; Steak 48 Chicago LLC; Steak 48 River Oaks, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>The American Insurance Company; Greenwich Insurance Company,<br><br>Defendants. | Case No. 2:21-cv-00404-DJH<br><br>**NOTICE OF GREENWICH INSURANCE COMPANY'S RULE 26(A)(1) INITIAL DISCLOSURES** |

**PLEASE TAKE NOTICE,** that pursuant to this Court's July 15, 2021 Rule 16 Scheduling Order [ECF No. 33], Defendant Greenwich Insurance Company served a true and correct copy of its Rule 26(a)(1) Initial Disclosures upon all counsel of record via electronic mail. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: August 19, 2021             *s/Dan Millea*

John D. Curtis II (SBN 19726)
BURCH & CRACCHIOLO
1850 N. Central Avenue, Suite 1700
Phoenix, AZ 85004
Tel: 602-274-7611
jcurtis@bcattorneys.com

Dan Millea (*pro hac vice*)
ZELLE LLP
500 Washington Ave. S., Suite 4000
Minneapolis, MN 55415
Tel: 612-336-9170
dmillea@zelle.com

Gabrielle Siskind (*pro hac vice*)
ZELLE LLP
45 Broadway, Suite 920
New York, NY 10006
Tel: 646-876-4416
gsiskind@zelle.com

*Counsel for Defendant Greenwich Insurance Company*